# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC. | : | CASE NO. 2:11-cv-04574-AB |
| Plaintiff, | : | |
| v. | : | |
| LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericcson), | : | |
| QUALCOMM INC., | : | |
| ALCATEL-LUCENT, S.A., | : | |
| THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP | : | |
| and | : | |
| EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of Defendant QUALCOMM Inc. in the above captioned case.

    /s/ Robert N. Feltoon
Robert N. Feltoon, Esquire
CONRAD O'BRIEN PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102-1916
(215) 864-8064

Attorney for QUALCOMM Inc.

Dated: July 25, 2011

## **CERTIFICATE OF SERVICE**

I, ROBERT N. FELTOON, ESQUIRE, hereby state that on July 25, 2011 the foregoing Entry of Appearance was electronically filed using the Court's CM/ECF system, and that the document is available for downloading and viewing from the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the CM/ECF system.

/s/ Robert N. Feltoon
Robert N. Feltoon

DATED:  July 25, 2011