IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. : | CASE NO. 2:11-cv-04574-AB |
| Plaintiff, : | |
| v. : | |
| LM ERICSSON TELEPHONE COMPANY : (Telefonaktiebolaget LM Ericcson), : | |
| QUALCOMM INC., : | |
| ALCATEL-LUCENT, S.A., : | |
| THIRD GENERATION PARTNERSHIP : PROJECT a/k/a 3GPP : | |
| and : | |
| EUROPEAN TELECOMMUNICATIONS : STANDARDS INSTITUTE : | |
| Defendants. : | |

## STIPULATION FOR EXTENSION OF TIME

TO THE CLERK:

Pursuant to Local Rule of Civil Procedure 7.4(b)(2), counsel for plaintiff Trueposition, Inc. and counsel for defendant QUALCOMM Inc. hereby stipulate to a thirty (30) day extension for QUALCOMM to respond to the Complaint by filing an answer or responsive motion. Plaintiff served the Complaint in the above captioned matter by personal service on QUALCOMM's corporate representative on July 20, 2011. Pursuant to this stipulation, QUALCOMM will have until September 9, 2011 to file its response to the Complaint. No such prior extension has been granted.

Harkins Cunningham, LLP

By: _____
John G. Harkins, Esquire
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103
215-851-6700

*Attorney for Plaintiff
Trueposition, Inc.*

Conrad O'Brien PC

By: _____
Robert N. Feltoon, Esquire
1515 Market Street, 16th Floor
Philadelphia, PA 19102
215-864-9600

*Attorney for Defendant
QUALCOMM Inc.*

## CERTIFICATE OF SERVICE

I, Robert N. Feltoon, hereby certify that I caused a true and correct copy of the foregoing Stipulation for Extension of Time to be served by first-class mail upon the following:

>John G. Harkins, Esquire
>Harkins Cunningham, LLP
>2800 One Commerce Square
>2005 Market Street
>Philadelphia, PA 19103
>
>Attorney for Plaintiff

_____
Robert N. Feltoon

Dated: