UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Trueposition, Inc.           :
                             :
                             :
         V.                  :       Civil Action
                             :       No: 2:11-cv-04574-AB
LM Ericsson Telephone Company, et al. :
                             :

## DISCLOSURE STATEMENT FORM

Please check one box:

☒  The nongovernmental corporate party, ___Qualcomm, Inc.___
, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐  The nongovernmental corporate party, _____
, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

| August 2, 2011 | s/Robert N. Feltoon |
|---|---|
| Date | Signature  Robert N. Feltoon |
| Counsel for: | Defendant, Qualcomm, Inc. |

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
   (a)   WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
      (1)   identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or

      (2)   states that there is no such corporation.

   (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
      (1)   file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
      (2)   promptly file a supplemental statement if any required information changes.

# CERTIFICATE OF SERVICE

I, Robert N. Feltoon, hereby certify that I caused a true and correct copy of the foregoing Rule 7.1 Disclosure Statement of Defendant Qualcomm, Inc. to be electronically filed pursuant to the Court's electronic court filing system, and that the pleading is available for downloading and viewing from the electronic court filing system upon the following:

> John G. Harkins, Jr., Esquire
> Colleen Healy Simpson, Esquire
> Harkins Cunningham LLP
> 2800 One Commerce Square
> 2005 Market Street
> Philadelphia, PA 19103-7042
> *Attorney for Plaintiff*

/s/Robert N. Feltoon
Robert N. Feltoon

Dated: August 2, 2011