IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TruePosition, Inc. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Qualcomm Inc., et al. | : | NO. 11-CV-04574 |

## ORDER

AND NOW, this _____ Day of _____, 2011, it is hereby

ORDERED that the application of _Seth D. Greenstein_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 11-CV-04574

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Seth Greenstein__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __31144__, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Maryland | 01/17/1985 | N/A |
| District of Columbia | 12/19/1988 | 416733 |
| | | |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Federal Circuit | 04/04/1986 | N/A |
| 2nd Circuit | 04/06/2011 | N/A |
| Supreme Court | 04/17/1989 | N/A |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   TruePosition, Inc.

(Applicant's Signature)

8/2/2011
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Constantine Cannon LLP

1301 K St. NW, Suite 1050E

Washington, DC 20005

Sworn and subscribed before me this

2nd Day of August, 2011

(Notary Public)

LaClaudia Dyson    10/04
Notary Public, District of Columbia
My Commission Expires 2/28/2014

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Seth D. Greenstein____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Colleen Healy Simpson | _[signature]_ | 01/05/2001 | 84956 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Harkins Cunningham LLP

2800 One Commerce Square, 2005 Market Street

Philadelphia, PA 19103-7042; Tel: (215) 851-6700

Sworn and subscribed before me this 3rd Day of August, ~~200~~ 2011

_[signature]_
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
        NOTARIAL SEAL
  PATRICIA A. DUFF, Notary Public
  City of Philadelphia, Phila. County
  My Commission Expires March 21, 2013
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TruePosition, Inc. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Qualcomm Inc., et al. | : | NO. 11-CV-04574 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Seth D. Greenstein Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Robert N. Feltoon, Esquire, Conrad O'Brien PC

1515 Market Street, 16th Floor

Philadelphia, PA 19102

*Evelyn R. Protano*
Signature of Attorney

Evelyn R. Protano
Name of Attorney

TruePosition, Inc.
Name of Moving Party

08/03/2011
Date