**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TRUEPOSITION, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:11-cv-04574 |
| | : | |
| LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON), | : : | |
| | : | |
| QUALCOMM INC., | : | |
| | : | |
| ALCATEL-LUCENT, S.A., | : | |
| | : | |
| THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP | : : | |
| | : | |
| and | : | |
| | : | |
| EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE | : : | |
| | : | |
| Defendants. | : : | |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of plaintiff, TruePosition, Inc., in the above captioned case.

                                         s/Evelyn R. Protano
                                   Evelyn R. Protano (Atty. I.D. No. 207722)
                                   HARKINS CUNNINGHAM LLP
                                   2800 One Commerce Square
                                   2005 Market Street
                                   Philadelphia, PA  19103-7042
                                   Tel: (215) 851-6700
                                   Fax: (215) 851-6710
                                   eprotano@harkinscunningham.com

Dated:  August 5, 2011

## **CERTIFICATE OF SERVICE**

      I, Evelyn R. Protano, herby state that on August 5, 2011 the foregoing Entry of Appearance was electronically filed using the Court's CM/ECF system, and that the document is available for downloading and viewing from the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the CM/ECF system.

                                                  s/Evelyn R. Protano
                                                  Evelyn R. Protano

Dated:  August 5, 2011