IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) Case No.11-4574 |
| | ) |
| LM ERICSSON TELEPHONE COMPANY | ) Judge Brody |
| (TELEFONAKTIEBOLAGET LM ERICSSON), | ) |
| QUALCOMM INC., ALCATEL-LUCENT, S.A. | ) JURY TRIAL REQUESTED |
| THIRD GENERATION PARTNERSHIP | ) |
| PROJECT a/k/a 3GPP, | ) |
| and EUROPEAN TELECOMMUNICATIONS | ) |
| STANDARDS INSTITUTE | ) |
| | ) |
| DEFENDANTS. | ) |

## AFFIDAVIT OF SERVICE

I, John G. Harkins Jr., being duly sworn according to law, deposes and says that on July 22, 2011, I did send to the defendant, LM Ericsson Telephone Company (Telefonaktiebolaget LM Ericsson), by certified mail, a copy of the Summons and Civil Action Complaint in the above-captioned matter. The returned receipt is attached here at Exhibit A.

Respectfully submitted,

John G. Harkins, Jr. (Atty. I.D. 4441)
Colleen Healy Simpson (Atty. I.D. 84956)
HARKINS CUNNINGHAM, LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042
(215) 851-6700

Sworn to and subscribed
Before me this ___ day
of _____, 2011

_____
Notary Public

NOTARIAL SEAL
PATRICIA A. DUFF, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 21, 2013

Date:   August 5, 2011

# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name): MARTIN BACKMAN  C. Date of Delivery: JULY 29 |
| 1. Article Addressed to:<br><br>Telefonaktiebolaget LM<br>Ericsson<br>SE-164-83<br>Stockholm Sweden | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☑ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☑ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | RR 78284 6025 US |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Harkins Cunningham LLP
2005 Market Street
2800 One Commerce Square
Philadelphia, PA  19103

Trueposition

## CERTIFICATE OF SERVICE

I, Evelyn R. Protano, herby state that on August 5, 2011 the foregoing Affidavit of Service was electronically filed using the Court's CM/ECF system, and that the document is available for downloading and viewing from the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the CM/ECF system.

s/Evelyn R. Protano
Evelyn R. Protano

Dated: August 5, 2011