IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) Case No.11-4574 |
| | ) |
| LM ERICSSON TELEPHONE COMPANY | ) Judge Brody |
| (TELEFONAKTIEBOLAGET LM ERICSSON), | ) |
| QUALCOMM INC., ALCATEL-LUCENT, S.A. | ) JURY TRIAL REQUESTED |
| THIRD GENERATION PARTNERSHIP | ) |
| PROJECT a/k/a 3GPP, | ) |
| and EUROPEAN TELECOMMUNICATIONS | ) |
| STANDARDS INSTITUTE | ) |
| | ) |
| DEFENDANTS. | ) |

### AFFIDAVIT OF SERVICE

I, John G. Harkins Jr., being duly sworn according to law, deposes and says that on July 22, 2011, I did send to the defendant, Alcatel-Lucent, S.A., by certified mail, a copy of the Summons and Civil Action Complaint in the above-captioned matter. The returned receipt is attached here at Exhibit A.

Respectfully submitted,

John G. Harkins, Jr. (Atty. I.D. 4441)
Colleen Healy Simpson (Atty. I.D. 84956)
HARKINS CUNNINGHAM, LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042
(215) 851-6700

Sworn to and subscribed
Before me this 5 day
of August, 2011

Notary Public

Date: August 5, 2011

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PATRICIA A. DUFF, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 21, 2013

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    ALCATEL-L
    Alcatel-Lucent, SA
    3 av. Octave Greard
    75007 Paris, France

    - 2 JUIL. 2011
    Réception
    COURRIER

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

   RR 787 46 011 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

° Sender: Please print your name, address, and ZIP+4 in this box °

Harkins Cunningham LLP
2005 Market Street
2800 One Commerce Square
Philadelphia, PA  19103

Trueposition
1910387042

## CERTIFICATE OF SERVICE

I, Evelyn R. Protano, herby state that on August 5, 2011 the foregoing Affidavit of Service was electronically filed using the Court's CM/ECF system, and that the document is available for downloading and viewing from the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the CM/ECF system.

                                                                          s/Evelyn R. Protano
                                                                           Evelyn R. Protano

Dated: August 5, 2011