**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

TRUEPOSITION, INC.

          Plaintiff,

    v.

LM ERICSSON TELEPHONE COMPANY,
et al.

          Defendants.

CASE NO.  2:11-CV-04574

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter our appearances on behalf of Defendant LM ERICSSON TELEPHONE

COMPANY in the above-captioned case.

                **BUCHANAN INGERSOLL & ROONEY PC**

                /s/ Steven E. Bizar
                Steven E. Bizar (ID No. 68316)
                **BUCHANAN INGERSOLL & ROONEY PC**
                Two Liberty Place
                50 S. 16th Street, Suite 3200
                Philadelphia PA 19102-2555
                Tel: (215) 665-8700
                Fax: (215) 665-8760

                Arman Oruc, Esquire
                **SIMPSON THACHER & BARTLETT LLP**
                1155 F. Street, N.W.
                Washington, DC  20004
                Tel:  (202) 636-5599
                Fax:  (202) 636-5502

Joseph F. Tringali, Esquire
**SIMPSON THACHER & BARTLETT, LLP**
425 Lexington Avenue
New York, NY  10017-3954
Tel:  (212) 455-2000
Fax:  (212) 455-3392

*Attorneys for Defendant*
*LM Ericsson Telephone Company*

## <u>CERTIFICATE OF SERVICE</u>

I, STEVEN E. BIZAR, ESQUIRE, hereby state that on August 8, 2011 the foregoing

Entry of Appearance was electronically filed using the Court's CM/ECF system, and that the

document is available for downloading and viewing from the CM/ECF system. Notice of this

filing will be sent to all counsel of record by operation of the CM/ECF system.


/s/  Steven E. Bizar
Steven E. Bizar, Esquire


DATED: August 8, 2011