APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TruePosition, Inc. : CIVIL ACTION
:
v. :
:
Qualcomm Inc., et al. : NO. 11-CV-04574

ORDER

AND NOW, this 8th Day of August, 2011, it is hereby

ORDERED that the application of _Gordon Schnell_, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____
Anita B. Brody, J.