APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TruePosition, Inc. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Qualcomm Inc., et al. | : | NO.  11-CV-04574 |

## ORDER

AND NOW, this 8th Day of August, 2011, it is hereby

ORDERED that the application of __Aymeric Dumas-Eymard__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.
Anita B. Brody