APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TruePosition, Inc. : CIVIL ACTION
:
v. :
:
Qualcomm Inc., et al. : NO. 11-CV-04574

ORDER

AND NOW, this 8th Day of August, 2011, it is hereby

ORDERED that the application of David Golden, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____
Anita B. Brody, J.