APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TruePosition, Inc. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| Qualcomm Inc., et al. | : | |
| | : | NO. 11-CV-04574 |

### ORDER

AND NOW, this _8th_ Day of _August_, 2011, it is hereby

ORDERED that the application of _Seth D. Greenstein_, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_Anita B. Brody_, J.