APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TruePosition, Inc. | CIVIL ACTION |
| v. | |
| Qualcomm Inc., et al. | NO. 11-CV-04574 |

ORDER

AND NOW, this _8th_ Day of _August_, 2011, it is hereby

ORDERED that the application of _Douglas E. Rosenthal_, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
ANITA B. Brody, J.

Copies via ECF on _____   Copies via US Mail on _____