APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC., Plaintiff | : : : | CIVIL ACTION |
| v. | : : | |
| LM ERICSSON TELEPHONE CO., et al. | : : : | NO. 2:11-cv-04574-AB |

ORDER

AND NOW, this _____ Day of _____, 2011, it is hereby

ORDERED that the application of _Roger G. Brooks_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:11-cv-04574-AB

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Roger G. Brooks__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| New York | 03/27/1989 | 2260537 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| USDC, SDNY | 02/15/2000 | RB-4136 |
|---|---|---|
| USDC, EDNY | 05/21/2001 | RB-4136 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| USCA, 2nd Circuit | 02/06/2009 | |
| USCA, 7th Circuit | 04/22/2011 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| US Sup. Ct. | 03/22/2010 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   Qualcomm Inc.

_____
(Applicant's Signature)

08/05/2011
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cravath, Swaine & Moore LLP

825 Eighth Avenue, New York, NY 10019

(212) 474-1000

Sworn and subscribed before me this

5th Day of August, 2011

_____
Notary Public

KEITH S. KAPLAN
Notary Public, State of New York
No. 01KA6062463
Qualified in New York County
Commission Expires Aug. 6, 2013

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Roger G. Brooks___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Robert N. Feltton | *[signature]* | 6/28/1990 | 581978 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Conrad O'Brien PC

1515 Market Street, 16th Floor, Philadelphia, PA 19102

(215) 864-9600

Sworn and subscribed before me this

___ Day of _August_, 2011

*[signature]*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOYCE A. DIEM, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 17, 2013

## **CERTIFICATE OF SERVICE**

I, Robert N. Feltoon, hereby certify that I caused a true and correct copy of the application of Roger G. Brooks, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

> John G. Harkins, Jr., Esquire
> Colleen Healy Simpson, Esquire
> Harkins Cunningham LLP
> 2800 One Commerce Square
> 2005 Market Street
> Philadelphia, PA  19103-7042
> *Attorney for Plaintiff*

> Steven E. Bizar
> Buchanan Ingersoll & Rooney PC
> Two Liberty Pl.  Ste. 3200
> 50 S. 16th St.
> Philadelphia, PA  19102-2555
> *Attorney for Defendant LM Ericsson Telephone Company*

Robert N. Feltoon

Dated:  August 9, 2011