IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC. | : | CIVIL ACTION |
| VS. | : | |
| LM ERICSSON TELEPHONE COMPANY, et al. | : | NO.:   11-cv-4574 |

### O R D E R

AND NOW, this **10th** day of **AUGUST, 2011**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Anita B. Brody to the calendar of the Honorable Robert F. Kelly.

FOR THE COURT:

J. CURTIS JOYNER
Chief Judge

ATTEST:

/s/  Michael E. Kunz
MICHAEL E. KUNZ
Clerk of Court