IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC. | : | Case No. 2:11-cv-04574-RK |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), | : | |
| | : | |
| QUALCOMM INC., | : | |
| | : | |
| ALCATEL-LUCENT, S.A., | : | |
| | : | |
| THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP | : | |
| | : | |
| and | : | |
| | : | |
| EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE | : | |
| | : | |
| Defendants. | | |

## Rule 7.1 Corporate Disclosure Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant

Telefonaktiebolaget LM Ericsson ("Ericsson") makes this Corporate Disclosure Statement.

Telefonaktiebolaget LM Ericsson is publicly held and trades in the United States

through American Depository Receipts under the name LM Ericsson Telephone Company.  No

publicly held corporation owns 10% or more of Telefonaktiebolaget LM Ericsson's stock.

DATED: AUGUST 18, 2011

/s/ Steven E. Bizar
Steven E. Bizar (ID No. 68316)
**BUCHANAN INGERSOLL & ROONEY PC**
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia PA 19102-2555
Tel: (215) 665-8700
Fax: (215) 665-8760

***Attorneys for Defendant***
LM Ericsson Telephone Company

## <u>CERTIFICATE OF SERVICE</u>

I, STEVEN E. BIZAR, ESQUIRE, hereby state that on August 18, 2011 the foregoing document was electronically filed using the Court's CM/ECF system, and that the document is available for downloading and viewing from the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the CM/ECF system.


/s/  Steven E. Bizar
Steven E. Bizar, Esquire


DATED: August 18, 2011