

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC. | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:11-cv-04574 |
| LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), | : | |
| QUALCOMM INC., | : | |
| ALCATEL-LUCENT, S.A., | : | |
| THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, | : | |
| and | : | |
| EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE | : | |
| Defendants. | : | |

FILED
AUG 19 2011
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

Received
~~FILED~~
AUG 18 2011
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## STIPULATION FOR EXTENSION OF TIME

TO THE CLERK:

Pursuant to Local Rule of Civil Procedure 7.4(b)(2), counsel for plaintiff TruePosition, Inc. and counsel for defendants LM Ericsson Telephone Company (Telefonaktiebolaget LM Ericsson), Alcatel-Lucent, S.A., and European Telecommunications Standards Institute hereby stipulate:

1. Each of these defendants hereby accepts service of process as of the date of this Stipulation;

2. Each of these defendants hereby waives the defenses of insufficient process and insufficient service of process, but preserves all other defenses, including but not limited to lack of personal jurisdiction and improper venue;

3. Each of these defendants is hereby granted a thirty (30) day extension of time until and including October 11, 2011 within which to answer, plead or otherwise move with respect to the Complaint. Pursuant to this Stipulation, LM Ericsson Telephone Company (Telefonaktiebolaget LM Ericsson), Alcatel-Lucent, S.A., and European Telecommunications Standards Institute will have until October 11, 2011 to serve their responses to the Complaint. No such prior extension has been granted.

DATED: August 18, 2011

_____
John G. Harkins, Jr.
Colleen Healy Simpson
Evelyn R. Protano
**Harkins Cunningham LLP**
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042
(215) 851-6700

Douglas E. Rosenthal
Seth D. Greenstein
Aymeric Dumas-Eymard
David Golden
**Constantine Cannon LLP**
Suite 1050 East Tower
1301 K Street NW
Washington, D.C. 20005
(202) 204-3514
**Counsel for TruePosition, Inc.**

_____
Francis P. Newell
Peter M. Ryan
**Cozen O'Connor**
1900 Market Street
Philadelphia, Pennsylvania 19103
(215) 665-2000

A. Stephen Hut, Jr.
Ali M. Stoeppelwerth
Brian Boynton
**Wilmer Cutler Pickering Hale and Dorr LLP**
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 663-6000
**Counsel for Alcatel-Lucent, S.A.**

2

Robert F. Kelly
Aug. 19, 2011

2. Each of these defendants hereby waives the defenses of insufficient process and insufficient service of process, but preserves all other defenses, including but not limited to lack of personal jurisdiction and improper venue;

3. Each of these defendants is hereby granted a thirty (30) day extension of time until and including October 11, 2011 within which to answer, plead or otherwise move with respect to the Complaint. Pursuant to this Stipulation, LM Ericsson Telephone Company (Telefonaktiebolaget LM Ericsson), Alcatel-Lucent, S.A., and European Telecommunications Standards Institute will have until October 11, 2011 to serve their responses to the Complaint. No such prior extension has been granted.

DATED: August 18, 2011

| | |
|---|---|
| _____ <br> John G. Harkins, Jr. <br> Colleen Healy Simpson <br> Evelyn R. Protano <br> **Harkins Cunningham LLP** <br> 2800 One Commerce Square <br> 2005 Market Street <br> Philadelphia, PA 19103-7042 <br> (215) 851-6700 <br> <br> Douglas E. Rosenthal <br> Seth D. Greenstein <br> Aymeric Dumas-Eymard <br> David Golden <br> **Constantine Cannon LLP** <br> Suite 1050 East Tower <br> 1301 K Street NW <br> Washington, D.C. 20005 <br> (202) 204-3514 <br> **Counsel for TruePosition, Inc.** | *[signature]* <br> Francis P. Newell <br> Peter M. Ryan <br> **Cozen O'Connor** <br> 1900 Market Street <br> Philadelphia, Pennsylvania 19103 <br> (215) 665-2000 <br> <br> Of Counsel: <br> A. Stephen Hut, Jr. <br> Ali M. Stoeppelwerth <br> Brian Boynton <br> **Wilmer Cutler Pickering Hale and Dorr LLP** <br> 1875 Pennsylvania Avenue, N.W. <br> Washington, DC 20006 <br> (202) 663-6000 <br> **Counsel for Alcatel-Lucent, S.A.** |

2

/s/ Steven E. Bizar
Steven E. Bizar
**Buchanan Ingersoll & Rooney PC**
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102-2555
(215) 665-8700

Arman Y. Oruc
**Simpson Thacher & Bartlett LLP**
1155 F Street, N.W.
Washington, DC 20004
(202) 636-5500

Joseph F. Tringali
**Simpson Thacher & Bartlett LLP**
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2000
**Counsel for LM Ericsson Telephone Company (Telefonaktiebolaget LM Ericsson)**

Stephen W. Armstrong
**Montgomery, McCracken, Walker & Rhoads, LLP**
123 South Broad St.
Philadelphia, PA 19109
(215) 772-7552

Richard S. Taffet
Derek Care
**Bingham McCutchen LLP**
399 Park Avenue
New York, NY 10022-4689
(212) 705-7000

William S.D. Cravens
**Bingham McCutchen LLP**
2020 K Street, N.W.
Washington, DC 20006-1806
(202) 373-6083
**Counsel for European Telecommunications Standards Institute**

3

| | |
|---|---|
| _____<br>Steven E. Bizar<br>**Buchanan Ingersoll & Rooney PC**<br>Two Liberty Place<br>50 S. 16th Street, Ste. 3200<br>Philadelphia, PA 19102-2555<br>(215) 665-8700 | /s/ Stephen W. Armstrong<br>Stephen W. Armstrong<br>**Montgomery, McCracken,**<br>**Walker & Rhoads, LLP**<br>123 South Broad St.<br>Philadelphia, PA 19109<br>(215) 772-7552 |

Arman Y. Oruc
**Simpson Thacher & Bartlett LLP**
1155 F Street, N.W.
Washington, DC 20004
(202) 636-5500

*Of counsel:*

Richard S. Taffet
Derek Care
**Bingham McCutchen LLP**
399 Park Avenue
New York, NY 10022-4689
(212) 705-7000

Joseph F. Tringali
**Simpson Thacher & Bartlett LLP**
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2000
**Counsel for LM Ericsson Telephone Company (Telefonaktiebolaget LM Ericsson)**

William S.D. Cravens
**Bingham McCutchen LLP**
2020 K Street, N.W.
Washington, DC 20006-1806
(202) 373-6083
**Counsel for European Telecommunications Standards Institute**

3

## CERTIFICATE OF SERVICE

I, Evelyn R. Protano, hereby certify that I caused a true and correct copy of the foregoing Stipulation for Extension of Time to be served by First Class mail upon the following:

>Steven E. Bizar
>Buchanan Ingersoll & Rooney PC
>Two Liberty Place
>50 S. 16th Street, Ste. 3200
>Philadelphia, PA  19102-2555

>Robert N. Feltoon
>Conrad O'Brien PC
>1515 Market Street, 16th Floor
>Philadelphia, PA  19102 - 1921

                                                                _____
                                                                Evelyn R. Protano

Dated:  August 18, 2011