(34)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. | Case No. 2:11-cv-04574-RK |
| Plaintiff, | |
| v. | |
| LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), | |
| QUALCOMM INC., | |
| ALCATEL-LUCENT, S.A., | |
| THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP | |
| and | |
| EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE | |
| Defendants. | |

## ORDER

AND NOW, this 26th Day of Aug., 2011, it is hereby

ORDERED that the application of ___Conor A. Reidy___, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____
J. Robert F. Kelly