APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC., Plaintiff | : | CIVIL ACTION |
| v. | : | |
| LM ERICSSON TELEPHONE CO., et al. | : | NO. 2:11-cv-04574-AB |

### ORDER

AND NOW, this _____ Day of _____, 2011, it is hereby

ORDERED that the application of  Roger G. Brooks , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____
J.