APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TRUEPOSITION, INC. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| LM ERICSSON TELEPHONE CO., et al. | : | NO. 2:11-cv-04574-AB |



FILED
KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this _____ Day of _____, 2011, it is hereby

ORDERED that the application of <u>Gary A. Bornstein</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____
Robert F. Kelly, J.