IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TruePosition, Inc., <br>     Plaintiff, <br> v. <br> LM Ericsson Telephone Company, et al., <br>     Defendants. | Civil Action <br> No: 2:11-cv-04574-RK |

**FILED**
SEP 01 '11
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## DISCLOSURE STATEMENT

Please check one box:

☑ The nongovernmental corporate party, European Telecommunications Standards Institute, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____

29 August 2011                    _Stephen W. Awsty_
Date                              Signature

Counsel for European Telecommunications Standards Institute