APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TruePosition, Inc.

: CIVIL ACTION

v.

LM Ericsson Telephone Co., et al.

: NO. 11-CV-04574

**FILED**
SEP - 6 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 6th Day of Sept., 2011, it is hereby

ORDERED that the application of Alysia Solow, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_Robert F. Kelly_
J.