APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TruePosition, Inc.                    : CIVIL ACTION
                                      :
            v.                        :
                                      :
LM Ericsson Telephone Co., et al.     : NO. 11-CV-04574

FILED
SEP - 6 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 6th Day of Sept., 2011, it is hereby

ORDERED that the application of  Taline Sahakian , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____
                      Robert F. Kelly      J.