# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. | Civil Action No. |
| | 2:11-cv-04574-AB |
| v. | |
| LM ERICSSON TELEPHONE COMPANY | |
| (Telefonaktiebolaget LM Ericcson), | |
| QUALCOMM INC., | |
| ALCATEL-LUCENT, S.A., | |
| THIRD GENERATION PARTNERSHIP | **FILED** |
| PROJECT a/k/a 3GPP, and | SEP - 6 2011 |
| EUROPEAN TELECOMMUNICATIONS | |
| STANDARDS INSTITUTE | MICHAEL E. KUNZ, Clerk |
| | By_____ Dep. Clerk |

## ORDER

AND NOW, this ___6th___ day of ___Sept.___, 2011, it is hereby

ORDERED that the application of Derek Care, Esquire to practice in this

Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_Robert D. Kelly_
J.

A/74493791.1