IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRUEPOSITION, INC. : Civil Action No.
: 2:11-cv-04574-AB
v. :
:
LM ERICSSON TELEPHONE COMPANY :
  (Telefonaktiebolaget LM Ericcson), :
QUALCOMM INC., :
ALCATEL-LUCENT, S.A., :
THIRD GENERATION PARTNERSHIP :
  PROJECT a/k/a 3GPP, and :
EUROPEAN TELECOMMUNICATIONS :
STANDARDS INSTITUTE :

**FILED**
SEP - 6 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this _6th_ day of _Sept._, 2011, it is hereby ORDERED that the application of William S.D. Cravens, Esquire to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_Robert D. Kelly_
J.

A/74493318.1