IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRUEPOSITION, INC.                    : Civil Action No.
                                      : 11-cv-04574-AB
         v.                           :
                                      :
LM ERICSSON TELEPHONE COMPANY         :
   (Telefonaktiebolaget LM Ericcson), :
QUALCOMM INC.,                        :
ALCATEL-LUCENT, S.A.,                 :
THIRD GENERATION PARTNERSHIP          :
   PROJECT a/k/a 3GPP, and            :
EUROPEAN TELECOMMUNICATIONS           :
STANDARDS INSTITUTE                   :

FILED
SEP - 6 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this ___6th___ day of ___Sept.___, 2011, it is hereby

ORDERED that the application of Richard S. Taffet, Esquire to practice in this Court pursuant to

Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
                              J.

A/74493355.1