IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. | : |
|         Plaintiff, | : |
| v. | :    Case No. 2:11-cv-04574 |
| LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), | : |
| QUALCOMM INC., | : |
| ALCATEL-LUCENT, S.A., | : |
| THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, | : |
| and | : |
| EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE | : |
|         Defendants. | : |

## DEFENDANT ALCATEL LUCENT'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Alcatel Lucent,[1] by and through its undersigned counsel, submits the following disclosures:

1. Alcatel Lucent is a nongovernmental corporate party;

2. Alcatel Lucent does not have a parent corporation; and

---

[1] It should be noted that the caption of the Complaint is incorrect. The entity that resides at 3 av. Octave Greard in Paris, France is Alcatel Lucent, not Alcatel-Lucent, S.A.

3. There is no publicly held corporation that owns 10% or more of Alcatel Lucent's stock.

BY: /s/ Francis P. Newell
Francis P. Newell
Peter M. Ryan
**Cozen O'Connor**
1900 Market Street
Philadelphia, Pennsylvania 19103
(215) 665-2000

Of Counsel:
A. Stephen Hut, Jr.
Ali M. Stoeppelwerth
Brian Boynton
**Wilmer Cutler Pickering Hale and Dorr LLP**
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 663-6000

**Counsel for Alcatel Lucent**

Date: September 7, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that I am causing to be transmitted on this date September 7, 2011, a PDF document to the Clerk's Office of the Eastern District of Pennsylvania, which is a copy of **Defendant Alcatel Lucent's Fed. R. Civ. P. 7.1 Disclosure Statement.** Notice of the filing of this document, and its availability for viewing and downloading, is to be sent to all parties of record by operation of the Court's electronic filing system.

COZEN O'CONNOR
A Pennsylvania Professional Corporation

BY: _____

F Brenden Coller
