TruePosition, Inc., et. al., Plaintiff(s)
vs.
LM Ericsson Telephone Company (Telefonaktiebolaget LM Ericsson), et. al.,
Defendant(s)

Service of Process by



APS International, Ltd.
1-800-328-7171
CivilActionGroup.com

APS File: 261470-1

Law Firm Requesting Service:
HARKINS CUNNINGHAM
Mr. Christopher Walsh
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042

## AFFIDAVIT OF SERVICE ON A CORPORATION

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--Telefonaktiebolaget LM Ericsson
Court Case No. 11-4574

| | |
|---|---|
| Name of Server: | Zendry Svärdkrona, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| Date/Time of Service | that on 17-Aug-2011 09:30 am |
| Place of Service: | Torshamnsgatan 23, Kista, 164-83 Stockholm, Sweden |
| Documents Served: | the undersigned served the documents described as: Summary of the Document to be Served, (in Swedish and English), Summons in a Civil Action, Notice of Right to Consent to Exercise of Jurisdiction by a United States Magistrate Judge, Complaint for Violations of the U.S. Antitrust Laws |
| Service of Process on, Person Served, and Method of Service: | A true and correct copy of the aforesaid document(s) was served on: Telefonaktiebolaget LM Ericsson By delivering them into the hands of an officer, managing agent, or other person authorized to accept service of process, whose name and title is Gunilla Modén, Vice President Legal Affairs |
| Foreign Law: | Documents served pursuant to the Swedish Service Act [Delgivningslag (2010:1932)]. |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex F ; Skin Color Caucasian ; Hair Color Blonde ; Facial Hair N/A   Approx. Age 51 ; Approx. Height 5'06" ; Approx. Weight 121 lbs |

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and affirmed before me this 18th day of August, 2011

Indefinite
Notary Public   (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122