APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LM ERICSSON TELEPHONE CO., et al. | : | NO. 2:11-cv-04574 |

ORDER

AND NOW, this         Day of                   , 20    , it is hereby

ORDERED that the application of <u>A. Stephen Hut, Jr.</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                            J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:11-CV-04574

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __A. Stephen Hut, Jr.__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __451703__, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| District of Columbia | 06/07/1974 | 192856 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Maryland | 07/01/2011 | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| See attached | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   Alcatel Lucent

(Applicant's Signature)

September 1, 2011
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

1875 Pennsylvania Avenue, NW

Washington, DC 20006

(202) 663-6235

Sworn and subscribed before me this

1st Day of September, 2011

Notary Public

DARLENE BACKSTROM-DUPREE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 1, 2016

10/04

## A. STEPHEN HUT, JR. – BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| District of Columbia Court of Appeals | Washington, DC | 06/07/74 |
| Court of Appeals of Maryland | Maryland | 07/01/11 |
| Supreme Court of the United States | Washington, DC | 01/09/78 |
| U.S. Ct of Appeals/Third Circuit | Philadelphia, PA | 02/17/98 |
| U.S. District Court for DC | Washington, DC | 07/06/76 |
| U.S. Ct of Appeals/D.C. Circuit | Washington, DC | 07/08/75 |
| U.S. Ct. of Appeals/Second Circuit | New York, NY | 07/13/04 (renewed admission on 4/29/09) |
| U.S. Ct of Appeals/Fourth Circuit | Richmond, VA | 11/04/99 |
| U.S. Ct of Appeals/Fifth Circuit | New Orleans, LA | 03/21/77 |
| U.S. Ct of Appeals/Sixth Circuit | Cincinnati, OH | 01/05/99 |
| U.S. Ct of Appeals/Eighth Circuit | St. Louis, MO | 09/14/81 |
| U.S. Ct of Appeals/Ninth Circuit | San Francisco, CA | 11/15/90 |
| U.S. Ct of Appeals/Tenth Circuit | Denver, CO | 06/14/02 |
| U.S. Ct of Appeals/Eleventh Circuit | Atlanta, GA | 10/05/81 |
| U.S. Ct. of Appeals/Federal Circuit | Washington, DC | 10/24/07 |

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____A. Stephen Hut, Jr.____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Francis P. Newell | *(signature)* | 02/05/2004 | 22277 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cozen O'Connor

1900 Market Street, Philadelphia, PA 19103

(215) 665-2118

Sworn and subscribed before me this

____ Day of _____, 20__

_____
Notary Public

```
NOTARIAL SEAL
ANNEMARIE K O'DONNELL
Notary Public
PHILADELPHIA CTY, PHILADELPHIA CNTY
My Commission Expires Dec 14, 2012
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 2:11-cv-04574 |
| : | |
| LM ERICSSON TELEPHONE COMPANY : | |
| (Telefonaktiebolaget LM Ericsson), : | |
| : | |
| QUALCOMM INC., : | |
| : | |
| ALCATEL-LUCENT, S.A., : | |
| : | |
| THIRD GENERATION PARTNERSHIP : | |
| PROJECT a/k/a 3GPP, : | |
| : | |
| and : | |
| : | |
| EUROPEAN TELECOMMUNICATIONS : | |
| STANDARDS INSTITUTE : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, September 13, 2011, a copy of the application of A. Stephen Hut, Jr., Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this Court was mailed today with postage prepaid to:

John G. Harkins, Jr.
Colleen Healy Simpson
Evelyn R. Protano
**Harkins Cunningham LLP**
2800 One Commerce Square
2005 Market Street
Philadelphia, PA  19103-7042
(215) 851-6700

Robert N. Feltoon
**Conrad O'Brien Gellman & Rohn P.C.**
1515 Market St., 16th Floor
Philadelphia, PA 19102
(215) 864-8064

*Of counsel:*
Roger G. Brooks
Gary A. Bornstein

*Of counsel:*
Douglas E. Rosenthal
Seth D. Greenstein
Aymeric Dumas-Eymard
David Golden
**Constantine Cannon LLP**
Suite 1050 East Tower
1301 K Street NW
Washington, D.C. 20005
(202) 204-3514
**Counsel for TruePosition, Inc.**

Steven E. Bizar
**Buchanan Ingersoll & Rooney PC**
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102-2555
(215) 665-8700

*Of counsel:*
Arman Y. Oruc
**Simpson Thacher & Bartlett LLP**
1155 F Street, N.W.
Washington, DC 20004
(202) 636-5500

Joseph F. Tringali
**Simpson Thacher & Bartlett LLP**
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2000
**Counsel for LM Ericsson Telephone Company (Telefonaktiebolaget LM Ericsson)**

**Cravath Swaine & Moore LLP**
825 Eighth Ave.
New York, NY 10019
(212) 474-1000
**Counsel for Qualcomm, Inc.**

Stephen W. Armstrong
**Montgomery, McCracken, Walker & Rhoads, LLP**
123 South Broad St.
Philadelphia, PA 19109
(215) 772-7552

*Of counsel:*
Richard S. Taffet
Derek Care
**Bingham McCutchen LLP**
399 Park Avenue
New York, NY 10022-4689
(212) 705-7000

William S.D. Cravens
**Bingham McCutchen LLP**
2020 K Street, N.W.
Washington, DC 20006-1806
(202) 373-6083
**Counsel for European Telecommunications Standards Institute**

COZEN O'CONNOR
A Pennsylvania Professional Corporation

BY: _____
F Brenden Coller