APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Pennsylvania

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel: 952.831.7776    Fax: 952.831.8150<br>Email: KThompsen@CivilActionGroup.com | MINISTERE DE LA JUSTICE<br>(Bureau de l'Entraide judiciare intl)<br>13, place Vendôme<br>Paris Cedex 01<br><br>75042<br>France |

REÇU LE 09 AOUT 2011 D3

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse) Alcatel-Lucent, S.A.
3 av. Octave Gréard, 75007 Paris, France
Tel:

[ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a)  selon les formes légales (article 5, alinéa premier, lettre a).*

[X] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b):* En remettant les documents à un huissier, qui se chargera de les signifier à un cadre administratif, un agent gérant ou tout autre agent autorisé à accepter des documents légaux pour le compte du Défendeur. Le Défendeur ne doit pas avoir l'option de refuser la signification. Un chèque d'un montant de 50,00 euro pour couvrir les honoraires de l'huissier est inclus.

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*



List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Notice of Right to Consent to Exercise of Jurisdiction
by a United States Magistrate Judge
Complaint for Violations of the U.S. Antitrust Laws
Translations

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.    , the
                                            *le* 8/4/11

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                (Est. 11/22/77)

* Delete if inappropriate.
  *Rayer les mentions inutiles.*



Paris le, 5 septembre 2011

Signification des actes internationaux

RECD SEP 20

Maître Kristin J THOMPSEN
APS INTERNATIONAL, LTD
APS International Plaza
7800 Glenroy Road
USA MINNEAPOLIS, MN 55439-3122

Nos références : 38173

Vos références : D3/5988TR2011 ETATS-UNIS D'AMERIQUE

Vous trouverez, sous ce pli, le second original de l'acte qui a été signifié :

A | S.A. ALCATEL-LUCENT S.A.
3 avenue Octave Gréard
75007 PARIS

Vous en souhaitant bonne réception,

Nous vous prions d'agréer l'expression de nos sentiments distingués.

Service des actes étrangers

# ATTESTATION

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1. que la demande a été exécutée*
   - le (date) Trente et Un AOUT 2011.
   - à (localité, rue, numéro) 3 AVENUE Octave GREARD 75007 PARIS
   - dans une des formes suivantes prévues à l'article 5:

   a) selon les formes légales (article 5, alinéa premier, lettre a)*.

   b) selon la forme particulière suivante*: _____

   c) par remise simple*.

   Les documents mentionnés dans la demande ont été remis à:
   - (identité et qualité de la personne) Monsieur AUGUAY Thierry JURISTE
   - liens de parenté, de subordination ou autres, avec le destinataire de l'acte: personne habilité à recevoir acte.

2. que la demande n'a pas été exécutée, en raison des faits suivants*: _____

Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes*

Pièces renvoyées: COPIE + TRADUCTION

Le cas échéant, les documents justificatifs de l'exécution: P.V. de remise.

Fait à PARIS, le 01/09/11.
Signature et/ou cachet.

* Rayer les mentions inutiles.

Benjamin CHAPLAIS
SCP d'Huissier de Justice
32, avenue Charles Floquet
75007 Paris
Tél. : 01 53 58 33 60
Fax : 01 53 58 33 61
e-mail : chaplais.huis@orange.fr

S.C.P
Benjamin CHAPLAIS

Huissier de Justice
Associé

32 avenue Charles Floquet
75007 PARIS

Tél. : 01.53.58.33.60
Fax : 01.53.58.33.61
chaplais.huis@orange.fr



RÉFÉRENCES À RAPPELER:
Cor : 59, MD :703959
LB

ACTE
D'HUISSIER
DE JUSTICE

| COUT DE L'ACTE | |
|---|---|
| Article 6 | 43,13 |
| Article 18 | 6,87 |
| H.T. | 50 |
| Tva 19,6% | 0 |
| T.T.C | 50 |

Cor : 59, MD :703959     Acte : 35032

DEUXIEME ORIGINAL

# SIGNIFICATION D'UN ACTE TRANSMIS PAR UN ETAT ETRANGER
### EN APPLICATION DE LA CIRCULAIRE NOR JUS CO5 20 961 C (CIV/20/05) DU 1ER FEVRIER 2006, RELATIVE AUX « NOTIFICATION INTERNATIONALES DES ACTES JUDICIAIRES ET EXTRAJUDICIAIRES EN MATIERE CIVILE ET COMMERCIALE »

L'AN DEUX MILLE ONZE ET LE : Trente et un AOUT

Je soussigné, Benjamin Chaplais, membre de la Société Civile Professionnelle Benjamin Chaplais, titulaire d'un office d'Huissier de Justice près le Tribunal de Grande Instance de Paris, y demeurant 32 avenue Charles Floquet dans le 7ème arrondissement de Paris

**A :**

**S.A. ALCATEL LUCENT** 4.648.370.376,00 Euros , immatriculée au RCS de Paris sous le numéro B 542 019 096, dont le siège est 3 Avenue Octave Greard 75007 PARIS prise en la personne de son Président du Conseil d'administration, domicilié en cette qualité audit siège
Où étant et parlant à comme il est dit ci-après dans le procès-verbal de signification joint.

**A LA DEMANDE DE :**

**APS INTERNATIONAL, LTD** Kristin J Thompsen International Plaza 7800 Glenroy Road 55439-3122 MINNEAPOLIS (MINNESOTA) USA Agissant poursuites et diligences de son représentant légal domicilié en cette qualité audit siège
Elisant domicile en mon Etude

**JE VOUS SIGNIFIE ET VOUS LAISSE COPIE :**

D'un acte en provenance des états unis d'Amérique, établi dans la langue suivante : Anglais ,

L'acte est accompagné d'une traduction en français : [X] oui – [ ] non.

Je vous informe que vous pouvez, conformément aux dispositions de l'article 688-6 alinéa 2 du code de procédure civile, refuser de recevoir le présent acte s'il est établi dans une langue autre que l'une des langues suivantes :

    a) Le français,
    b) Ou une langue de l'Etat membre d'origine comprise par vous.

En cas de remise à personne, je vous ai indiqué verbalement l'information ci-dessus.

La présente signification vous est faite conformément aux dispositions DE LA CIRCULAIRE NOR JUS CO5 20 961 C (CIV/20/05) DU 1ER FEVRIER 2006, RELATIVE AUX « NOTIFICATION INTERNATIONALES DES ACTES JUDICIAIRES ET EXTRAJUDICIAIRES EN MATIERE CIVILE ET COMMERCIALE.



# SCP Benjamin CHAPLAIS
## Huissier de justice associé

Cor : 59, MD :703959                                          Acte : 35032

## SIGNIFICATION DE L'ACTE A PERSONNE MORALE

le trente et un Août deux mille onze

Pour **S.A. ALCATEL LUCENT, 3 Avenue Octave Greard 75007 PARIS.**

Cet acte a été signifié par Clerc assermenté, parlant à Monsieur AUGUAY Thierry, Juriste, qui a déclaré être habilité(e) à recevoir la copie,

Le domicile étant certain ainsi qu'il résulte des vérifications suivantes :
- ✓ L'adresse est confirmée par la personne rencontrée sur place.

Un avis de passage, daté, mentionnant la nature de l'acte, le requérant et le nom de la personne ayant reçu copie, a été laissé ce jour au siège du destinataire.

La lettre prévue à l'article 658 du Code de Procédure Civile, contenant copie de l'acte, a été adressée dans le délai légal.

Le présent acte n'est pas soumis à la taxe fiscale.

Le présent acte comporte 116 feuilles à la copie.

Les mentions relatives à la signification sont visées par l'Huissier de Justice.

Cout définitif de l'acte :

| COUT DE L'ACTE | |
|---|---|
| Droit Fixe (Art. 6) | 42,18 |
| Transport (Art. 18) | 6,87 |
| H.T. | 49,05 |
| Tva 19,6% | 0,00 |
| Affranchissement | 0,95 |
| Coût de l'acte | 50,00 |



Membre d'une association agréée, le règlement des honoraires par chèque est accepté.
Siret n° 430 127 530 00029            Tva Intra n° FR 414 301 275 30 / 000 29
N° de déclaration CIL.1746. Conformément à la loi informatique et libertés du 6 janvier 1978, vous bénéficiez d'un droit d'accès et de rectification aux informations qui vous concernent. Pour exercer ce droit, merci de vous adresser aux personnes habilitées de l'étude