IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC. | : | Case No. 2:11-cv-04574-RK |
| Plaintiff, | : | |
| v. | : | |
| LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), | : | |
| QUALCOMM INC., | : | |
| ALCATEL-LUCENT, S.A., | : | |
| THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP | : | |
| and | : | |
| EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ Day of _____, 2011, it is hereby

ORDERED that the application of ___Kevin J. Arquit_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J. Robert F. Kelly

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __2:11-cv-04574-RK__

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Kevin J. Arquit__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __1186241__, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| New York | 4/1/1980 | 1674811 |
| District of Columbia | 8/2/1993 | 438511 |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| S.D.N.Y. | 6/19/1980 | karquit@stblaw.com |
| E.D.N.Y. | 7/29/1980 | karquit@stblaw.com |
| Third Circuit Court of Appeals | 7/6/1982 | |
| N.D. Cal. | 9/18/1983 | |
| W.D.N.Y. | 3/19/1984 | |
| Second Circuit Court of Appeals | 8/19/1985 | |
| N.D.N.Y | 11/4/1985 | |
| United States Supreme Court | 2/28/1989 | |
| D. Mass. | 9/6/1996 | |
| D.D.C. | 1/31/2001 | 438511 |

| | | |
|---|---|---|
| District of Columbia Court of Appeals | 1/31/2001 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Ninth Circuit Court of Appeals | 1/19/2005 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| W.D. Tex. | 12/13/2007 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Fifth Circuit Court of Appeals | 6/26/2009 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Eleventh Circuit Court of Appeals | 7/12/2011 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    LM Ericsson Telephone Company

_____
(Applicant's Signature)

Oct 5, 2011
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Simpson Thacher & Bartlett LLP
425 Lexington Ave, New York, NY 10017
(212) 455-2000

Sworn and subscribed before me this
5th Day of October, 2011
_____
Notary Public

ROSE-MARIE M. LYN SHUE
NOTARY PUBLIC, State of New York
No. 01LY6087719
Qualified in New York County
Commission Expires  3/31/2015

II.  SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Kevin J. Arquit____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Steven E. Bizar | /s/ | 6/21/93 | 68316 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Buchanan Ingersoll & Rooney PC
Two Liberty Place, 50 S. 16th Street, Suite 3200, Philadelphia, PA 19102-2555
(215) 665-8700

Sworn and subscribed before me this

__6__ Day of __October__, 2011

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BETTY CHERI PEARCE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 1, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. : | Case No. 2:11-cv-04574-RK |
| Plaintiff, : | |
| v. : | |
| LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), : | |
| QUALCOMM INC., : | |
| ALCATEL-LUCENT, S.A., : | |
| THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP : | |
| and : | |
| EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE : | |
| Defendants. : | |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _Kevin J. Arquit_ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

| TRUEPOSITION, INC. | QUALCOMM INC. |
|---|---|
| John G. Harkins , Jr.<br>Colleen H. Simpson<br>Evelyn Rose Marie Protano<br>HARKINS CUNNINGHAM, LLP<br>2800 One Commerce Square<br>2005 Market St.<br>Philadelphia, PA 19103-7042<br>Phone: (215) 851-6700<br>Email:<br>jharkins@harkinscunningham.com<br>csimpson@harkinscunningham.com<br>eprotano@harkinscunningham.com<br><br>Aymeric Dumas-Eymard<br>David Golden<br>Douglas Rosenthal<br>Seth Greenstein<br>CONSTANTINE CANNON LLP<br>1301 K St. NW Suite 1050E<br>Washington, DC 20005<br>Phone: (202) 204-3500<br>Email:<br>dgolden@constantinecannon.com<br><br>Gordon Schnell<br>CONSTANTINE CANNON LLP<br>335 Madison Ave., 9th Floor<br>New York, NY 10017<br>Phone: (212) 350-2700 | Robert N. Feltoon<br>CONRAD O'BRIEN GELLMAN &<br>ROHN PC<br>1515 Market St., 16th Fl.<br>Philadelphia, PA 19102<br>Phone: (215) 864-8064<br>Email: rfeltoon@conradobrien.com |

_____
Signature of Attorney

Steven E. Bizar
Name of Attorney

LM Ericsson Telephone Company
(Telefonaktiebolaget LM Ericsson)
Name of Moving Party

10/6/11
Date