IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>                                    Plaintiff,<br><br>vs.<br><br>LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON)<br><br>QUALCOMM INC.<br><br>ALCATEL-LUCENT, S.A.<br><br>THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP<br><br>and<br><br>EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE<br><br>                                    Defendants. | Case No. 2:11-cv-4574-RK |

## STIPULATED SCHEDULING ORDER

WHEREAS defendant Qualcomm Incorporated ("Qualcomm") filed its Motion to Dismiss the Complaint of TruePosition, Inc. (the "Motion") on September 8, 2011;

WHEREAS the parties participated in a teleconference with the Court on September 9, 2011, during which it was determined that plaintiff TruePosition, Inc. ("TruePosition") would respond to Qualcomm's Motion on October 11, 2011 and that Qualcomm would reply on October 18, 2011; and

1

WHEREAS TruePosition and Qualcomm have further conferred on the timing of Qualcomm's reply;

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for TruePosition and counsel for Qualcomm and subject to the Court's approval, as follows:

1. TruePosition shall file its response to Qualcomm's Motion on or before October 11, 2011.

2. Qualcomm shall file its reply in support of its Motion on or before October 21, 2011.

Dated: September 28, 2011

John G. Harkins, Jr.
Colleen Healy Simpson
Evelyn R. Protano
HARKINS CUNNINGHAM LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042
(215) 851-6700

*Counsel for Plaintiff TruePosition, Inc.*

Robert N. Feltoon
CONRAD O'BRIEN PC
1515 Market Street, 16th floor
Philadelphia, PA 19102
(215) 864-9600

Roger G. Brooks
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Counsel for Defendant Qualcomm Incorporated*

SO ORDERED this 7th day of Oct., 2011.

Robert F. Kelly, J.