# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LM ERICSSON TELEPHONE COMPANY, ) <br> ) <br> QUALCOMM INC., ) <br> ) <br> ALCATEL-LUCENT, S.A., ) <br> ) <br> THIRD GENERATION PARTNERSHIP ) <br> PROJECT a/k/a 3GPP, ) <br> ) <br> and ) <br> ) <br> EUROPEAN TELECOMMUNICATIONS ) <br> STANDARDS INSTITUTE ) <br> ) <br> Defendants. ) | Case No. 2:11-cv-4574 (RK) |

## ORDER

AND NOW, this _____ day of _____, 2011, upon consideration of Defendant Qualcomm Incorporated's Motion to Dismiss the Complaint of TruePosition, Inc. and the Opposition of Plaintiff, and any reply thereto, it is hereby ORDERED that Defendant's Motion to Dismiss is DENIED.

BY THE COURT

_____
R. Kelly, J.