## **CERTIFICATE OF SERVICE**

I, Colleen Healy Simpson, hereby certify that on October 11, 2011, I caused a true and correct copy of the foregoing Opposition of Plaintiff TruePosition, Inc. to Defendant Qualcomm, Inc.'s Motion to Dismiss to be electronically filed and served on the following, pursuant to the Court's ECF system, and that the filing is available for downloading and viewing from the ECF system.

**Counsel for Qualcomm Inc.**

Robert N. Feltoon
Conrad O'Brien PC
1515 Market Street, 16th Floor
Philadelphia, PA  19102 - 1921
rfeltoon@conradobrien.com

Evan R. Chesler
Roger G. Brooks
Gary A. Bornstein
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, N.Y. 10019-7475
echesler@cravath.com
rbrooks@cravath.com
gbornstein@cravath.com

**Counsel for Alcatel-Lucent, S.A.**

Francis P. Newell
Peter Michael Ryan
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103
fnewell@cozen.com
pryan@cozen.com

    A. Stephen Hut, Jr.
    Ali M. Stoeppelwerth
    Brian Boynton
    Wilmer Cutler Pickering Hale and Dorr LLP
    1875 Pennsylvania Avenue, NW
    Washington, DC  20006
    steve.hut@wilmerhale.com
    ali.stoeppelwerth@wilmerhale.com
    brian.boynton@wilmerhale.com

**Counsel for ETSI**

    Stephen W. Armstrong
    Montgomery, McCracken, Walker & Rhoads, LLP
    123 South Broad Street
    Philadelphia, PA  19109
    sarmstrong@mmwr.com

    Derek Care
    Richard S. Taffet
    Bingham McCutchen LLP
    399 Park Avenue
    New York, NY  10022-4689
    derek.care@bingham.com
    richard.taffet@bingham.com

    William S.D. Cravens
    Bingham McCutchen LLP
    2020 K Street, N.W.
    Washington, DC  20006-1806
    william.cravens@bingham.com

**Counsel for LM Ericsson Telephone Company**
**(Telefonaktiebolaget LM Ericsson)**

    Steven E. Bizar
    Buchanan Ingersoll & Rooney PC
    Two Liberty Place
    50 S. 16th Street, Ste. 3200
    Philadelphia, PA  19102-2555
    steven.bizar@bipc.com

Arman Y. Oruc
Conor A. Reidy
Simpson Thacher & Bartlett LLP
1155 F Street, N.W.
Washington, DC  20004
AOruc@stblaw.com
CReidy@stblaw.com

Kevin J. Arquit
Joseph F. Tringali
Peri L. Zelig
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017-3954
karquit@stblaw.com
jtringali@stblaw.com
pzelig@stblaw.com

          s/Colleen Healy Simpson