IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.,<br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>LM ERICSSON TELEPHONE COMPANY<br>(Telefonaktiebolaget LM Ericsson), QUALCOMM<br>INC., ALCATEL-LUCENT, S.A., THIRD<br>GENERATION PARTNERSHIP PROJECT a/k/a<br>3GPP, and EUROPEAN TELECOMMUNICATIONS<br>STANDARDS INSTITUTE,<br>　　　　　　　　　Defendants. | CIVIL ACTION<br>2:11-cv-04574-RFK |

**DEFENDANT EUROPEAN TELECOMMUNICATIONS
STANDARDS INSTITUTE'S MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), defendant European Telecommunications Standards Institute ("ETSI") hereby moves the Court to dismiss plaintiff TruePosition, Inc.'s Complaint as against ETSI. The grounds for this Motion are set forth in the accompanying Memorandum of Law.

Oral argument is respectfully requested.

A/74537719.1

WHEREFORE, defendant ETSI respectfully requests that the Court grant this Motion and dismiss this action as against ETSI pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(6).

Respectfully submitted,

Dated: October 11, 2011

/s/ Stephen W. Armstrong
Stephen W. Armstrong
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA  19109
(215) 772-7552
sarmstrong@mmwr.com

Richard S. Taffet, *admitted pro hac vice*
Derek Care, *admitted pro hac vice*
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY  10022-4689
(212) 705-7729
richard.taffet@bingham.com
derek.care@bingham.com

William S.D. Cravens, *admitted pro hac vice*
BINGHAM McCUTCHEN LLP
william.cravens@bingham.com
2020 K Street N.W.
Washington, DC  20006-1806
(202) 373-6083
william.cravens@bingham.com

*Attorneys for Defendant*
*European Telecommunications Standards Institute*

## CERTIFICATE OF SERVICE

      I, Stephen W. Armstrong, hereby certify that I caused a true and correct copy of the foregoing Motion of Defendant European Telecommunications Standards Institute to Dismiss the Complaint of Plaintiff TruePosition, Inc. to be served on all counsel of record by filing an electronic copy with this Court's CM/ECF system, which will send notification of the filing to all counsel registered with that system.

Dated: October 11, 2011

                                                      /s/ Stephen W. Armstrong
                                                      Stephen W. Armstrong