IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., <br>                 Plaintiff, <br> v. <br> LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), QUALCOMM INC., ALCATEL-LUCENT, S.A., THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, and EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE, <br>                 Defendants. | CIVIL ACTION <br> 2:11-cv-04574-RFK |

## ORDER

AND NOW, this _____ day of _____, 2011, upon consideration of Defendant European Telecommunications Standards Institute's Motion to Dismiss the Complaint of plaintiff TruePosition, Inc., and the response of plaintiff thereto,

IT IS HEREBY ORDERED that Defendant European Telecommunications Standards Institute's Motion to Dismiss is GRANTED and the Complaint is DISMISSED as to Defendant European Telecommunications Standards Institute.

                                                        BY THE COURT

                                                        _____
                                                        Hon. Robert F. Kelly
                                                        United States District Court Judge