IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>                      Plaintiff,<br><br>vs.<br><br>LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON)<br><br>QUALCOMM, INC.<br><br>ALCATEL-LUCENT, S.A.<br><br>THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP<br><br>and<br><br>EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE<br><br>                      Defendants. | Case No. 2:11-cv-4574 |

**DEFENDANT ERICSSON'S MOTION TO DISMISS**
**THE COMPLAINT OF TRUEPOSITION INC.**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant LM Ericsson Telephone Company (Telefonaktiebolaget LM Ericsson) ("Ericsson") hereby moves the Court to dismiss plaintiff TruePosition, Inc.'s Complaint as against Ericsson. The grounds for this Motion are set forth in the accompanying Memorandum of Law in Support of Defendant Ericsson's Motion to Dismiss.

Oral argument is respectfully requested.

WHEREFORE, defendant Ericsson respectfully requests that the Court grant this Motion and dismiss this action as against Ericsson pursuant to Federal Rule of Civil Procedure 12(b)(6).

Respectfully submitted,

October 11, 2011

By:  /s/ Steven E. Bizar

BUCHANAN INGERSOLL & ROONEY PC

Steven E. Bizar (PA I.D. 68316)
Two Liberty Place, Ste. 3200
50 S. 16th Street
Philadelphia, PA  19102
Phone:  (215) 665-3826
Facsimile:  (215) 665-8760

SIMPSON THACHER & BARTLETT LLP

Arman Y. Oruc
1155 F Street, N.W.
Washington, DC  20004
Phone:  (202) 636-5599
Facsimile: (202) 636-5502

Kevin J. Arquit
425 Lexington Avenue
New York, NY 10017
Phone:  (212) 455-7680
Facsimile: (212) 455-2502

*Attorneys for Defendant LM Ericsson Telephone Company*