IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON)<br><br>QUALCOMM, INC.<br><br>ALCATEL-LUCENT, S.A.<br><br>THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP<br><br>and<br><br>EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE<br><br>Defendants. | Case No. 2:11-cv-4574 |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2011, upon consideration of Defendant LM Ericsson Telephone Company's Motion to Dismiss the Complaint of TruePosition, Inc., and the response of plaintiff thereto,

IT IS HEREBY ORDERED that Defendant LM Ericsson Telephone Company's Motion to Dismiss is GRANTED and the Complaint is DISMISSED as to Defendant LM Ericsson Telephone Company.

BY THE COURT

_____
R. Kelly, J.

1