## CERTIFICATE OF SERVICE

I, Steven E. Bizar, hereby certify that I caused a true and correct copy of the foregoing Defendant Ericsson's Motion to Dismiss the Complaint of TruePosition Inc., accompanying Memorandum of Law in Support, and proposed Order to be electronically filed pursuant to the Court's electronic filing system, and that the filing was served upon the attorney of record for each party by transmission through the Court's electronic filing system, and was also served by First Class U.S. mail upon the following:


John G. Harkins
Colleen Healy Simpson
Harkings Cunningham, LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103

Douglas E. Rosenthal
Seth D. Greenstein
Aymeric Dumas-Eymard
David Golden
Constantine Cannon LLP
1301 K Street, NW
Suite 1050 East Tower
Washington, D.C. 20005

*Attorneys for Plaintiff TruePosition Inc.*


October 11, 2011           By:   /s/ Steven E. Bizar
                                 Steven E. Bizar