**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TRUEPOSITION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON), <br><br> QUALCOMM, INC., <br><br> ALCATEL LUCENT, S.A., <br><br> THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, <br><br> and <br><br> EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE, <br><br> Defendants. | Case No. 2:11-cv-4574 |

**ORDER**

AND NOW this _____ day of _____, 201_, upon consideration of Defendant Alcatel Lucent's Motion to Dismiss, any accompanying papers in support thereof, and any responses thereto, it is hereby ORDERED and DECREED that Defendant Alcatel Lucent's Motion to Dismiss is GRANTED. Accordingly, Plaintiff's Complaint is dismissed.

BY THE COURT,

_____
UNITED STATES DISTRICT JUDGE