# CERTIFICATE OF SERVICE

I hereby certify that I am causing to be transmitted on this date October 11, 2011, PDF documents to the Clerk's Office of the Eastern District of Pennsylvania, which are copies of Defendant Alcatel Lucent's Motion to Dismiss, accompanying Memorandum of Law in Support and other supporting documents, and Proposed Order.  Notice of the filing of these documents and their availability for viewing and downloading is to be sent to all parties of record by operation of the Court's electronic filing system.

                                                                                */s/*     *F Brenden Coller*
                                                                                          F Brenden Coller