APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Pennsylvania

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776 Fax: 952.831.8150<br>Email: KThompsen@CivilActionGroup.com | MINISTERE DE LA JUSTICE<br>(Bureau de l'Entraide judiciare intl)<br>13, place Vendôme<br>Paris Cedex 01<br><br>75042<br>France |

REÇU LE 0 9 AOUT 2011 D3

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse) __European Telecommunications Standards Institute__
__650 Route des Lucioles, 06921 Sophia-Antipolis Cedex, France__
Tel:

[ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5, alinéa premier, lettre a).*
[X] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):En remettant les documents à un huissier, qui se chargera de les signifier à un cadre administratif, un agent gérant ou tout autre agent autorisé à accepter des documents légaux pour le compte du Défendeur. Le Défendeur ne doit pas avoir l'option de refuser la signification. Un chèque d'un montant de 50,00 euro pour couvrir les honoraires de l'huissier est inclus.*
[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant* ... *de l'APS INTERNATIONAL d'attestation figurant au verso.*

| List of documents<br>*Enumération des pièces* | APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439 |
|---|---|
| Summary of the Document to be Served<br>Summons in a Civil Action<br>Notice of Right to Consent to Exercise of Jurisdiction by a United States Magistrate Judge<br>Complaint for Violations of the U.S. Antitrust Laws<br>Translations | Done at:<br>*Fait à* Minneapolis, Minnesota, U.S.A. , the *le* 8/4/11 |

Signature and/or stamp.
*Signature et/ou cachet.*

(formerly OBD-116 which was formerly LAA-116, both of which may still be used) USM-94 (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

```
| Jean-Paul BARNEL      |
| -------               |
| HUISSIER DE JUSTICE   |
| -----                 |
| 8 rue du Lt Noircarme |
| 06110 LE CANNET       |
| Tél: 04.93.69.22.52   |
| Fax: 04.93.45.37.14   |
| CCP MARSEILLE 691994G |
| --O--                 |
```

| SIGNIFICATION D'UN ACTE EN PROVENANCE DES ETATS UNIS EN |
| APPLICATION DE LA CONVENTION DE LA HAYE DU 15 NOVEMBRE 1965 |

**Références à rappeler :**
Dossier : 100019367
Acte    :    778894

L'AN DEUX MILLE ONZE

Et le      Sept SEPTEMBRE

Je, Jean-Paul BARNEL, Huissier de Justice à la résidence du CANNET, (Alpes Maritimes), 8 rue Lt Noircarme,

A :

Société EUROPEAN TELECOMMUNICATINS STANDARTS INSTITUTE
dont le siège social est à SOPHIA ANTIPOLIS CEDEX (06921),
650 route des Lucioles ,
prise en la personne de son directeur,

où étant et parlant comme il est dit ci-après,

A LA DEMANDE :

-LM ERICSSON TELEPHONE COMPANY(TELEFONAKTIEBOLAGET LM ERICSSON);
SE-16483-STOCKLOM-SUEDEL

-QUALCOMM INC.5775 Morehouse Drive-SAN DIEGO,CA 92121  USA

-SA ALCATEL-LUCENT-3 avenue Octave Gréard-75007 PARIS


JE VOUS SIGNIFIE ET VOUS LAISSE COPIE

d'un acte en provenance des Etats-Unis

L'acte est établi dans la langue suivante : anglaise
et est accompagné d'une traduction en français

La présente signification vous est faite conformément aux disposition
de la Convention de la Haye du 15 novembre 1965 relative à la
signification et à la notification à l'étranger des actes judiciaires
et extrajudiciaires en matière civile ou commerciale.

    COUT

50.00 euros (dispensé de TVA)

ZZEURSIG/NR/830078 29/08/11 100019367    - Feuillet 1 -

```
Jean-Paul BARNEL

HUISSIER DE JUSTICE

8 rue de la Maréchale
06110 LE CANNET
Tel: 04.93.69.22.52
Fax: 04.93.45.37.14
CCP MARSEILLE 691904G
```

## MODALITES DE SIGNIFICATION

(à domicile ou à résidence, personne morale)

Le présent acte a été remis dans les conditions ci-dessous, notre assermenté, suivant les déclarations qui nous ont été faites.

En l'absence de représentant légal, de fondé de pouvoir, ou d'une personne habilitée à recevoir l'acte, et vérifications faites que le destinataire demeure bien à l'adresse indiquée, la copie de l'acte a été remise sous enveloppe fermée ne portant que l'indication des nom et adresse du destinataire de l'acte, et le cachet de l'Huissier de Justice apposé sur la fermeture du pli.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A UNE PERSONNE PRESENTE AU DOMICILE DE LA DESTINATAIRE

Nom : JANSEN
Prénom : Carl
Qualité : Directeur Général

ainsi déclaré, qui a accepté de recevoir la copie.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Un avis de passage a été laissé ce jour, conformément à l'article 655 du N.C.P.C. et la lettre prévue par l'article 658 du N.C.P.C. comportant les mêmes mentions que l'avis de passage a été adressée avec copie de l'acte le premier jour ouvrable suivant la date du présent.

Le présent acte comporte 8/9 pages

Visa de l'Huissier de Justice des
mentions relatives à la signification

[Stamp: BARNEL, Huissier de Justice – LE CANNET]

### ATTESTATION

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1. que la demande a été exécutée*
   - le (date) _7/9/2011_
   - à (localité, rue, numéro) _____
   - dans une des formes suivantes prévues à l'article 5:

   ✗ a) selon les formes légales (article 5, alinéa premier, lettre a)*.

   b) selon la forme particulière suivante*: _____

   c) par remise simple*.

   Les documents mentionnés dans la demande ont été remis à:
   - (identité et qualité de la personne) _____

   - liens de parenté, de subordination ou autres, avec le destinataire de l'acte: _____

2. que la demande n'a pas été exécutée, en raison des faits suivants*: _____

Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes*

Pièces renvoyées: _Second Original_

Le cas échéant, les documents justificatifs de l'exécution: _Formulaire de Signification_

Fait à _L. Court_, le _8/9/11_
Signature et/ou cachet.

* Rayer les mentions inutiles.