# CRAVATH, SWAINE & MOORE LLP

ALLEN FINKELSON
STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG

SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK

THOMAS E. DUNN
MARK I. GREENE
SARKIS JEBEJIAN
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL

CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL
PAUL C. SAUNDERS

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1072

October 26, 2011

<u>TruePosition, Inc. v. LM Ericsson Telephone Company, et al.
Civil Action No. 11-4574 (RK)</u>

Dear Judge Kelly:

      I am counsel for Qualcomm Incorporated in the above captioned matter and write to bring to the Court's attention recent supplemental authority that we believe is relevant to Qualcomm's pending Motion to Dismiss.

      In *Burtch v. Milberg Factors, Inc.*, decided October 24, 2011, the Third Circuit affirmed the District of Delaware's holding that a complaint that alleged parallel conduct, but failed to allege any "factual detail in the Complaint that makes it any *more* likely that the Defendants' parallel conduct was the result of an unlawful agreement than, instead, the result of independent rational, and wholly lawful decisions by each Defendant", did not satisfy the "plausibility" standard of *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007). *Burtch v. Milberg Factors, Inc.*, No. 10-2818, --- F.3d ---, 2011 WL 5027511, at *13 (3d Cir. Oct. 24, 2011) (emphasis added). The Court of Appeals held that where the defendants, factors in the garment industry, each had an independent motive to withhold credit from plaintiff—a garment retailer with declining sales—the complaint did not support a plausible inference of a conspiracy in violation of Section 1 of the Sherman Act, even where the defendants were alleged to have shared information

regarding the plaintiff's credit-worthiness. *Id.* at *14 (stating that allegations of motive based on "market behavior are precisely the legally insufficient facts we have cautioned against using as circumstantial evidence of an agreement").

                                          Respectfully,

                                          Roger G. Brooks

Honorable Robert F. Kelly
    U.S. Courthouse
        601 Market Street, Room No. 11613
            Philadelphia, PA 19106

Copies to:

Robert N. Feltoon
    Conrad O'Brien PC
        1515 Market Street, 16th Floor
            Philadelphia, PA 19102-1921

John G. Harkins, Jr.
Colleen Healy Simpson
Evelyn R. Protano
    Harkins Cunningham LLP
        2800 One Commerce Square
        2005 Market Street
            Philadelphia, PA 19103-7042

Douglas E. Rosenthal
Seth D. Greenstein
Aymeric Dumas-Eymard
David Golden
    Constantine Cannon LLP
        Suite 1050 East Tower
        1301 K Street NW
            Washington, DC 20005

Francis P. Newell
Peter M. Ryan
   Cozen O'Connor
      1900 Market Street
         Philadelphia, PA 19103

A. Stephen Hut, Jr.
Ali M. Stoeppelwerth
Brian Boynton
   Wilmer Cutler Pickering Hale and Dorr LLP
      1875 Pennsylvania Avenue, N.W.
         Washington, DC 20006

Steven E. Bizar
   Buchanan Ingersoll & Rooney PC
      Two Liberty Place
      50 S. 16th Street, Ste. 3200
         Philadelphia, PA 19102-2555

Arman Y. Oruc
   Simpson Thacher & Bartlett LLP
      1155 F Street, N.W.
         Washington, DC 20004

Joseph F. Tringali
   Simpson Thacher & Bartlett LLP
      425 Lexington Avenue
         New York, NY 10017-3954

Stephen W. Armstrong
   Montgomery, McCracken, Walker & Rhoads, LLP
      123 South Broad St.
         Philadelphia, PA 19109

Richard S. Taffet
Derek Care
   Bingham McCutchen LLP
      399 Park Avenue
         New York, NY 10022-4689

William S.D. Cravens
   Bingham McCutchen LLP
      2020 K Street, N.W.
         Washington, DC 20006-1806

VIA CM/ECF