

*Eiber Translations, Inc.*

99 Powerhouse Road, Suite 100
Roslyn Heights, New York 11577
516 498 1111 / 718 463 2900
Fax 516 498 2390
info@eibertranslations.com

*TRANSLATORS & INTERPRETERS*

[Translation from French]

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 11-cv-4574 (RK) |
| | ) |
| LM ERICSSON TELEPHONE COMPANY, | ) |
| | ) |
| QUALCOMM INC., | ) |
| | ) |
| ALCATEL-LUCENT, S.A., | ) |
| | ) |
| THIRD GENERATION PARTNERSHIP | ) |
| PROJECT also known as 3GPP, | ) |
| | ) |
| and | ) |
| | ) |
| EUROPEAN TELECOMMUNICATIONS | ) |
| STANDARDS INSTITUTE | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF JEAN-PAUL BARNEL

I, JEAN-PAUL BARNEL, Process Server residing at 8 rue Lt Noircame in LE CANNET

(Alpes Maritimes), declare that:

1.    I am the Process Server responsible for serving the summons in this matter on the

defendants European Telecommunications Standards Institute and Third

Generation Partnership Project, as indicated in the reports attached as Exhibits 1

and 2.

202016-1



2.      The summons was set to be served at the same address for defendants ETSI and
        3GPP, i.e., 650 Route des Lucioles, 06921 Sophia-Antipolis Cedex, France, as
        indicated in Exhibits 1 and 2.

3.      During the service, the person encountered at the address 650 Route des Lucioles
        in Sophia Antipolis by the Process Server was Mr. Erick Jansen to whom the
        summons was delivered for European Telecommunications Standards Institute in
        his capacity as Legal Affairs Manager, but he refused to accept the one involving
        Third Generation Partnership Project on the grounds that the summoned party was
        not a body corporate, but only an informal association of several entities,
        including his company European Telecommunications Standards Institute, ETSI,
        where he was encountered.

4.      There is a transcription error on the certification accompanying the 3GPP service
        report (Exhibit 1) and the reference to "STEPI" should be "ETSI."

I declare under penalty of perjury, pursuant to the laws of the United States, that my
statement is true and correct and that I affirm the truth of my statement.

Executed on Friday, October 28, 2011 in Le Cannet

Me Jean-Paul BARNEL
Process Server



*Eiber*
*Translations, Inc.*

*TRANSLATORS & INTERPRETERS*

99 Powerhouse Road, Suite 100
Roslyn Heights, New York 11577
516.498.1111 / 718.463.2900
Fax 516.498.2390
info@eibertranslations.com

## CERTIFICATION:

The appended document is a true and accurate translation from FRENCH to ENGLISH
and it is certified by Eiber Translations, Inc., pursuant to CPLR Rule 2101(b).

Edna H. Eiber
Eiber Translations, Inc.

## AFFIDAVIT:

Edna H. Eiber, being duly sworn, deposes and says:

I am the principal of EIBER TRANSLATIONS, INC. Your deponent retains the services
of certified translators. A certified French to English translator was retained to translate
the appended *Affidavit of Jean-Paul Barnel* in the matter of *Trueposition, Inc. v. LM
Ericsson Telephone Company, Qualcomm Inc., Alcatel-Lucent, S.A., Third
Generation Partnership Project 3GPP and European Telecommunications
Standards Institute*, pursuant to general principles of translation of the American
Translators Association.

Edna H. Eiber

Sworn to before me
This 31 day of October, 2011

Notary Public

BRUCE EIBER, P.C.
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02EI5039007
QUALIFIED IN NASSAU COUNTY
MY COMMISSION EXPIRES FEBRUARY 13, 2011

TRIBUNAL DE DISTRICT DES ÉTATS-UNIS
POUR LE DISTRICT EST DE LA PENNSYLVANIE

TRUEPOSITION, INC.                                          )
                                                           )
                     Demandeur,                            )
                                                           )
            c.                                             )         Action Civile No. 11-cv-4574 (RK)
                                                           )
LM ERICSSON TELEPHONE COMPANY,                             )
                                                           )
QUALCOMM INC.,                                             )
                                                           )
ALCATEL-LUCENT, S.A.,                                      )
                                                           )
THIRD GENERATION PARTNERSHIP                               )
PROJECT appelé aussi 3GPP,                                 )
                                                           )
            et                                             )
                                                           )
EUROPEAN TELECOMMUNICATIONS                                )
STANDARDS INSTITUTE                                        )
                                                           )
                     Défendeurs.                           )

## DÉCLARATION DE JEAN-PAUL BARNEL

Je, JEAN-PAUL BARNEL, Huissier de Justice à la résidence du CANNET, (Alpes
Maritimes), 8 rue Lt Noircame, déclare que:

.1     Je suis le Huisser de Justice chargé de signifier la demande dans la présente cause aux
       défendeurs European Telecommunications Standards Institute et Third Generation
       Partnership Project, tel qu'il appert des procès verbaux ci-joints comme Pièces 1 et 2.

.2     La signification était prévue à la même adresse pour les défendeurs ETSI et 3GPP, soit
       650 Route des Lucioles, 06921 Sophia-Antipolis Cedex, France, tel qu'il appert des
       Pièces 1 et 2.

.3     Lors de la signification, la personne rencontrée à l'adresse 650 Route des Lucioles à

202016.1

Sophia Antipolis par le Clerc Significateur de l'Étude, était Monsieur Erick Jansen auquel

a été remis l'acte pour European Telecommunications Standards Institute en sa qualité de

Directeur Juridique, mais qui a refusé celui concernant Third Generation Partnership

Project au motif que la requise n'était pas une personne morale, mais seulement une

association informelle entre plusieurs entités, dont la société, European

Telecommunications Standards Institute, ETSI, où il a été rencontré.

4   Il y a une erreure de retranscription sur l'attestation accompagnant le procès-verbal de la

signification de 3GPP (Pièce 1) et la référence à "STEPI" devrait être "ETSI."

Je déclare sous peine de parjure conformément aux lois des États-Unis que ma

déclaration est exacte et correcte et que j'affirme la vérité de ma déclaration.

Et j'ai signé vendredi le 28 octobre, 2011 à Le Cannet

Me Jean-Paul BARNEL
Huissier de Justice

Exhibit 1

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Pennsylvania

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: KThompsen@CivilActionGroup.com | MINISTERE DE LA JUSTICE<br>(Bureau de l'Entraide judiciare intl)<br>13, place Vendôme<br>Paris Cedex 01<br><br>75042<br>France |

REÇU LE
0 9 AOUT 2011

The undersigned applicant has the honour to transmit – in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée. d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)*      Third Generation Partnership Project also known as 3GPP
650 Route des Lucioles, 06921 Sophia-Antipolis Cedex, France
Tel:

[  ] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a)    selon les formes légales (article 5, alinéa premier, lettre a).*

[X] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b):En remettant les documents à un huissier, qui se chargera de les signifier à
un cadre administratif, un agent gérant ou tout autre agent autorisé à accepter des documents légaux pour le compte du Défendeur.  Le Défendeur ne doit pas
avoir l'option de refuser la signification.  Un chèque d'un montant de 50.00 euro pour couvrir les honoraires de l'huissier est inclus.*

[  ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
*c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte --et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Notice of Right to Consent to Exercise of Jurisdiction
by a United States Magistrate Judge
Complaint for Violations of the U.S. Antitrust Laws
Translations

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Done at _____, the ___
*Fait à* Minneapolis, Minnesota, U.S.A.   *le*  8/4/11

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                              (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

## CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1.   ~~that the request has been executed~~*

~~- the (date)~~ _____

~~- at (place, street, number)~~ _____

_____

~~- in one of the following methods authorized by article 5:~~

a)   ~~in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention~~*.

b)   ~~in accordance with the following particular method~~*: _____

_____

c)   ~~by delivery to the addressee, who accepted it voluntarily.~~*

~~The documents referred to in the request have been delivered to:~~

~~- (identity and description of person)~~ _____

_____

~~- relationship to the addressee (family, business or other)~~ :

_____

2.   that the document has not been served, by reason of the following facts*:
          *The writ was refused on the grounds that the party being served is not a corporation, but only an informal*
*association among several entities, including STEPI.*
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

Annexes

Documents returned:

_____

_____

_____          Done at  *Le Cannet*          the  *09/12/2011*
2
In appropriate cases, documents establishing the service:          Signature and/or stamp.

_____                    *[Signature and Huissier's stamp]*

_____

_____

*   Delete if inappropriate.

Jean-Paul BARNEL
--------
HUISSIER
--------
8 rue du Lt Noircarme
06110 LE CANNET
Tel.: 04.93.69.22.52
Fax: 04.93.45.37.14
CCP MARSEILLE 691994G
-- O --

SERVICE OF A WRIT FROM THE UNITED STATES
IN ACCORDANCE WITH THE HAGUE CONVENTION
OF NOVEMBER 15, 1965

IN THE YEAR TWO THOUSAND AND ELEVEN

and on

*I, Jean-Paul BARNEL, Huissier residing in LE CANNET (Alpes Maritimes), 8 rue Lt Noircame,*

ON:

References to be used:
*File*:  100019393
*Writ*:  779802

THIRD GENERATION PARTNERSHIP PROJECT aka 3GPP, with its main office located in 06921 SOPHIA-ANTIPOLIS ( ), 650 route des Lucioles, through its Director

Where I was and spoke as stated below,

AT THE REQUEST OF:

SECOND
ORIGINAL

- LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON); SE-16483 - STOCKHOLM – SWEDEN

- QUALCOM INC., 5775 Morhouse Drive, SAN DIEGO, CA 92121 USA

- SA ALCATEL-LUCENT – 3 avenue Octave Gréard, 75007 PARIS

I AM SERVING UPON YOU AND DELIVERING TO YOU A COPY

of a writ from the United States.

This writ is drawn up in the following language: English
and is accompanied by a translation into French

This service is made upon you pursuant to the provisions of The Hague Convention dated November 15, 1965 on the service or notification abroad of judicial and extra-judicial documents in civil or commercial matters.

COST

50.00 Euros (exempt from V.A.T.)

ZZEURSIG/NR/830081        09/06/11        100019393        - Sheet 1 -

## ATTESTATION

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1.  que la demande a été exécutée*
    – le (date) ....................................................................................................
    – à (localité, rue, numéro) ...........................................................................

    – dans une des formes suivantes prévues à l'article 5 :

    a) selon les formes légales (article 5, alinéa premier, lettre a)*.

    b) selon la forme particulière suivante* : ...............................................
    ..........................................................................................................

    c) par remise simple*.

    Les documents mentionnés dans la demande ont été remis à :
    – (identité et qualité de la personne) ........................................................
    ..........................................................................................................

    – liens de parenté, de subordination ou autres, avec le destinataire de
      l'acte : ...........................................................................................

2.  que la demande n'a pas été exécutée, en raison des faits suivants* : l'acte a été refusé au motif que la requise n'est pas une personne morale, mais seulement une association informelle entre plusieurs entités, dont STEPI.

Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes*

Pièces renvoyées : ..............................................................................
..........................................................................................................
..........................................................................................................

Le cas échéant, les documents justificatifs de l'exécution : ....................
..........................................................................................................
..........................................................................................................

Fait à M. Gamble le 18 | 9 | 11

Signature et/ou cachet.

* Rayer les mentions inutiles.

```
  _____
 |  Jean-Paul BARNEL      |
 |    -------             |
 |  HUISSIER DE JUSTICE   |
 |    -----               |
 | 8 rue du Lt Noircarme  |
 |   06110 LE CANNET      |
 |  Tél: 04.93.69.22.52   |
 |  Fax: 04.93.45.37.14   |
 | CCP MARSEILLE 691994G  |
 |     --O--              |
 |_____|
```

```
 _____
|   _____  |
|  |                                                 | |
|  |  SIGNIFICATION D'UN ACTE EN PROVENANCE DES ETATS UNIS EN~ |
|  |                                                 | |
|  |  APPLICATION DE LA CONVENTION DE LA HAYE DU 15 NOVEMBRE 1965 |
|  |_____| |
|_____|
```

L'AN DEUX MILLE ONZE

Et le

**Références à rappeler :**
*Dossier :* 100019393
*Acte    :*    779802

Je, *Jean-Paul BARNEL, Huissier de Justice à la résidence du CANNET, (Alpes Maritimes), 8 rue Lt Noircame,*

  A :

Société THIRD GENERATION PARTNERSHIP PROJECT a/k a 3GPP
dont le siège social est à 06921 SOPHIA-ANTIPOLIS (),
650 route des Lucioles ,
prise en la personne de son directeur,

où étant et parlant comme il est dit ci-après,

A LA DEMANDE :

-LM ERICSSON TELEPHONE COMPANY(TELEFONAKTIEBOLAGET LM ERICSSON);
SE-16483-STOCKHOLM -SUEDE

-QUALCOM INC.5775 Morehouse Drive-SAN DIEGO,CA92121 USA

-SA ALCATEL-LUCENT-3 avenue Octave Gréard-75007 PARIS

JE VOUS SIGNIFIE ET VOUS LAISSE COPIE~

d'un acte en provenance des Etats Unis.

L'acte est établi dans la langue suivante : anglaise
et est accompagné d'une traduction en français

La présente signification vous est faite conformément aux disposition
de la Convention de la Haye du 15 novembre 1965 relative à la
signification et à la notification à l'étranger des actes judiciaires
et extrajudiciaires en matière civile et commerciale.

    COUT

50.00 euros (dispensé de TVA)



Exhibit 2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Pennsylvania

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776 Fax: 952.831.8150<br>Email: KThompsen@CivilActionGroup.com | MINISTERE DE LA JUSTICE<br>(Bureau de l'Entraide judiciare intl)<br>13, place Vendôme<br>Paris Cedex 01<br><br>75042<br>France |

REÇU LE 09 AOUT 2011 D3

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* European Telecommunications Standards Institute
650 Route des Lucioles, 06921 Sophia-Antipolis Cedex, France
Tel:

[ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

[X] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):En remettant les documents à un huissier, qui se chargera de les signifier à un cadre administratif, un agent gérant ou tout autre agent autorisé à accepter des documents légaux pour le compte du Défendeur. Le Défendeur ne doit pas avoir l'option de refuser la signification. Un chèque d'un montant de 50.00 euro pour couvrir les honoraires de l'huissier est inclus.*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Notice of Right to Consent to Exercise of Jurisdiction by a United States Magistrate Judge
Complaint for Violations of the U.S. Antitrust Laws
Translations

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 5543

Done at , the
*Fait à* Minneapolis, Minnesota, U.S.A. , *le* 8/4/11

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used) USM-94 (Est. 11/22/77)

* Delete if inappropriate.
*Rayer les mentions inutiles*

```
| Jean-Paul BARNEL   |
| -------            |
| HUISSIER DE JUSTICE |
| -----              |
| 8 rue du Lt Noircarme |
| 06110 LE CANNET    |
| Tél: 04.93.69.22.52 |
| Fax: 04.93.45.37.14 |
| CCP MARSEILLE 691994G |
| --O--              |
```

```
| SIGNIFICATION D'UN ACTE EN PROVENANCE DES ETATS UNIS EN |
|                                                          |
| APPLICATION DE LA CONVENTION DE LA HAYE DU 15 NOVEMBRE 1965 |
```

L'AN DEUX MILLE ONZE

Et le ▓▓▓▓▓ Sept ▓▓▓▓▓▓

**Références à rappeler :**
*Dossier : 100019367*
*Acte    :   778894*

*Je, Jean-Paul BARNEL, Huissier de Justice à la résidence du CANNET,*
*(Alpes Maritimes), 8 rue Lt Noircarme,*

A :

Société EUROPEAN TELECOMMUNICATINS STANDARTS INSTITUTE
dont le siège social est à SOPHIA ANTIPOLIS CEDEX (06921),
650 route des Lucioles ,
prise en la personne de son directeur,

où étant et parlant comme il est dit ci-après,

A LA DEMANDE :

-LM ERICSSON TELEPHONE COMPANY(TELEFONAKTIEBOLAGET LM ERICSSON);
SE-16483-STOCKLOM-SUEDEL

-QUALCOMM INC.5775 Morehouse Drive-SAN DIEGO,CA 92121   USA

-SA ALCATEL-LUCENT-3 avenue Octave Gréard-75007 PARIS

JE VOUS SIGNIFIE ET VOUS LAISSE COPIE⁻

d'un acte en provenance des Etats-Unis

L'acte est établi dans la langue suivante : anglaise
et est accompagné d'une traduction en français

La présente signification vous est faite conformément aux disposition
de la Convention de la Haye du 15 novembre 1965 relative à la
signification et à la notification à l'étranger des actes judiciaires
et extrajudiciaires en matière civile ou commerciale.

       COUT

50.00 euros (dispensé de TVA)



ATTESTATION

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de
ladite Convention,

1.    que la demande a été exécutée*
      – le (date) ................ 7 / 9 / 2011 ................................................
      – à (localité, rue, numéro) ...............................................................

      – dans une des formes suivantes prévues à l'article 5:

  X   a) selon les formes légales (article 5, alinéa premier, lettre a)*.

      b) selon la forme particulière suivante*: ...........................................
      ...........................................................................................

      c) par remise simple*.

      Les documents mentionnés dans la demande ont été remis à:
      – (identité et qualité de la personne) ................................................
      ...........................................................................................

      – liens de parenté, de subordination ou autres, avec le destinataire de
        l'acte: ................................................................................

2.    que la demande n'a pas été exécutée, en raison des faits suivants*:.............
      ...........................................................................................
      ...........................................................................................

Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de
payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes*

Pièces renvoyées: ...... Second Original ...................................................
...........................................................................................

Le cas échéant, les documents justificatifs de l'exécution: .... Formulaire ..........
.... de Notification ......................................................................

                                        Fait à La Court, le .8. 9 11
                                        Signature et/ou cachet.

* Rayer les mentions inutiles.

# CERTIFICATE

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,

1.   that the request has been executed*

- the (date) _____09/07/2011_____

- at (place, street, number) _____

- in one of the following methods authorized by article 5:

☑ a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

b)   in accordance with the following particular method*: _____

c)   by delivery to the addressee, who accepted it voluntarily.*

The documents referred to in the request have been delivered to:

- (identity and description of person) _____

- relationship to the addressee (family, business or other) : _____

2.    ~~that the document has not been served, by reason of the following facts~~*: _____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

Annexes

Documents returned:

_Second original_____

_____               Done at _Le Cannet_ the _09/08/2011_

_____

In appropriate cases, documents establishing the service:               Signature and/or stamp.

_Writ of service_____                      [Huissier's signature

_and seal]_____

_____

*   Delete if inappropriate.

Jean-Paul BARNEL

--------

HUISSIER

--------

8 rue du Lt Noircarme
06110 LE CANNET
Tel.: 04.93.69.22.52
Fax: 04.93.45.37.14
CCP MARSEILLE 691994G
-- O --

References to be used:
*File*:  100019367
*Writ*: 778894

SECOND
ORIGINAL

SERVICE OF A WRIT FROM THE UNITED STATES
IN ACCORDANCE WITH THE HAGUE CONVENTION
OF NOVEMBER 15, 1965

IN THE YEAR TWO THOUSAND AND ELEVEN

and on September seventh

*I, Jean-Paul BARNEL, Huissier residing in LE CANNET (Alpes
Maritimes), 8 rue Lt Noircame,*

ON:

Société EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE,
with its main office located in SOPHIA-ANTIPOLIS CEDEX (06921),
650 route des Lucioles,
through its Director

Where I was and spoke as stated below,

AT THE REQUEST OF:

- LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET
  LM ERICSSON); SE-16483 - STOCKHOLM – SWEDEN

- QUALCOMM INC., 5775 Morehouse Drive, SAN DIEGO, CA 92121 USA

- SA ALCATEL-LUCENT – 3 avenue Octave Gréard, 75007 PARIS

I AM SERVING UPON YOU AND DELIVERING TO YOU A COPY

of a writ from the United States.

This writ is drawn up in the following language: English
and is accompanied by a translation into French

This service is made upon you pursuant to the provisions of The Hague
Convention dated November 15, 1965 on the service or notification abroad of
judicial and extra-judicial documents in civil or commercial matters.

COST

50.00 Euros (exempt from V.A.T.)

ZZEURSIG/NR/830078        08/29/11        100019367        - Sheet 1 -

ZSIGUMZ/FB/826695 22/04/09 297233    - Feuillet 1 -

Jean-Paul BARNEL
- - - - - -
HUISSIER DE JUSTICE
- - - - -
8 rue du Lt Noircarme
06110 LE CANNET
Tél: 04.93.69.22.52
Fax: 04.93.45.37.14
CCP MARSEILLE 691994C
- - ○ - -

MODALITES DE SIGNIFICATION

(à domicile ou à résidence, personne morale)

La copie du présent acte a té remise par huissier de justice ou par
clerc assermenté, suivant les déclarations qui lui ont été faites

En l'absence de représentant légal, de fondé de pouvoir, ou d'une
personne habilitée à recevoir l'acte, et vérifications faites que
la destinataire demeure bien à l'adresse indiquée, la copie de
l'acte a été remise sous enveloppe fermée ne portant que
l'indication des nom et adresse de la destinataire de l'acte, et le
cachet de l'Huissier de Justice apposé sur la fermeture du pli.

☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆

A UNE PERSONNE PRESENTE AU DOMICILE DE LA DESTINATAIRE

Nom : JAroJ C A,
Prénom: Cl-- K
Qualité : Dancc/un Jundi,uc
ainsi déclaré, qui a accepté de recevoir la copie.

☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆

Un avis de passage a été laissé ce jour, conformément à l'article
655 du   C.P.C. et la lettre prévue par l'article 658 du   C.P.C.
comportant les mêmes mentions que l'avis de passage a été adressée
avec copie de l'acte le premier jour ouvrable suivant la date du
présent.

Le présent acte comporte 13 pages

Visa de l'Huissier de Justice des
mentions relatives à la signification

LE CANNET