



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. <br><br> Plaintiff, <br><br> vs. <br><br> LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON) <br><br> QUALCOMM, INC. <br><br> ALCATEL-LUCENT, S.A. <br><br> THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP <br><br> and <br><br> EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE <br><br> Defendants. | Case No. 2:11-cv-4574 |



FILED

NOV 04 2011

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## STIPULATED SCHEDULING ORDER

WHEREAS defendants LM Ericsson Telephone Company ("Ericsson"), Alcatel Lucent, S.A. ("Alcatel Lucent"), and European Telecommunications Standards Institute ("ETSI") filed Motions to Dismiss the Complaint of TruePosition, Inc. ("TruePosition") on October 11, 2011 (the "Motions to Dismiss");

WHEREAS TruePosition's Responses to the Motions to Dismiss are presently due on November 1, 2011; and

WHEREAS the parties have conferred on the timing of their Reply briefs;

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for TruePosition, Ericsson, Alcatel Lucent and ETSI and subject to the Court's approval, as follows:

1



1. TruePosition shall file its Responses to the Motions to Dismiss on or before November 1, 2011;

2. Ericsson, Alcatel Lucent and ETSI shall file any Replies in support of their Motions to Dismiss on or before November 15, 2011; and

3. This Stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile form, each of which shall be an original.

Dated: October __, 2011

_____
John G. Harkins, Jr.
Colleen Healy Simpson
Evelyn R. Protano
HARKINS CUNNINGHAM LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103
(215) 851-6700

*Counsel for Plaintiff TruePosition, Inc.*

_____
Steven E. Bizar*
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place, St. 3200
50 S. 16th Street
Philadelphia, PA 19102
(215) 665-3826

Arman Y. Oruc
SIMPSON THACHER & BARTLETT LLP
1155 F Street, N.W.
Washington, DC 20004
(202) 636-5599

*Counsel for Defendant LM Ericsson Telephone Company*

* Signed on behalf of and with permission of Defendants LM Ericsson Telephone Company, Alcatel Lucent and European Telecommunications Standards Institute

SO ORDERED this 4 day of Nov., 2011

_____
The Honorable Robert F. Kelly

2