**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TRUEPOSITION, INC., <br>                              Plaintiff, <br>     v. <br> LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), QUALCOMM INC., ALCATEL-LUCENT, S.A., THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, and EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE, <br>                              Defendants. | CIVIL ACTION <br> 2:11-cv-04574-RFK |

**NOTICE OF SPECIAL APPEARANCE OF COUNSEL ON BEHALF OF
DEFENDANT THIRD GENERATION PARTNERSHIP PROJECT**

PLEASE TAKE NOTICE that Richard S. Taffet, William S.D. Cravens and Derek Care, of Bingham McCutchen LLP, and Stephen W. Armstrong of Montgomery, McCracken, Walker & Rhoads, LLP, hereby enter this Special Appearance as counsel for Defendant Third Generation Partnership Project ("3GPP") in the above-captioned matter for the limited purpose of responding to the Application for Entry of Default by Plaintiff TruePosition, Inc. ("TruePosition") against 3GPP, dated November 14, 2011 (D.I. 76).

A/74602200.1

This appearance is without waiver of or prejudice to any of 3GPP's defenses in connection with TruePosition's claims, including but not limited to defenses that: 1) 3GPP has not been served with process in any manner authorized by the Federal Rules of Civil Procedure or the Hague Convention; 2) 3GPP lacks contacts with the forum sufficient to permit the exercise of personal jurisdiction over 3GPP; and 3) 3GPP is not a juridical entity and does not have the capacity to be sued.

Dated November 22, 2011

            **BINGHAM MCCUTCHEN LLP**

By: /s/ Richard S. Taffet
   Richard S. Taffet, *admitted pro hac vice*
   Derek Care, *admitted pro hac vice*
   399 Park Avenue
   New York, NY 10022-4689
   (212) 705-7729
   richard.taffet@bingham.com
   derek.care@bingham.com

   William S.D. Cravens, *admitted pro hac vice*
   **BINGHAM McCUTCHEN LLP**
   william.cravens@bingham.com
   2020 K Street N.W.
   Washington, DC  20006-1806
   (202) 373-6083
   william.cravens@bingham.com

   Stephen W. Armstrong
   **MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**
   Stephen W. Armstrong
   123 South Broad Street
   Philadelphia, PA  19109
   (215) 772-7552
   sarmstrong@mmwr.com

   *Attorneys for Third Generation Partnership Project, Specially Appearing*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 22, 2011, I served the foregoing Notice of Special Appearance of Counsel on Behalf of Defendant Third Generation Partnership Project, dated November 22, 2011, on all parties to this litigation by ECF and first class mail.

      /s/ Derek Care
      Derek Care