IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., | \| |
| Plaintiff, | \| |
| v. | \| Case No. 11-4574 |
| LM ERICSSON TELEPHONE CO., et al., | \| |
| Defendants. | \| |

**AMENDMENT TO THE AFFIDAVIT FOR ENTRY OF DEFAULT**

TO:  THE CLERK OF COURT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff TruePosition, Inc. ("TruePosition") previously requested that you enter the default of Defendant Third Generation Partnership Project a/k/a 3GPP ("3GPP") for failure to appear, answer, plead in or otherwise defend.  The Affidavit for Entry of Default ("Affidavit") annexed thereto at Exhibit "A" included a typographical error at paragraph 2.  TruePosition requests that paragraph 2 of the November 14, 2011 Affidavit be amended to as follows:

"Service was attempted via registered mail at Third Generation Partnership Project's ("3GPP") office at 650 Route des Lucioles, 06921 Sophia-Antipolis Cedex, France on July 22, 2011 pursuant to Federal Rule of Civil Procedure 4(f)(1)."  Paragraph 2 previously stated that service was attempted "pursuant to Federal Rule of Civil Procedure 4(f)(3)."

Date:   November 23, 2011	Respectfully submitted,

   s/John G. Harkins, Jr.
John G. Harkins, Jr. (Atty. I.D. 4441)
Colleen Healy Simpson (Atty. I.D. 84956)
HARKINS CUNNINGHAM LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042
(215) 851-6700

Douglas E. Rosenthal
Seth D. Greenstein
Aymeric Dumas-Eymard
David Golden
CONSTANTINE CANNON LLP
1301 K Street, NW
Suite 1050 East Tower
Washington, D.C. 20005
(202) 204-3500

Gordon Schnell
Alysia Solow
CONSTANTINE CANNON LLP
335 Madison Avenue
9th Floor
New York, N.Y. 10017
(202) 350-2700

Stuart Salen
Shelby Haverson
TRUEPOSITION, INC.
1000 Chesterbrook Blvd.
Suite 200
Berwyn, PA 19312
(610) 680-1000

*Attorneys for Plaintiff TruePosition, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:11-cv-4574 (RK) |
| | ) |
| LM ERICSSON TELEPHONE COMPANY, | ) |
| | ) |
| QUALCOMM INC., | ) |
| | ) |
| ALCATEL-LUCENT, S.A., | ) |
| | ) |
| THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, | ) |
| | ) |
| and | ) |
| | ) |
| EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF JOHN G. HARKINS, JR. IN SUPPORT OF THE AMENDMENT TO THE AFFIDAVIT FOR ENTRY OF DEFAULT**

I, John G. Harkins, Jr., Esquire, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an attorney at the law firm of Harkins Cunningham, one of the attorneys for Plaintiff TruePosition, Inc. in this action.

2. Paragraph 2 of my previous Affidavit dated November 14, 2011 included a typographical error.

3. Paragraph 2 should state: "Service was attempted via registered mail at Third Generation Partnership Project's ("3GPP") office at 650 Route des Lucioles, 06921 Sophia-Antipolis Cedex, France on July 22, 2011 pursuant to Federal Rule of Civil Procedure 4(f)(1)."

4. Paragraph 2 previously stated that service was attempted "pursuant to Federal Rule of Civil Procedure 4(f)(3)."

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on November 23, 2011, in Philadelphia, Pennsylvania.

                                             s/John G. Harkins, Jr.  
                                             John G. Harkins, Jr.

**CERTIFICATE OF SERVICE**

I, Evelyn R. Protano, hereby certify that on November 23, 2011, I caused true and correct copies of the Amendment of the Affidavit for Entry of Default of Plaintiff TruePosition, Inc. to be served upon the following by the Court's ECF system:

**Counsel for Qualcomm Inc.**

Robert N. Feltoon
Conrad O'Brien PC
1515 Market Street, 16th Floor
Philadelphia, PA  19102 - 1921
rfeltoon@conradobrien.com

Evan R. Chesler
Roger G. Brooks
Gary A. Bornstein
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, N.Y. 10019-7475
echesler@cravath.com
rbrooks@cravath.com
gbornstein@cravath.com

**Counsel for Alcatel Lucent, S.A.**

Francis P. Newell
Peter Michael Ryan
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103
fnewell@cozen.com
pryan@cozen.com

A. Stephen Hut, Jr.
Ali M. Stoeppelwerth
Brian Boynton
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
steve.hut@wilmerhale.com
ali.stoeppelwerth@wilmerhale.com
brian.boynton@wilmerhale.com

**Counsel for ETSI**

Stephen W. Armstrong
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
sarmstrong@mmwr.com

Derek Care
Richard S. Taffet
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689
derek.care@bingham.com
richard.taffet@bingham.com

William S.D. Cravens
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC  20006-1806
william.cravens@bingham.com

**Counsel for LM Ericsson Telephone Company (Telefonaktiebolaget LM Ericsson)**

Steven E. Bizar
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA  19102-2555
steven.bizar@bipc.com

 Arman Y. Oruc
Conor A. Reidy
Simpson Thacher & Bartlett LLP
1155 F Street, N.W.
Washington, DC  20004
AOruc@stblaw.com
CReidy@stblaw.com

>Kevin J. Arquit
>Joseph F. Tringali
>Peri L. Zelig
>Simpson Thacher & Bartlett LLP
>425 Lexington Avenue
>New York, NY 10017-3954
>karquit@stblaw.com
>jtringali@stblaw.com
>pzelig@stblaw.com
>
>**Counsel for Third Generation Partnership Project a/k/a 3GPP (via Special Appearance)**
>
>Richard S. Taffet
>Bingham McCutchen LLP
>399 Park Avenue
>New York, NY 10022-4689
>richard.taffet@bingham.com

    s/Evelyn R. Protano
Evelyn R. Protano

3