**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TRUEPOSITION, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericcson), QUALCOMM INC., ALCATEL-LUCENT, S.A., THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, and EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE,<br><br>        Defendants. | CIVIL ACTION<br>2:11-cv-04574-AB<br><br>**Rule 7.1 Statement** |

   Pursuant to Fed. R. Civ. P. 7.1, the undersigned, who have entered a Special Appearance on behalf of defendant Third Generation Partnership Project ("3GPP") for the sole purpose of responding to Plaintiff's Application for Entry of Default, state that 3GPP is not a corporate entity, does not have any parent corporation and has not issued stock.

Dated: November 29, 2011

                **BINGHAM MCCUTCHEN LLP**

          By: /s/ Richard S. Taffet
             Richard S. Taffet, *admitted pro hac vice*
             William S.D. Cravens, *admitted pro hac vice*
             Derek Care, *admitted pro hac vice*
             399 Park Avenue
             New York, NY 10022-4689
             (212) 705-7000
             richard.taffet@bingham.com
             william.cravens@bingham.com
             derek.care@bingham.com

             Stephen W. Armstrong
             **MONTGOMERY, MCCRACKEN,
             WALKER & RHOADS, LLP**
             Stephen W. Armstrong
             123 South Broad Street
             Philadelphia, PA 19109
             (215) 772-7552
             sarmstrong@mmwr.com

             *Attorneys for Third Generation
             Partnership Project, Specially Appearing*