IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON), QUALCOMM, INC., ALCATEL-LUCENT USA, INC., EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE, and THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP | : No. 11-4574 |
| Defendants. | : |

## ORDER

**AND NOW** this   6th   day of January, 2012, upon consideration of the Motions to Dismiss submitted by Defendants LM Ericsson Telephone Company (Telefonaktiebolaget LM Ericsson) ("Ericsson"), Qualcomm Inc.("Qualcomm"), Alcatel-Lucent USA, Inc. ("ALU"), and European Telecommunications Standards Institute ("ETSI"), and the Responses and Replies thereto, it is hereby **ORDERED** that:

1. Ericsson's Motion to Dismiss (Doc. No. 65) is **GRANTED**;

2. Qualcomm's Motion to Dismiss (Doc. No. 51) is **GRANTED**;

3. ALU's Motion to Dismiss (Doc. No. 66) is **GRANTED**;

4. ETSI's Motion to Dismiss (Doc. No. 64) is **GRANTED**; however, we **GRANT** TruePosition leave to take discovery to establish that this Court has personal jurisdiction over ETSI.

5.     We **GRANT** TruePosition leave to file an amended Complaint consistent with our Memorandum Opinion within thirty (30) days of this Order.

BY THE COURT

/s/ Robert F. Kelly_____
ROBERT F. KELLY
SENIOR JUDGE

5.     We **GRANT** TruePosition leave to file an amended Complaint consistent with our Memorandum Opinion within thirty (30) days of this Order.

BY THE COURT

/s/ Robert F. Kelly_____
ROBERT F. KELLY
SENIOR JUDGE