**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TRUEPOSITION, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION |
| LM ERICSSON TELEPHONE COMPANY | ) | 2:11-cv-04574-RFK |
| (Telefonaktiebolaget LM Ericsson), QUALCOMM | ) | |
| INC., ALCATEL-LUCENT, S.A., THIRD | ) | |
| GENERATION PARTNERSHIP PROJECT a/k/a | ) | |
| 3GPP, and EUROPEAN TELECOMMUNICATIONS | ) | |
| STANDARDS INSTITUTE, | ) | |
| Defendants. | ) | |

**DEFENDANT EUROPEAN TELECOMMUNICATIONS
STANDARDS INSTITUTE'S MOTION FOR A PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c), defendant European Telecommunications Standards Institute ("ETSI") hereby moves the Court for a Protective Order requiring plaintiff TruePosition, Inc. ("TruePosition") to withdraw its jurisdictional discovery of ETSI, which was served by email and first class mail upon counsel, and to pursue such discovery in accordance with the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters, Mar. 18, 1970, 23 U.S.T. 2555, 847 U.N.T.S. 231, reprinted at 28 U.S.C. § 1781 (the "Hague Convention"). The grounds for this Motion are set forth in the accompanying Memorandum of Law and other supporting documents.

Oral argument is respectfully requested.

WHEREFORE, defendant ETSI respectfully requests that the Court grant this Motion and issue a Protective Order pursuant to Fed. R. Civ. P. 26(c) requiring TruePosition to withdraw its jurisdictional discovery of ETSI, which was served by email and first class mail upon counsel, and to pursue jurisdictional discovery of ETSI in accordance with the Hague Convention.

Respectfully submitted,

Dated: January 27, 2012

/s/ Richard S. Taffet
Richard S. Taffet, *admitted pro hac vice*
Derek Care, *admitted pro hac vice*
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
(212) 705-7729
richard.taffet@bingham.com
derek.care@bingham.com

William S.D. Cravens, *admitted pro hac vice*
**BINGHAM McCUTCHEN LLP**
william.cravens@bingham.com
2020 K Street N.W.
Washington, DC 20006-1806
(202) 373-6083
william.cravens@bingham.com

Stephen W. Armstrong
123 South Broad Street
Philadelphia, PA 19109
**MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP**
(215) 772-7552
sarmstrong@mmwr.com

*Attorneys for Defendant
European Telecommunications Standards Institute*

## CERTIFICATION PURSUANT TO LOCAL RULE 26.1(f)

In accordance with Local Rule 26.1(f), I, William S. D. Cravens, counsel for defendant European Telecommunications Standards Institute ("ETSI"), hereby certify that ETSI and plaintiff TruePosition, Inc. ("TruePosition"), after reasonable efforts, are unable to resolve the dispute raised in ETSI's Motion for a Protective Order requiring plaintiff TruePosition to withdraw its jurisdictional discovery of ETSI, which was served by email and first class mail upon counsel, and to pursue such discovery in accordance with the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters, Mar. 18, 1970, 23 U.S.T. 2555, 847 U.N.T.S. 231, reprinted at 28 U.S.C. § 1781. The parties' efforts to resolve the dispute are reflected in the correspondence between counsel for ETSI and TruePosition attached as Exhibits H-I to the Declaration Of William S.D. Cravens In Support Of Defendant European Telecommunications Standards Institute's Motion For A Protective Order, dated January 27, 2012.

Dated: January 27, 2012

/s/ William S. D. Cravens
William S. D. Cravens

## CERTIFICATE OF SERVICE

I, Derek Care, hereby certify that on January 27, 2012, I caused true and correct copies of the following to be served on all parties to this litigation by ECF and first class mail:

1. Defendant European Telecommunications Standards Institute's Motion For A Protective Order, dated January 27, 2012 (the "Motion");

2. Memorandum of Law In Support of the Motion, dated January 27, 2012;

3. Declaration Of William S.D. Cravens In Support of the Motion, dated January 27, 2012; and

4. Proposed Order.

Dated:  January 27, 2012

/s/ Derek Care
Derek Care