IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.,<br>　　　　　　　　　Plaintiff,<br>v.<br>LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), QUALCOMM INC., ALCATEL-LUCENT, S.A., THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, and EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE,<br>　　　　　　　　　Defendants. | CIVIL ACTION<br>2:11-cv-04574-RFK |

## ORDER

AND NOW, this _____ day of _____, 2012, upon consideration of the Motion of Defendant European Telecommunications Standards Institute ("ETSI") for an Order extending ETSI's time to respond to the Amended Complaint of plaintiff TruePosition, Inc. ("TruePosition") until 30 days after jurisdictional discovery of ETSI has been completed, and the response of plaintiff thereto;

IT IS HEREBY ORDERED that the Motion is granted; and

IT IS FURTHER ORDERED that ETSI shall respond to TruePosition's Amended Complaint no later than 30 days after jurisdictional discovery of ETSI has been completed.

BY THE COURT

_____
Hon. Robert F. Kelly
United States District Court Judge

A/74760933.1