IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., <br><br> Plaintiff, <br><br> v. <br><br> LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON) <br><br> QUALCOMM INC. <br><br> ALCATEL-LUCENT USA INC. <br><br> THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP <br><br> and <br><br> EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE <br><br> Defendants | Case No. 2:11-cv-4574-RK <br><br><br> **FILED** <br><br> FEB 21 2012 <br><br> MICHAEL E. KUNZ, Clerk <br> By_____Dep. Clerk |

## STIPULATED SCHEDULING ORDER

WHEREAS plaintiff TruePosition, Inc. ("TruePosition") filed an Amended Complaint on February 3, 2012; and

WHEREAS counsel for TruePosition has conferred with counsel for defendants LM Ericsson Telephone Company, Qualcomm Incorporated and Alcatel-Lucent USA Inc. (collectively, "the Stipulating Defendants") concerning the timing of the Stipulating Defendants' responses to the Amended Complaint;

IT IS HEREBY STIPULATED by the parties hereto, subject to the approval of the Court, as follows:

1. The Stipulating Defendants shall file their Answers or Motions to Dismiss in response to the Amended Complaint by March 16, 2012;

2. TruePosition shall file its opposition to any Motions to Dismiss by April 16, 2012; and

3. The Stipulating Defendants shall file reply memoranda in support of any Motions to Dismiss by May 7, 2012.

IT IS FURTHER STIPULATED that this Stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile form, each of which shall be an original.

_____
John G. Harkins, Jr.
Colleen Healy Simpson
Evelyn R. Protano
HARKINS CUNNINGHAM LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042
(215) 851-6700

*Counsel for Plaintiff TruePosition, Inc.*

_____
Robert N. Feitoon
CONRAD OBRIEN PC
1500 Market Street
West Tower – Suite 3900
Philadelphia, PA 19102
(215) 864-8064

Roger G. Brooks
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Counsel for Defendant Qualcomm Incorporated*

2

_____
Francis P. Newell
Peter M. Ryan
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

Ali M. Stoeppelwerth
Brian Boynton
WILMER CUTLER PICKERING HALE and DORR LLP

_____
Steven E. Bizar
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102

Arman Y. Oruc
SIMPSON THACHER & BARTLETT LLP
1155 F Street, N.W.
Washington, DC 20004

_____
Francis P. Newell
Peter M. Ryan
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

Ali M. Stoeppelwerth
Brian Boynton
WILMER CUTLER PICKERING HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

*Counsel for Alcatel-Lucent USA Inc.*

_____
Steven E. Bizar
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102

Arman Y. Oruc
SIMPSON THACHER & BARTLETT LLP
1155 F Street, N.W.
Washington, DC 20004

Kevin J. Arquit
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

*Counsel for LM Ericsson Telephone Company*

SO ORDERED this 17th day of Feb., 2012

_____
The Honorable Robert F. Kelly