IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSTION INC. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), QUALCOMM INC., ALCATEL-LUCENT, S.A., THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, and EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE | : : : : : : : | NO. 11-4574 |

**O R D E R**

**AND NOW**, this 27th day of February, 2012, upon consideration of the Motion of Defendant European Telecommunications Standards Institute (ETSI) for an Order extending ETSI's time to respond to the Amended Complaint of Plaintiff Truepositon Inc. (Trueposition) until 30 days after jurisdictional discovery of ETSI has been completed (Doc. No 94), and the Response in Opposition filed by Trueposition Inc., it is hereby **ORDERED** that the Motion is **DENIED**.

It is **FURTHER ORDERED**:

1. ETSI shall file its Answer or Motions to Dismiss in response to the Amended Complaint by March 16, 2012;

2. Trueposition shall file its opposition to any Motions to Dismiss by April 16, 2012; and

3. ETSI shall file its Reply Memorandum in support of any Motions to Dismiss by May 7, 2012.[1]

---

[1] The Court will decide ETSI's personal jurisdiction issue prior to deciding any other Motion filed by ETSI.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE