RFK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.,<br>    Plaintiff,<br><br>v.<br><br>LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), QUALCOMM INC., ALCATEL-LUCENT, S.A., THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, and EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE,<br>    Defendants. | CIVIL ACTION<br>2:11-cv-04574-RFK |

FILED FEB 28 2012 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk



RECEIVED FEB 27 2012

## STIPULATED SCHEDULING ORDER

WHEREAS, defendant European Telecommunications Standards Institute ("ETSI") filed a Motion for an Order Extending ETSI's Time To Respond To TruePosition, Inc.'s Amended Complaint (the "Motion") on February 16, 2012;

WHEREAS, TruePosition filed its opposition to the Motion on February 23, 2012;

WHEREAS, TruePosition and ETSI have conferred concerning the timing of ETSI's reply in further support of the Motion ("Reply");

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, as follows:

1. ETSI shall file its Reply by February 28, 2012; and

2. This Stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile form, each of which shall be an original.

A/74774799.1

Dated: February 24, 2012

_____
John G. Harkins, Jr.
Colleen Healy Simpson
Evelyn R. Protano
HARKINS CUNNINGHAM LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042
(215) 851-6700

*Counsel for TruePosition, Inc.*

_____
Richard S. Taffet, *admitted pro hac vice*
Derek Care, *admitted pro hac vice*
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022-4689
(212) 705-7729

William S.D. Cravens, *admitted pro hac vice*
BINGHAM MCCUTCHEN LLP
2020 K Street, N.W.
Washington, DC 20006-1806
(202) 373-6083

Stephen W. Armstrong
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
123 South Broad St.
Philadelphia, PA 19109
(215) 772-7552

*Counsel for European Telecommunications Standards Institute*

SO ORDERED this 28th day of Feb., 2012

_____
The Honorable Robert F. Kelly