IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON), QUALCOMM, INC., ALCATEL-LUCENT USA, INC., EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE, and THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP | : No. 11-4574 |
| Defendants. | : |

## ORDER

**AND NOW** this 6th day of March, 2012, upon consideration of the Motion for Protective Order filed by European Telecommunications Standards Institute ("ETSI"), the response in opposition by Plaintiff, Trueposition, Inc. ("Trueposition"), and ESTI's reply, it is hereby **ORDERED** that:

1. the Motion (Doc. No. 89) is **DENIED**;

2. ETSI's request for an oral argument is DENIED; and

3. the jurisdictional discovery between Trueposition and ETSI shall be conducted pursuant to the Federal Rules of Civil Procedure.

BY THE COURT

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE