IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.,<br><br>                  Plaintiff,<br><br>v.<br><br>LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), QUALCOMM INC., ALCATEL-LUCENT, S.A., THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, and EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE,<br><br>                  Defendants. | CIVIL ACTION<br>2:11-cv-04574-RFK |

## DEFENDANT EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE'S MOTION TO DISMISS PLAINTIFF TRUEPOSITION, INC.'S AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6), defendant European Telecommunications Standards Institute ("ETSI") hereby moves the Court to dismiss plaintiff TruePosition, Inc.'s Amended Complaint as against ETSI. The grounds for this Motion are set forth in the accompanying Memorandum of Law and other supporting documents.

Oral argument is respectfully requested.

A/74815992.1

WHEREFORE, defendant ETSI respectfully requests that the Court grant this Motion and dismiss this action as against ETSI pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6).

Respectfully submitted,

Dated: March 16, 2012

/s/ Richard S. Taffet
Richard S. Taffet, *admitted pro hac vice*
Derek Care, *admitted pro hac vice*
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
(212) 705-7729
richard.taffet@bingham.com
derek.care@bingham.com

William S.D. Cravens, *admitted pro hac vice*
**BINGHAM McCUTCHEN LLP**
william.cravens@bingham.com
2020 K Street N.W.
Washington, DC 20006-1806
(202) 373-6083
william.cravens@bingham.com

Stephen W. Armstrong
**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**
123 South Broad Street
Philadelphia, PA 19109
(215) 772-7552
sarmstrong@mmwr.com

*Attorneys for Defendant
European Telecommunications Standards Institute*

## CERTIFICATE OF SERVICE

I, Derek Care, hereby certify that on March 16, 2012, I caused true and correct copies of the following to be served on all parties to this litigation by ECF and first class mail:

1. Defendant European Telecommunications Standards Institute's Motion to Dismiss Plaintiff TruePosition, Inc.'s Amended Complaint, dated March 16, 2012 (the "Motion");

2. Memorandum of Law In Support of the Motion, dated March 16, 2012;

3. Declaration Of William S.D. Cravens In Support of the Motion, dated March 16, 2012; and

4. Proposed Order.

Dated: March 16, 2012

/s/ Derek Care
Derek Care

A/74815992.1