IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., <br><br>                                Plaintiff, <br><br>v. <br><br>LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), QUALCOMM INC., ALCATEL-LUCENT, S.A., THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, and EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE, <br><br>                                Defendants. | CIVIL ACTION <br> 2:11-cv-04574-RFK |

## **ORDER**

AND NOW, this _____ day of _____, 2012, upon consideration of Defendant European Telecommunications Standards Institute's Motion to Dismiss Plaintiff TruePosition, Inc.'s Amended Complaint, and the response of plaintiff thereto,

IT IS HEREBY ORDERED that Defendant European Telecommunications Standards Institute's Motion to Dismiss is GRANTED and the Amended Complaint is DISMISSED as to Defendant European Telecommunications Standards Institute.

                                                                              BY THE COURT

                                                                              _____
                                                                              Hon. Robert F. Kelly
                                                                              United States District Court Judge