IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>           Plaintiff,<br><br>vs.<br><br>LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON)<br><br>QUALCOMM, INC.<br><br>ALCATEL-LUCENT USA, INC.<br><br>THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP<br><br>and<br><br>EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE<br><br>           Defendants. | Case No. 2:11-cv-4574-RK |

**JOINT MOTION OF DEFENDANTS QUALCOMM,
ERICSSON AND ALCATEL-LUCENT TO DISMISS THE
<u>AMENDED COMPLAINT OF TRUEPOSITION, INC.</u>**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants Qualcomm, Inc., LM Ericsson Telephone Co. and Alcatel-Lucent USA. Inc. hereby move the Court to dismiss with prejudice plaintiff TruePosition, Inc.'s Amended Complaint as against Qualcomm, Ericsson and Alcatel-Lucent.  The grounds for this Motion are set forth in the accompanying Memorandum of Law in Support, and other supporting documents.

    Oral argument is respectfully requested.


WHEREFORE, defendants Qualcomm, Ericsson and Alcatel-Lucent respectfully request that the Court grant this Motion and dismiss with prejudice this action as against them pursuant to Federal Rule of Civil Procedure 12(b)(6).

Respectfully submitted,

Dated:  March 16, 2012

| | |
|---|---|
| /s/ Robert N. Feltoon | /s/ Steven E. Bizar |
| Robert N. Feltoon | Steven E. Bizar |
| CONRAD OBRIEN PC | BUCHANAN INGERSOLL & ROONEY PC |
| 1500 Market Street | Two Liberty Place |
| West Tower – Suite 3900 | 50 S. 16th Street, Ste. 3200 |
| Philadelphia, PA 19101 | Philadelphia, PA 19102 |
| (215) 864-8064 | (215) 665-8700 |
| | |
| Roger G. Brooks | Arman Y. Oruc |
| CRAVATH, SWAINE & MOORE LLP | SIMPSON THACHER & BARTLETT LLP |
| Worldwide Plaza | 1155 F Street, N.W. |
| 825 Eighth Avenue | Washington, DC 20004 |
| New York, NY 10019 | (202) 636-5500 |
| (212) 474-1000 | |
| | Kevin J. Arquit |
| *Counsel for Qualcomm Incorporated* | SIMPSON THACHER & BARTLETT LLP |
| | 425 Lexington Avenue |
| | New York, NY 10017 |
| | (212) 455-2000 |
| | |
| | *Counsel for LM Ericsson Telephone Company* |

/s/ Francis P. Newell
Francis P. Newell
Peter M. Ryan
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

Ali M. Stoeppelwerth
Brian Boynton
WILMER CUTLER PICKERING HALE
and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

*Counsel for Alcatel-Lucent USA Inc.*