IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON)<br><br>QUALCOMM, INC.<br><br>ALCATEL-LUCENT USA, INC.<br><br>THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP<br><br>and<br><br>EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE<br><br>Defendants. | Case No. 2:11-cv-4574-RK |

**ORDER**

AND NOW, this _____ day of _____, 2012, upon consideration of the Joint Motion of Defendants Qualcomm, Inc., LM Ericsson Telephone Co. and Alcatel-Lucent USA, Inc. to Dismiss the Amended Complaint of TruePosition, Inc., and the response of plaintiff thereto,

IT IS HEREBY ORDERED that the Defendants' Joint Motion to Dismiss is GRANTED and the Amended Complaint is DISMISSED WITH PREJUDICE as to Defendants Qualcomm, Ericsson, and Alcatel-Lucent.

BY THE COURT

_____
R. Kelly, J.