IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CIVIL ACTION |
| LM ERICSSON TELEPHONE COMPANY : | |
| (TELEFONAKTIEBOLAGET LM ERICSSON), : | |
| QUALCOMM, INC., : | No. 11-4574 |
| ALCATEL-LUCENT USA, INC., : | |
| EUROPEAN TELECOMMUNICATIONS : | |
| STANDARDS INSTITUTE, and : | |
| THIRD GENERATION PARTNERSHIP : | |
| PROJECT a/k/a 3GPP, : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 3rd day of May, 2012, it is hereby **ORDERED** that Plaintiff, Trueposition, Inc., and Defendant, European Telecommunications Standards Institute, shall give this Court a status report concerning the jurisdictional discovery being conducted between the parties within seven (7) days from the date of this Order.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE