IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., | \| |
| Plaintiff, | \| |
| v. | \| Case No. 2:11-CV-4574(RK) |
| LM ERICSSON TELEPHONE CO., et al., | \| |
| Defendants. | \| |

**ENTRY OF DEFAULT ORDER**

Plaintiff TruePosition, Inc. has requested that default be entered against Defendant Third Generation Partnership Project a/k/a 3GPP ("3GPP") as said Defendant has failed to answer, plead in or otherwise defend this action.

IT IS ORDERED that default is entered against Defendant 3GPP.


DATED this _____ day of _____, 2012.


_____
CLERK OF THE COURT