# EXHIBIT C

# HARKINS CUNNINGHAM LLP

*Attorneys at Law*

|  |
|---|
| 2800 One Commerce Square |
| 2005 Market Street |
| Philadelphia, PA 19103-7042 |

Writer's Direct Dial
(215) 851-6701
jharkins@harkinscunningham.com

Telephone 215.851.6700
Facsimile 215.851.6710

November 23, 2011

BY FACSIMILE: (215) 580-2143

The Honorable Robert F. Kelly
United States District Court for the
Eastern District of Pennsylvania
601 Market Street
Room 11613
Philadelphia, PA 19106

    Re:    *TruePosition, Inc. v. LM Ericsson Telephone Company, et al.*
            *Civil Action No. 2:11-cv-04574*

Dear Judge Kelly:

    Mr. Taffet's letter to Your Honor of November 22, 2011 on behalf of defendant 3GPP is procedurally and substantively inappropriate.

    First, on a procedural level, as we understand, under Your Honor's "Pretrial and Trial Procedures," a brief in the guise of a letter is not appropriate; and, further, also on a procedural level, there is no matter at the moment before Your Honor. TruePosition filed an Application for Default Judgment against 3GPP with the Clerk, but the Clerk has not yet entered the default. If the Clerk enters a default, then TruePosition will move for a default judgment. At that time, the kind of arguments offered by Mr. Taffet could be set forth in a brief in opposition, if he believes they have merit.

    On a substantive level, Mr. Taffet's letter is wrong as it reflects on the service made on 3GPP, but that issue can be considered in the context of a Motion for Default Judgment. We do not believe that we should be arguing why he is wrong in the context of this letter.

                                              Respectfully submitted,

                                              John G. Harkins, Jr.

cc:    All Counsel of Record (by email)