## **CERTIFICATE OF SERVICE**

I, Evelyn R. Protano, hereby certify that on June 11, 2012 I caused a true and correct copy of TruePosition's Amended Application for Entry of Default to be served upon the following by e-mail and by the Court's ECF system:

**Counsel for Qualcomm Inc.**

Robert N. Feltoon
Conrad O'Brien PC
1500 Market Street
Centre Square West Tower, Ste. 3900
Philadelphia, PA  19102-2100
rfeltoon@conradobrien.com

Roger G. Brooks
Gary A. Bornstein
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, N.Y. 10019-7475
rbrooks@cravath.com
gbornstein@cravath.com

**Counsel for Alcatel Lucent**

Francis P. Newell
Peter Michael Ryan
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103
fnewell@cozen.com
pryan@cozen.com

>Ali M. Stoeppelwerth
>Brian Boynton
>A.  Stephen Hut
>Wilmer Cutler Pickering Hale and Dorr LLP
>1875 Pennsylvania Avenue, NW
>Washington, DC  20006
>ali.stoeppelwerth@wilmerhale.com
>brian.boynton@wilmerhale.com
>stephen.hut@wilmerhale.com

**Counsel for ETSI**

>Stephen W. Armstrong
>Montgomery, McCracken, Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA  19109
>sarmstrong@mmwr.com

>Derek Care
>Richard S. Taffet
>Bingham McCutchen LLP
>399 Park Avenue
>New York, NY  10022-4689
>derek.care@bingham.com
>richard.taffet@bingham.com

>William S.D. Cravens
>Bingham McCutchen LLP
>2020 K Street, N.W.
>Washington, DC  20006-1806
>william.cravens@bingham.com

**Counsel for 3GPP**

>Richard S. Taffet
>Bingham McCutchen LLP
>399 Park Avenue
>New York, NY  10022-4689
>richard.taffet@bingham.com

**Counsel for LM Ericsson Telephone Company**
**(Telefonaktiebolaget LM Ericsson)**

Steven E. Bizar
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA  19102-2555
steven.bizar@bipc.com

Arman Y. Oruc
Conor A. Reidy
Simpson Thacher & Bartlett LLP
1155 F Street, N.W.
Washington, DC  20004
AOruc@stblaw.com
CReidy@stblaw.com

Kevin J. Arquit
Peri L. Zelig
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017-3954
karquit@stblaw.com
pzelig@stblaw.com


        s/Evelyn R. Protano
        Evelyn R. Protano