**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| TRUEPOSITION, INC.,<br>               Plaintiff,<br>    v.<br><br>LM ERICSSON TELEPHONE COMPANY<br>(Telefonaktiebolaget LM Ericsson), QUALCOMM<br>INC., ALCATEL-LUCENT, S.A., THIRD<br>GENERATION PARTNERSHIP PROJECT a/k/a<br>3GPP, and EUROPEAN TELECOMMUNICATIONS<br>STANDARDS INSTITUTE,<br>               Defendants. | CIVIL ACTION<br>2:11-cv-04574-RFK |

**NOTICE OF SPECIAL APPEARANCE OF COUNSEL ON BEHALF OF**
**DEFENDANT THIRD GENERATION PARTNERSHIP PROJECT**

PLEASE TAKE NOTICE that Richard S. Taffet, William S. D. Cravens and Derek Care of Bingham McCutchen LLP, and Stephen A. Armstrong of Montgomery, McCracken, Walker & Rhoads, LLP, hereby enter this special appearance as counsel for defendant Third Generation Partnership Project ("3GPP") in the above-captioned matter for the limited purpose of addressing and responding to the Amended Application for Entry of Default by plaintiff TruePosition, Inc. ("TruePosition") against 3GPP, dated June 11, 2011 (Dkt. 114).   This appearance is without waiver of or prejudice to any of 3GPP's defenses in connection with TruePosition's claims, including but not limited to defenses that: (1) 3GPP has not been served with process in any manner authorized by the Federal Rules of Civil Procedure or the Hague Convention; (2) 3GPP lacks contacts with the forum sufficient to permit the exercise of personal jurisdiction over 3GPP; and (3) 3GPP is not a juridical entity and does not have the capacity to be sued.

Dated:  June 15, 2012

**BINGHAM MCCUTCHEN LLP**


By:     /s/ Richard S. Taffet
        Richard S. Taffet, *admitted pro hac vice*
        Derek Care, *admitted pro hac vice*
        399 Park Avenue
        New York, NY 10022-4689
        (212) 705-7729
        richard.taffet@bingham.com
        derek.care@bingham.com

        William S.D. Cravens, *admitted pro hac vice*
        **BINGHAM McCUTCHEN LLP**
        william.cravens@bingham.com
        2020 K Street N.W.
        Washington, DC  20006-1806
        (202) 373-6083
        william.cravens@bingham.com

        Stephen W. Armstrong
        **MONTGOMERY, MCCRACKEN,
        WALKER & RHOADS, LLP**
        Stephen W. Armstrong
        123 South Broad Street
        Philadelphia, PA  19109
        (215) 772-7552
        sarmstrong@mmwr.com

        *Attorneys for Third Generation Partnership Project*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2012, I served the foregoing Notice of Special Appearance of Counsel on Behalf of Defendant Third Generation Partnership Project, dated June 15, 2012, on all parties to this litigation by ECF and first class mail.

/s/ Derek Care
Derek Care

A/74974532.1