IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.,<br>        Plaintiff,<br><br>  v.<br><br>LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), QUALCOMM INC., ALCATEL-LUCENT, S.A., THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, and EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE,<br>        Defendants. | CIVIL ACTION<br>2:11-cv-04574-RFK |

### [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2012, upon consideration of the request of Defendant Third Generation Partnership Project ("3GPP") for expedited consideration of its Motion for an Order Extending the Time to Respond to TruePosition's Motion to Strike and Establishing a Coordinated Briefing Schedule (the "Motion");

IT IS HEREBY ORDERED that TruePosition submit any opposition to the Motion on or before July 2, 2012.

IT IS HEREBY FURTHER ORDERED that 3GPP submit any reply in further support of the Motion on or before July 6, 2012.

BY THE COURT

_____
Hon. Robert F. Kelly
United States District Court Judge

A/74991786.1