IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., <br>                       Plaintiff, <br> v. <br><br> LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), QUALCOMM INC., ALCATEL-LUCENT, S.A., THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, and EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE, <br>                       Defendants. | CIVIL ACTION <br> 2:11-cv-04574-RFK |

### [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2012, upon consideration of the Motion of Defendant Third Generation Partnership Project ("3GPP") for an Order extending the time for 3GPP to respond to the Motion of Plaintiff TruePosition, Inc. ("TruePosition") to Strike Letter of 3GPP's Counsel dated June 15, 2012 (Dkt. 116) (the "Motion to Strike"), and establishing a coordinated briefing schedule to address the Motion to Strike together with 3GPP's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 ("Rule 11 Motion");

IT IS HEREBY ORDERED that the Motion is granted; and

IT IS FURTHER ORDERED that:

(1)    oppositions to TruePosition's Motion to Strike and 3GPP's Rule 11 Motion will be due on or before ten (10) days after filing of 3GPP's Rule 11 Motion, and

(2)    replies to the oppositions to TruePosition's Motion to Strike and 3GPP's Rule 11 Motion will be due on or before twenty (20) days after filing of 3GPP's Rule 11 motion.

BY THE COURT

_____
Hon. Robert F. Kelly
United States District Court Judge

A/74991755.1