**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TRUEPOSITION, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:11-cv-4574 (RK) |
| ) | |
| LM ERICSSON TELEPHONE COMPANY, ) | |
| ) | |
| QUALCOMM INC., ) | |
| ) | |
| ALCATEL-LUCENT, USA INC., ) | |
| ) | |
| THIRD GENERATION PARTNERSHIP ) | |
| PROJECT a/k/a 3GPP, ) | |
| ) | |
| and ) | |
| ) | |
| EUROPEAN TELECOMMUNICATIONS ) | |
| STANDARDS INSTITUTE ) | |
| ) | |
| Defendants. ) | |

## PRAECIPE TO ISSUE ALIAS SUMMONSES

TO THE CLERK OF THE COURT:

On July 20, 2011, the undersigned counsel for Plaintiff filed a Complaint against the defendants in this litigation. An Amended Complaint was filed on February 3, 2012.

On June 29, 2012, Judge Robert F. Kelly ordered that Plaintiff TruePosition, Inc. serve Defendant Third Generation Partnership Project a/k/a 3GPP via international registered mail.

In order to effect service in this manner, Plaintiff respectfully requests that the Clerk issue three additional summonses for Third Generation Partnership Project a/k/a 3GPP so that service may be completed.

Respectfully submitted,

  /s Colleen Healy Simpson
John G. Harkins, Jr. (Atty. I.D. 4441)
Colleen Healy Simpson (Atty.  I.D. 84956)
HARKINS CUNNINGHAM, LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042
(215) 851-6700

Douglas E. Rosenthal
Seth D. Greenstein
Aymeric Dumas-Eymard
David Golden
CONSTANTINE CANNON LLP
1301 K Street, NW
Suite 1050 East Tower
Washington, D.C. 20005
(202) 204-3500

Gordon Schnell
Alysia Solow
CONSTANTINE CANNON LLP
335 Madison Avenue
9th Floor
New York, N.Y. 10017
(202) 350-2700

Stuart Salen
Shelby Haverson
TRUEPOSITION, INC.
1000 Chesterbrook Blvd.
Suite 200
Berwyn, PA 19312
(610) 680-1000

Date:   July 2, 2012

## CERTIFICATE OF SERVICE

I, Evelyn R. Protano, hereby certify that on July 2, 2012 I caused a true and correct copy of TruePosition, Inc.'s Praecipe to Issue Alias Summonses to be served upon the following by e-mail and by the Court's ECF system:

**Counsel for Qualcomm Inc.**
Robert N. Feltoon
Conrad O'Brien PC
1500 Market Street
Centre Square West Tower, Ste. 3900
Philadelphia, PA  19102-2100
rfeltoon@conradobrien.com

Roger G. Brooks
Gary A. Bornstein
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, N.Y. 10019-7475
rbrooks@cravath.com
gbornstein@cravath.com

**Counsel for Alcatel Lucent**
Francis P. Newell
Peter Michael Ryan
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103
fnewell@cozen.com
pryan@cozen.com

Ali M. Stoeppelwerth
Brian Boynton
Stephen Hut
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
ali.stoeppelwerth@wilmerhale.com
brian.boynton@wilmerhale.com
stephen.hut@wilmerhale.com

**Counsel for ETSI**

Stephen W. Armstrong
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
sarmstrong@mmwr.com

Derek Care
Richard S. Taffet
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689
derek.care@bingham.com
richard.taffet@bingham.com

William S.D. Cravens
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC  20006-1806
william.cravens@bingham.com

**Counsel for 3GPP**

Stephen W. Armstrong
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
sarmstrong@mmwr.com

2

Derek Care
Richard S. Taffet
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689
derek.care@bingham.com
richard.taffet@bingham.com

William S.D. Cravens
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC  20006-1806
william.cravens@bingham.com

**Counsel for LM Ericsson Telephone Company (Telefonaktiebolaget LM Ericsson)**

Steven E. Bizar
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA  19102-2555
steven.bizar@bipc.com

Arman Y. Oruc
Conor A. Reidy
Simpson Thacher & Bartlett LLP
1155 F Street, N.W.
Washington, DC  20004
AOruc@stblaw.com
CReidy@stblaw.com

Kevin J. Arquit
Peri L. Zelig
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017-3954
karquit@stblaw.com
pzelig@stblaw.com

          s/Evelyn R. Protano
          Evelyn R. Protano

3