IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., <br>                               Plaintiff, <br> v. <br> LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), QUALCOMM INC., ALCATEL-LUCENT, U.S.A., INC., THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, and EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE, <br>                               Defendants. | CIVIL ACTION <br> 2:11-cv-04574-RFK |

## STIPULATION FOR EXTENSION OF TIME AND BRIEFING SCHEDULE

Pursuant to Local Rule of Civil Procedure 7.4(b)(2), counsel for plaintiff TruePosition, Inc. ("TruePosition") and counsel for defendant Third Generation Partnership Project ("3GPP") hereby stipulate, subject to the approval of the Court, as follows:

1. Counsel for 3GPP hereby accepts service of process of the Amended Complaint on behalf of 3GPP as of the date of this Stipulation;

2. 3GPP hereby waives the defenses of insufficient process and insufficient service of process, but preserves all other defenses;

3. 3GPP shall have a nine (9) day extension of time until and including August 8, 2012 within which to answer, plead or otherwise move with respect to the Amended Complaint. No such prior extension has been granted.

4. If 3GPP moves to dismiss the Amended Complaint, pursuant to this Stipulation, (1) TruePosition shall file its Response to the Motion to Dismiss on or before August 31, 2012; and (2) 3GPP shall file any Reply in support of its Motion to Dismiss on or before September 14, 2012.

DATED: July 9, 2012

_____
John G. Harkins, Jr.
Colleen Healy Simpson
Evelyn R. Protano
**HARKINS CUNNINGHAM LLP**
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042
(215) 851-6700

*Counsel for TruePosition, Inc.*

_____
William S.D. Cravens, *admitted pro hac vice*
**BINGHAM MCCUTCHEN LLP**
2020 K Street, N.W.
Washington, DC 20006-1806
(202) 373-6083

Richard S. Taffet, *admitted pro hac vice*
Derek Care, *admitted pro hac vice*
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
(212) 705-7729

Stephen W. Armstrong
**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**
123 South Broad St.
Philadelphia, PA 19109
(215) 772-7552

*Counsel for Third Generation Partnership Project*

SO ORDERED this 10th day of July, 2012

_____
The Honorable Robert F. Kelly

2

A/75015045.1