IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.,<br>       Plaintiff,<br>  v.<br><br>LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), QUALCOMM INC., ALCATEL-LUCENT, U.S.A., INC., THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, and EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE,<br>       Defendants. | CIVIL ACTION<br>2:11-cv-04574-RFK |

**SECOND SUPPLEMENTAL STATUS REPORT OF DEFENDANT
EUROPEAN TELECOMMUNICATIONS STANDARDS
INSTITUTE AND PLAINTIFF TRUEPOSITION, INC.
REGARDING JURISDICTIONAL DISCOVERY**

Defendant European Telecommunications Standards Institute ("ETSI") and plaintiff TruePosition, Inc. ("TruePosition") jointly submit the following second supplemental status report regarding jurisdictional discovery as an update to their joint May 10, 2012 original status report (Dkt. 113), and their joint June 25, 2012 first supplemental status report (Dkt. 118).

A.  **Completion of Document Production and Written Discovery**

On July 16, 2012, ETSI completed its production of documents responsive to TruePosition's Second Set Of Document Production Requests to ETSI Relating To Personal Jurisdiction. The full production included more than 86,000 pages of documents.

The parties have resolved all issues concerning TruePosition's Requests for Admission,

A/75028673.1

and amended responses have been served.

      **B.**    <u>**Deposition of Adrian Scrase**</u>

The parties have agreed that the deposition of Adrian Scrase, ETSI's Vice President, International Partnership Projects, will be conducted during the week of August 20. The parties will notify the Court when the deposition has been concluded.

Dated: July 19, 2012

| | |
|---|---|
| /s/ Colleen Healy Simpson | /s/ Richard S. Taffet |
| John G. Harkins, Jr. | Richard S. Taffet, *admitted pro hac vice* |
| Colleen Healy Simpson | Derek Care, *admitted pro hac vice* |
| Evelyn R. Protano | BINGHAM MCCUTCHEN LLP |
| HARKINS CUNNINGHAM LLP | 399 Park Avenue |
| 2800 One Commerce Square | New York, NY 10022-4689 |
| 2005 Market Street | (212) 705-7729 |
| Philadelphia, PA 19103-7042 | |
| (215) 851-6700 | William S.D. Cravens, *admitted pro hac vice* |
| | BINGHAM MCCUTCHEN LLP |
| *Counsel for TruePosition, Inc.* | 2020 K Street, N.W. |
| | Washington, DC 20006-1806 |
| | (202) 373-6083 |
| | |
| | Stephen W. Armstrong |
| | MONTGOMERY, MCCRACKEN, |
| | WALKER & RHOADS, LLP |
| | 123 South Broad St. |
| | Philadelphia, PA 19109 |
| | (215) 772-7552 |
| | |
| | *Counsel for European Telecommunications Standards Institute* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2012, I served the foregoing document on all parties to this litigation by ECF.

/s/ Derek Care
Derek Care

A/75028673.1