IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), QUALCOMM INC., ALCATEL-LUCENT, U.S.A., INC., THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, and EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE,<br><br>      Defendants. | CIVIL ACTION<br>2:11-cv-04574-RFK |

**STIPULATION AND ORDER REGARDING DISMISSAL
OF EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and Local Rule of Civil Procedure 7.4(b)(1), it is hereby stipulated by and between counsel for plaintiff TruePosition, Inc. and counsel for defendant European Telecommunications Standards Institute ("ETSI"), and subject to the Court's approval, as follows:

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(2), ETSI shall be dismissed from this action with prejudice upon the condition of its agreement as stated in Paragraph 2 and upon approval of the contemporaneous Stipulation pursuant to which defendant Third Generation Partnership Project agrees not to assert the defense of lack of personal jurisdiction in this action; and

2.      As a condition of its dismissal from this action, ETSI agrees that it shall remain subject to discovery as a third party by service of any such discovery on its undersigned counsel;

and ETSI further agrees that in response to such discovery it will not raise objections based on The Hague Convention on the Taking of Evidence Abroad or French Law No. 80-538 (the French Blocking Statute), recognizing the Court's order dated March 6, 2012 [Dkt. 101], but will otherwise have the right to object to discovery, when appropriate, pursuant to the Federal Rules of Civil Procedure.

Dated:   August 3, 2012

_____
John G. Harkins, Jr.
Colleen Healy Simpson
Evelyn R. Protano
**HARKINS CUNNINGHAM LLP**
2800 One Commerce Square
2005 Market Street
Philadelphia, PA  19103-7042
(215) 851-6700

*Counsel for TruePosition, Inc.*

_____
William S.D. Cravens, *admitted pro hac vice*
**BINGHAM MCCUTCHEN LLP**
2020 K. Street, N.W.
Washington, DC  20006-1806

Richard S. Taffet, *admitted pro hac vice*
Derek Care, *admitted pro hac vice*
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, NY  10022-4689
(212) 705-7729

Stephen W. Armstrong
**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**
123 South Broad Street
Philadelphia, PA  19109
(215) 772-7552

*Counsel for Third Generation Partnership Project*

SO ORDERED this ___ day of _____, 2012

_____
The Honorable Robert F. Kelly

2

and ETSI further agrees that in response to such discovery it will not raise objections based on The Hague Convention on the Taking of Evidence Abroad or French Law No. 80-538 (the French Blocking Statute), recognizing the Court's order dated March 6, 2012 [Dkt. 101], but will otherwise have the right to object to discovery, when appropriate, pursuant to the Federal Rules of Civil Procedure.

Dated:   August 3, 2012

_____          _____

John G. Harkins, Jr.                                          William S.D. Cravens, *admitted pro hac vice*
Colleen Healy Simpson                                   **BINGHAM MCCUTCHEN LLP**
Evelyn R. Protano                                            2020 K. Street, N.W.
**HARKINS CUNNINGHAM LLP**               Washington, DC  20006-1806
2800 One Commerce Square
2005 Market Street                                         Richard S. Taffet, *admitted pro hac vice*
Philadelphia, PA  19103-7042                       Derek Care, *admitted pro hac vice*
(215) 851-6700                                               **BINGHAM MCCUTCHEN LLP**
                                                                     399 Park Avenue
*Counsel for TruePosition, Inc.*                      New York, NY  10022-4689
                                                                     (212) 705-7729

                                                                     Stephen W. Armstrong
                                                                     **MONTGOMERY, MCCRACKEN,**
                                                                     **WALKER & RHOADS, LLP**
                                                                     123 South Broad Street
                                                                     Philadelphia, PA  19109
                                                                     (215) 772-7552

                                                                     *Counsel for Third Generation Partnership Project*


SO ORDERED this ___ day of _____, 2012


                                             _____
                                             The Honorable Robert F. Kelly


2

## CERTIFICATE OF SERVICE

I, Evelyn R. Protano, hereby certify that on August 3, 2012 I caused a true and correct copy of the Stipulation and Order Regarding Dismissal of European Telecommunications Standards Institute to be served upon the following by e-mail and by the Court's ECF system:

### Counsel for Qualcomm Inc.

Robert N. Feltoon
Conrad O'Brien PC
1500 Market Street
Centre Square West Tower, Ste. 3900
Philadelphia, PA  19102-2100
rfeltoon@conradobrien.com

Roger G. Brooks
Gary A. Bornstein
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, N.Y. 10019-7475
rbrooks@cravath.com
gbornstein@cravath.com

### Counsel for Alcatel Lucent

Francis P. Newell
Peter Michael Ryan
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103
fnewell@cozen.com
pryan@cozen.com

Ali M. Stoeppelwerth
Brian Boynton
A.  Stephen Hut
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
ali.stoeppelwerth@wilmerhale.com
brian.boynton@wilmerhale.com
stephen.hut@wilmerhale.com

**Counsel for ETSI**

Stephen W. Armstrong
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
sarmstrong@mmwr.com

Derek Care
Richard S. Taffet
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689
derek.care@bingham.com
richard.taffet@bingham.com

William S.D. Cravens
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC  20006-1806
william.cravens@bingham.com

**Counsel for 3GPP**

Richard S. Taffet
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689
richard.taffet@bingham.com

**Counsel for LM Ericsson Telephone Company
(Telefonaktiebolaget LM Ericsson)**

Steven E. Bizar
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA  19102-2555
steven.bizar@bipc.com

Arman Y. Oruc
Conor A. Reidy
Simpson Thacher & Bartlett LLP
1155 F Street, N.W.
Washington, DC  20004
AOruc@stblaw.com
CReidy@stblaw.com

Kevin J. Arquit
Peri L. Zelig
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017-3954
karquit@stblaw.com
pzelig@stblaw.com

Evelyn R. Protano