

RECEIVED
AUG - 3 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRUEPOSITION, INC.,

Plaintiff,

v.

LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), QUALCOMM INC., ALCATEL-LUCENT, U.S.A., INC., THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, and EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE,

Defendants.

CIVIL ACTION
2:11-cv-04574-RFK

**STIPULATION AND ORDER WITH RESPECT TO THE DEFENSE OF PERSONAL JURISDICTION BY THIRD GENERATION PARTNERSHIP PROJECT**

Pursuant to Local Rules of Civil Procedure 7.4(b)(1) and (2), it is hereby stipulated and agreed by and between counsel for plaintiff TruePosition, Inc. and counsel for defendant Third Generation Partnership Project ("3GPP"), subject to the approval of the Court, as follows:

1. By Stipulation dated July 9, 2012 and Order of the Court dated July 10, 2012, counsel for 3GPP previously agreed to accept service of the Amended Complaint and service was thereafter effected; and in that same Stipulation, 3GPP waived defenses of insufficient process and insufficient service of process, but preserved all other defenses;

2. 3GPP now stipulates and agrees that, for purposes of this action only, it will not assert the defense of lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2),

and it is therefore subject to the personal jurisdiction of this Court for purposes of this action only;

3. 3GPP, pursuant to the July 9, 2012 Stipulation, was given a nine day extension of time until and including August 8, 2012 within which to answer or move with respect to the Amended Complaint. The parties now agree, subject to the approval of the Court, that 3GPP shall have until August 15, 2012 to answer or move with respect to the Amended Complaint. A nine day extension was previously granted.

4. If 3GPP moves to dismiss the Amended Complaint, pursuant to this Stipulation, (1) TruePosition shall file its Response to the Motion to Dismiss on or before September 5, 2012; and (2) 3GPP shall file any Reply in support of its Motion to Dismiss on or before September 19, 2012.

DATED: August 3, 2012

John G. Harkins, Jr.
Colleen Healy Simpson
Evelyn R. Protano
**HARKINS CUNNINGHAM LLP**
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042
(215) 851-6700

*Counsel for TruePosition, Inc.*

William S.D. Cravens, *admitted pro hac vice*
**BINGHAM MCCUTCHEN LLP**
2020 K. Street, N.W.
Washington, DC 20006-1806

Richard S. Taffet, *admitted pro hac vice*
Derek Care, *admitted pro hac vice*
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
(212) 705-7729

- and -

and it is therefore subject to the personal jurisdiction of this Court for purposes of this action only;

3. 3GPP, pursuant to the July 9, 2012 Stipulation, was given a nine day extension of time until and including August 8, 2012 within which to answer or move with respect to the Amended Complaint. The parties now agree, subject to the approval of the Court, that 3GPP shall have until August 15, 2012 to answer or move with respect to the Amended Complaint. A nine day extension was previously granted.

4. If 3GPP moves to dismiss the Amended Complaint, pursuant to this Stipulation, (1) TruePosition shall file its Response to the Motion to Dismiss on or before September 5, 2012; and (2) 3GPP shall file any Reply in support of its Motion to Dismiss on or before September 19, 2012.

DATED: August 3, 2012

John G. Harkins, Jr.
Colleen Healy Simpson
Evelyn R. Protano
**HARKINS CUNNINGHAM LLP**
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042
(215) 851-6700

*Counsel for TruePosition, Inc.*

William S.D. Cravens, *admitted pro hac vice*
**BINGHAM MCCUTCHEN LLP**
2020 K. Street, N.W.
Washington, DC 20006-1806

Richard S. Taffet, *admitted pro hac vice*
Derek Care, *admitted pro hac vice*
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
(212) 705-7729

- and -

Stephen W. Armstrong
**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**
123 South Broad Street
Philadelphia, PA 19109
(215) 772-7552

*Counsel for Third Generation Partnership Project*

SO ORDERED this 6th day of Aug., 2012

The Honorable Robert F. Kelly

**CERTIFICATE OF SERVICE**

I, Evelyn R. Protano, hereby certify that on August 3, 2012 I caused a true and correct copy of the Stipulation and Order With Respect to the Defense of Personal Jurisdiction by Third Generation Partnership Project to be served upon the following by e-mail:

**Counsel for Qualcomm Inc.**

Robert N. Feltoon
Conrad O'Brien PC
1500 Market Street
Centre Square West Tower, Ste. 3900
Philadelphia, PA 19102-2100
rfeltoon@conradobrien.com

Roger G. Brooks
Gary A. Bornstein
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, N.Y. 10019-7475
rbrooks@cravath.com
gbornstein@cravath.com

**Counsel for Alcatel Lucent**

Francis P. Newell
Peter Michael Ryan
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103
fnewell@cozen.com
pryan@cozen.com

Ali M. Stoeppelwerth
Brian Boynton
A. Stephen Hut
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
ali.stoeppelwerth@wilmerhale.com
brian.boynton@wilmerhale.com
stephen.hut@wilmerhale.com

**Counsel for ETSI**

Stephen W. Armstrong
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
sarmstrong@mmwr.com

Derek Care
Richard S. Taffet
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
derek.care@bingham.com
richard.taffet@bingham.com

William S.D. Cravens
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC 20006-1806
william.cravens@bingham.com

**Counsel for 3GPP**

Richard S. Taffet
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
richard.taffet@bingham.com

**Counsel for LM Ericsson Telephone Company (Telefonaktiebolaget LM Ericsson)**

Steven E. Bizar
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102-2555
steven.bizar@bipc.com

Arman Y. Oruc
Conor A. Reidy
Simpson Thacher & Bartlett LLP
1155 F Street, N.W.
Washington, DC 20004
AOruc@stblaw.com
CReidy@stblaw.com

Kevin J. Arquit
Peri L. Zelig
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
karquit@stblaw.com
pzelig@stblaw.com

Evelyn R. Protano
Evelyn R. Protano