IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.,<br><br>                           Plaintiff,<br>      v.<br><br>LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), QUALCOMM INC., ALCATEL-LUCENT, U.S.A., INC., THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, and EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE,<br>                           Defendants. | CIVIL ACTION<br>2:11-cv-04574-RFK |

## ORDER

AND NOW, this _____ day of _____, 2012, upon consideration of Defendant Third Generation Partnership Project's Motion to Dismiss Plaintiff TruePosition, Inc.'s Amended Complaint (the "Motion"), and the response of plaintiff thereto,

IT IS HEREBY ORDERED that the Motion is GRANTED and the Amended Complaint is DISMISSED as to Defendant Third Generation Partnership Project.

                                            BY THE COURT

                                            _____
                                            Hon. Robert F. Kelly
                                            United States District Court Judge