**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                        :
TRUEPOSITION, INC.,                     :
                                        :
                    Plaintiff,          :        CIVIL ACTION
                                        :
              v.                        :        No. 11-4574
                                        :
LM ERICSSON TELEPHONE COMPANY           :
(TELEFONAKTIEBOLAGET LM ERICSSON),      :
QUALCOMM, INC.,                         :
ALCATEL-LUCENT USA, INC.,               :
EUROPEAN TELECOMMUNICATIONS             :
STANDARDS INSTITUTE, and                :
THIRD GENERATION PARTNERSHIP            :
PROJECT a/k/a 3GPP,                     :
                                        :
                    Defendants.         :
_____:

**ORDER**

**AND NOW,** this      21st       day of August, 2012, upon consideration of the Joint

Motion to Dismiss the Amended Complaint of Trueposition, Inc. Filed by Alcatel-Lucent USA

Ins., Ericsson Telephone Company (Telefonakiebolaget LM Ericsson), and Qualcomm Inc. (Doc.

No. 103), the Memorandum in Support of the Joint Motion to Dismiss the Amended Complaint

of Trueposition filed by Alcatel-Lucent USA Inc., the Response and Replies thereto, it is hereby

**ORDERED** that the Motion is **DENIED**.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY,          SR. J.