IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-4574 |
| | : | |
| LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON), QUALCOMM, INC., ALCATEL-LUCENT USA, INC., EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE, and THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this   21st   day of August, 2012, due to the fact that Defendant European Telecommunications Standards Institute was voluntarily dismissed from this action on August 10, 2012 (Doc. No. 130), it is hereby **ORDERED** that Defendant European Telecommunications Standards Institute's Motion to Dismiss Plaintiff Trueposition, Inc.'s Amended Complaint (Doc. No. 102) is **DISMISSED AS MOOT**.

BY THE COURT:

 /s/ Robert F. Kelly
Robert F. Kelly,          Sr. J.