IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC. | : | Civil Action No. |
| | : | 2:11-cv-04574-AB |
| v. | : | |
| | : | |
| LM ERICSSON TELEPHONE COMPANY | : | |
|   (Telefonaktiebolaget LM Ericcson), | : | |
| QUALCOMM INC., | : | |
| ALCATEL-LUCENT, S.A., | : | |
| THIRD GENERATION PARTNERSHIP | : | |
|   PROJECT a/k/a 3GPP | : | |
| EUROPEAN TELECOMMUNICATIONS | : | |
| STANDARDS INSTITUTE | : | |

## **ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

    Please enter my appearance as counsel for defendant, Third Generation Partnership Project a/k/a 3GPP.


Dated:  August 24, 2012            /s/Stephen W. Armstrong
                                                  Stephen W. Armstrong, Esquire
                                                  Attorney I.D. No.  16218
                                                  Montgomery, McCracken,
                                                    Walker & Rhoads, LLP
                                                  123 South Broad Street
                                                  Philadelphia, Pennsylvania 19109
                                                  [sarmstrong@mmwr.com](mailto:sarmstrong@mmwr.com)
                                                  (215) 772-7552
                                                  (215) 731-3706 fax
                                                  *Attorney for Third Generation*
                                                    *Partnership Project a/k/a 3GPP*

3038815v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC. | : | Civil Action No. |
| | : | 2:11-cv-04574-AB |
| v. | : | |
| | : | |
| LM ERICSSON TELEPHONE COMPANY | : | |
|   (Telefonaktiebolaget LM Ericcson), | : | |
| QUALCOMM INC., | : | |
| ALCATEL-LUCENT, S.A., | : | |
| THIRD GENERATION PARTNERSHIP | : | |
|   PROJECT a/k/a 3GPP | : | |
| EUROPEAN TELECOMMUNICATIONS | : | |
| STANDARDS INSTITUTE | : | |

## CERTIFICATE OF SERVICE

I certify that on this date the accompanying Entry of Appearance was filed electronically using the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the CM/ECF system.

Dated:  August 24, 2012

   /s/Stephen W. Armstrong
Stephen W. Armstrong, Esquire
Attorney I.D. No.  16218
Montgomery, McCracken,
  Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
sarmstrong@mmwr.com
(215) 772-7552
(215) 731-3706 fax
*Attorney for Defendant Third Generation*
 *Partnership Project a/k/a 3GPP*

3038815v1