**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TRUEPOSITION, INC.,<br><br>                      Plaintiff,<br><br>    v.<br><br>LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), QUALCOMM INC., ALCATEL-LUCENT, U.S.A. INC., and THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP,<br><br>                      Defendants. | CIVIL ACTION<br>2:11-cv-04574-RFK |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

      Please enter my appearance as counsel for defendant Third Generation Partnership Project a/k/a 3GPP.


Dated: August 29, 2012          /s/ William S.D. Cravens
                                               William S.D. Cravens, *admitted pro hac vice*
                                               **Bingham McCutchen LLP**
                                               2020 K Street, N.W.
                                               Washington, DC  20006-1806
                                               william.cravens@bingham.com
                                               (202) 373-6083
                                               *Attorney for Third Generation*
                                                  *Partnership Project a/k/a 3GPP*

3039974v1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.,<br><br>                           Plaintiff,<br><br>    v.<br><br>LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), QUALCOMM INC., ALCATEL-LUCENT, U.S.A. INC., and THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP,<br><br>                           Defendants. | CIVIL ACTION<br>2:11-cv-04574-RFK |

## CERTIFICATE OF SERVICE

I certify that on this date the accompanying Entry of Appearance was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the CM/ECF system.


Dated: August 29, 2012                  /s/ William S.D. Cravens
                                             William S.D. Cravens, *admitted pro hac vice*
                                             **Bingham McCutchen LLP**
                                             2020 K Street, N.W.
                                             Washington, DC  20006-1806
                                             william.cravens@bingham.com
                                             (202) 373-6083
                                             *Attorney for Third Generation*
                                                *Partnership Project a/k/a 3GPP*