## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON)<br><br>QUALCOMM, INC.<br><br>ALCATEL-LUCENT USA INC.<br><br>and<br><br>THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP<br><br>Defendants. | Case No. 2:11-cv-4574-RK |



FILED
AUG 30 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## **ORDER**

WHEREAS defendants Qualcomm, Inc., LM Ericsson Telephone Company and Alcatel-Lucent USA, Inc. ("the Corporate Defendants") have submitted an unopposed motion for extension of time to answer the Amended Complaint of plaintiff TruePosition, Inc.;

WHEREAS TruePosition does not oppose the request of the Corporate Defendants for an extension;

IT IS HEREBY ORDERED that the Corporate Defendants shall have until October 4, 2012 to file their Answers to the Amended Complaint.

SO ORDERED this 30th day of Aug., 2012.

_____
Robert F. Kelly, J.