**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| _____ : | | |
| TRUEPOSITION, INC., : | | |
| : | | |
| Plaintiff, : | CIVIL ACTION | |
| : | | |
| v. : | No. 11-4574 | |
| : | | |
| LM ERICSSON TELEPHONE COMPANY : | | |
| (TELEFONAKTIEBOLAGET LM ERICSSON), : | | |
| QUALCOMM, INC., : | | |
| ALCATEL-LUCENT USA, INC., : | | |
| EUROPEAN TELECOMMUNICATIONS : | | |
| STANDARDS INSTITUTE, and : | | |
| THIRD GENERATION PARTNERSHIP : | | |
| PROJECT a/k/a 3GPP, : | | |
| : | | |
| Defendants. : | | |
| _____: | | |

**ORDER**

**AND NOW,** this 14th day of September, 2012, upon consideration of the Joint Motion of

Defendants Qualcomm, Inc., LM Ericsson Telephone Company and Alcatel-Lucent USA, Inc.

for Certification of an Interlocutory Appeal or, in the Alternative, for Reconsideration (Doc. No.

139), and the Response in opposition by Plaintiff, TruePosition, Inc., it is hereby **ORDERED**

that the Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY,          SR. J.