IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No. 11-4574 |
| LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON), QUALCOMM, INC., ALCATEL-LUCENT USA, INC., EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE, and THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, | : |
| Defendants. | : |

## ORDER

**AND NOW,** this   4th   day of October, 2012, upon consideration of the Motion to Dismiss the Plaintiff TruePosition, Inc.'s Amended Complaint by Third Generation Partnership Project a/k/a 3GPP (Doc. No. 131), the Response in Opposition by Trueposition, Inc., and 3GPP's Reply, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY,            SR. J.