IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>          Plaintiff,<br><br> vs.<br><br>LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON)<br><br>QUALCOMM, INC.<br><br>ALCATEL-LUCENT, S.A.<br><br>THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP<br><br>and<br><br>EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE<br><br>          Defendants. | Case No. 2:11-cv-4574 |

**DEFENDANT ERICSSON'S CERTIFICATE OF SERVICE OF ANSWER TO THE AMENDED COMPLAINT OF TRUEPOSITION INC.**

## **CERTIFICATE OF SERVICE**

     I, Steven E. Bizar, hereby certify that on this day, October 4, 2012, I caused a true and correct of Defendant Ericsson's Answer to the Amended Complaint of TruePosition, Inc. to be filed electronically using the Court's Electronic Case Filing system, which will automatically generate and send a Notice of Electronic Filing to all ECF Filing Users. The document is available for viewing and downloading from the ECF system.

     /s/ Steven E. Bizar

     BUCHANAN INGERSOLL & ROONEY PC

     Steven E. Bizar (PA I.D. 68316)
     Two Liberty Place, Ste. 3200
     50 S. 16th Street
     Philadelphia, PA  19102
     Phone:  (215) 665-3700
     Facsimile:  (215) 665-8760