# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., <br> Plaintiff, <br> v. <br> LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), QUALCOMM INC., ALCATEL-LUCENT U.S.A., INC., and THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, <br> Defendants. | CIVIL ACTION <br> 2:11-cv-04574-RFK <br><br> FILED <br> 2012 <br> MICHAEL ..., Clerk <br> By _____ Dep. Clerk |

## ORDER

AND NOW, this _17th_ day of _Oct._, 2012, upon consideration of the Motion of Defendant Third Generation Partnership Project ("3GPP") for an Order extending 3GPP's time to answer the Amended Complaint of plaintiff TruePosition, Inc. ("TruePosition") by 30 days, to and including Monday November 19, 2012 (the "Motion");

IT IS HEREBY ORDERED that the Motion is granted; and

IT IS FURTHER ORDERED that 3GPP's time to answer TruePosition's Amended Complaint is extended by 30 days, to and including Monday November 19, 2012.

BY THE COURT

_Robert F. Kelly_
Hon. Robert F. Kelly
United States District Court Judge