IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., <br>                         Plaintiff, <br> v. <br> LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericsson), QUALCOMM INC., ALCATEL-LUCENT, S.A., and THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, <br>                         Defendants. | CIVIL ACTION <br> 2:11-cv-04574-RFK |

**ORDER**

AND NOW, this 17th day of Oct., 2012, upon consideration of the Unopposed Motion of Defendant Third Generation Partnership Project ("3GPP") for leave to file a Reply Brief in support of its Motion for an Order extending 3GPP's time to answer the Amended Complaint of plaintiff TruePosition, Inc. ("TruePosition") by 30 days, to and including November 19, 2012 (the "Unopposed Motion");

IT IS HEREBY ORDERED that the Unopposed Motion is granted.

IT IS FURTHER ORDERED that 3GPP is granted leave to file a Reply Brief in support of its Motion for an Order extending 3GPP's time to answer TruePosition's Amended Complaint.

IT IS FURTHER ORDERED that the Reply Brief attached to the Unopposed Motion is hereby deemed filed.

BY THE COURT

/s/ Robert F. Kelly
Hon. Robert F. Kelly
United States District Court Judge