APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRUEPOSITION, INC. : CIVIL ACTION
:
v. :
:
LM ERICSSON TELEPHONE CO., et :
al. : NO. 2:11-cv-04574

**FILED**
DEC 14 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

ORDER

AND NOW, this 14th Day of Dec. , 2012, it is hereby

ORDERED that the application of Perry Lange , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

*Robert F. Kelly*
J.