APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TruePosition, Inc().  :  CIVIL ACTION
:
v.  :
:
Qualcomm, Inc., et al.  :  NO. 11-CV-04574

**FILED**

DEC 19 2012

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this 19th Day of Dec, 2012, it is hereby

ORDERED that the application of Axel Bernabe, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____
                                                          J.