IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Case No. 2:11-cv-4574 (RK) |
| LM ERICSSON TELEPHONE COMPANY, | ) ) ) |
| QUALCOMM INC., | ) ) ) |
| ALCATEL-LUCENT USA INC., | ) ) ) |
| and | ) ) |
| THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP | ) ) ) |
| Defendants. | ) ) |

## SCHEDULING ORDER

AND NOW, this __19th__ day of __Dec.__, 2012, it is **ORDERED**:

1. All fact discovery will be completed by **February 14, 2014**.

2. All testifying experts of plaintiff will be disclosed and their initial reports will be due, pursuant to Fed. R. Civ. P. 26(a)(2), no later than **March 28, 2014**. Depositions of Plaintiff's experts will conclude on **May 28, 2014**. All testifying experts of defendants will be disclosed and their initial reports will be due, pursuant to Fed. R. Civ. P. 26 (a)(2), no later than **June 11, 2014**. Depositions of Defendants' experts will conclude on **August 13, 2014**. Expert reports that will only be used to rebut or contradict evidence on the same subject will be disclosed within **45 days** after the other party's disclosure, pursuant to Fed. R. Civ. P. 26(a)(2)(D) and depositions of such experts will be taken within fifteen days thereafter.

3. All motions for summary judgment must be filed by **September 19, 2014**, pursuant to Fed. R. Civ. P. 56(b). All briefs in opposition to the motions for summary judgment must be filed by **October 17, 2014**. All reply briefs must be filed by **October 31, 2014**.

4. All motions in limine shall be filed no later than **December 1, 2014**.

5. A pretrial conference will be held on *Jan. 30, 2015*. All pretrial memoranda and disclosures shall be filed by the date of the pretrial conference.

6. A Final Joint Pretrial Order pursuant to Local Rule of Civil Procedure 16.1 is due no later than *Feb. 20, 2015.*

7. This case will be tried on *March 18, 2015*

8. Changes in the foregoing schedule may be obtained only by written application to the Court, for cause shown.

*Robert F. Kelly*

~~Thomas Garrity~~
~~Deputy Clerk to~~
Judge Robert F. Kelly

2