IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:11-cv-4574 (RK) |
| | ) |
| LM ERICSSON TELEPHONE COMPANY, | ) |
| | ) |
| QUALCOMM INC., | ) |
| | ) |
| ALCATEL-LUCENT USA INC., | ) |
| | ) |
| and | ) |
| | ) |
| THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

The parties hereby jointly submit to the Court this report as to the status of two provisions of the Discovery Plan approved and adopted by the Court on December 20, 2012.

C.     Electronically Stored Information.

The parties have exchanged several rounds of a draft stipulation governing the production and handling of electronically stored information, and have held a "meet and confer" teleconference concerning the draft proposals. The parties have made substantial progress in narrowing the issues, and believe that a limited additional period to confer and consider counter-proposals would succeed in narrowing or eliminating issues before presenting the final draft stipulation to the Court. The parties currently anticipate presenting to the Court on or before

January 22, 2013, the joint stipulation and the identification of any issues remaining for resolution by the Court as described in paragraph C of the Discovery Plan.

      F.    <u>Protective Order</u>.

The parties have exchanged several rounds of a draft protective order governing the production and handling of Protected Information, and have held several "meet and confer" teleconferences and email exchanges concerning the draft proposals. The parties have made substantial progress in narrowing the issues, and believe that a limited additional period to confer and consider counter-proposals would succeed in narrowing or eliminating issues before presenting the final documents to the Court. The parties anticipate presenting to the Court on or before January 9, 2013, the joint proposed Protective Order, along with a document that identifies the few issues remaining for resolution by the Court and summarizes the parties' respective provisions concerning each issue, as described in paragraph F of the Discovery Plan.

| | |
|---|---|
| Dated:  January 4, 2013 | Respectfully submitted, |
|   s/John G. Harkins, Jr.<br>John G. Harkins, Jr.<br>Colleen Healy Simpson<br>HARKINS CUNNINGHAM LLP<br>4000 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA  19103-7044<br><br>Douglas E. Rosenthal<br>Seth D. Greenstein<br>Aymeric Dumas-Eymard<br>David Golden<br>Nneka Ukpai<br>CONSTANTINE CANNON LLP<br>Suite 1050 East Tower<br>1301 K Street, N.W.<br>Washington, DC  20005 |   s/William S.D. Cravens<br>William S. D. Cravens<br>BINGHAM McCUTCHEN LLP<br>2020 K Street, N.W.<br>Washington, DC  20006-1806<br><br>Richard S. Taffet<br>Derek Care<br>BINGHAM McCUTCHEN LLP<br>399 Park Avenue<br>New York, NY  10022-4689<br><br>Stephen W. Armstrong<br>MONTGOMERY, McCRACKEN, WALKER<br>&  RHOADS, LLP<br>123 South Broad Street<br>Philadelphia, PA 19109<br><br>**Counsel for 3GPP** |

Gordon Schnell
Alysia Solow
Taline Sahakian
Axel Bernabe
Joel A. Chernov
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017

Stuart Salen
Shelby Haverson
TRUEPOSITION, INC.
1000 Chesterbrook Blvd., Suite 200
Berwyn, PA 19312

**Counsel for TruePosition, Inc.**

  s/Francis P. Newell
Francis P. Newell
Peter Michael Ryan
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103

Ali M. Stoeppelwerth
Brian Boynton
Perry Lange
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006

**Counsel for Alcatel-Lucent USA Inc.**


  s/Steven E. Bizar
Steven E. Bizar
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th Street
Suite 3200
Philadelphia, PA  19102-2555

Arman Y. Oruc
Conor A. Reidy
SIMPSON THACHER & BARTLETT LLP
1155 F Street, N.W.
Washington, DC  20004

Kevin J. Arquit
Peri L. Zelig
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY  10017-3954

**Counsel for LM Ericsson Telephone Company**

                                         s/Robert N. Feltoon
                                      Robert N. Feltoon
                                      CONRAD O'BRIEN PC
                                      1500 Market Street
                                      Centre Square West Tower, Ste. 3900
                                      Philadelphia, PA  19102-2100

                                      Roger G. Brooks
                                      Gary A. Bornstein
                                      CRAVATH, SWAINE & MOORE LLP
                                      Worldwide Plaza
                                      825 Eighth Avenue
                                      New York, NY 10019-7475

                                      **Counsel for Qualcomm Inc.**

## CERTIFICATE OF SERVICE

I, Evelyn R. Protano, hereby certify that on January 4, 2013, I caused a true and correct copy of the Joint Status Report to be served upon the following by ECF and electronic mail:

**Counsel for Qualcomm Inc.**

Robert N. Feltoon
Conrad O'Brien PC
1500 Market Street
Centre Square West Tower, Ste. 3900
Philadelphia, PA 19102-2100
rfeltoon@conradobrien.com

Roger G. Brooks
Gary A. Bornstein
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, N.Y. 10019-7475
rbrooks@cravath.com
gbornstein@cravath.com

**Counsel for Alcatel-Lucent USA Inc.**

Francis P. Newell
Peter Michael Ryan
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103
fnewell@cozen.com
pryan@cozen.com

Ali M. Stoeppelwerth
Brian Boynton
Perry Lange
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
ali.stoeppelwerth@wilmerhale.com
brian.boynton@wilmerhale.com
perry.lange@wilmerhale.com

**Counsel for 3GPP**

Stephen W. Armstrong
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
sarmstrong@mmwr.com

Derek Care
Richard S. Taffet
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
derek.care@bingham.com
richard.taffet@bingham.com

William S.D. Cravens
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC 20006-1806
william.cravens@bingham.com

**Counsel for LM Ericsson Telephone Company (Telefonaktiebolaget LM Ericsson)**

Steven E. Bizar
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102-2555
steven.bizar@bipc.com

Arman Y. Oruc
Conor A. Reidy
Simpson Thacher & Bartlett LLP
1155 F Street, N.W.
Washington, DC 20004
AOruc@stblaw.com
CReidy@stblaw.com

        Kevin J. Arquit
        Peri L. Zelig
        Simpson Thacher & Bartlett LLP
        425 Lexington Avenue
        New York, NY 10017-3954
        karquit@stblaw.com
        pzelig@stblaw.com

                                                             s/ Evelyn R. Protano
                                                             Evelyn R. Protano