APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC., Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| LM ERICSSON TELEPHONE CO., et al. | : | NO.  2:11-cv-4574 |

ORDER

AND NOW, this _____ Day of _____, 2013, it is hereby

ORDERED that the application of <u>John D. Biancamano</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:11-cv-4574

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __John D. Biancamano__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __19653__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| New York | 10/28/2010 | 4868816 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| USDC, SDOH | 06/09/2011 | |
| USCA, 6th Circuit | 03/02/2011 | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   Qualcomm Incorporated

(Applicant's Signature)

01/11/2013
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cravath, Swaine & Moore LLP

825 Eighth Avenue, New York, NY 10019

(212) 474-1000

Sworn and subscribed before me this

11th Day of January, 2013

Notary Public

BRYANT M YU
Notary Public, State of New York
No. 01YU6210194
Qualified in New York County
Commission Expires August 10, 2013

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____John D. Biancamano____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Robert N. Feltoon | _[signature]_ | 06/28/1990 | 58197 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Conrad O'Brien PC

1500 Market Street, Centre Square West, Suite 3900, Philadelphia, PA 19102

(215) 864-8064

Sworn and subscribed before me this

_11_ Day of _Jan_, 200_3_

_[signature]_
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
JOYCE A. DIEM, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 17, 2013

**CERTIFICATE OF SERVICE**

I, Robert N. Feltoon, declare under penalty of perjury, that on January 11, 2013, I caused a true and correct copy of the application of John D. Biancamano, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order, which if granted would permit such practice in this court, to be served upon all counsel of record in this case by ECF and email.

/s/ Robert N. Feltoon

Robert N. Feltoon