IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON), QUALCOMM, INC., ALCATEL-LUCENT USA, INC., EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE and THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, | : No. 11-4574 |
| Defendants. | : |

# ORDER

**AND NOW**, this 11th day of January, 2013, upon consideration of the Proposed Stipulated Protective Order, and the parties' respective Submissions and Position Statements regarding the two disputed provisions; namely, Section 6.2(b) and Section 7, it is hereby **ORDERED** that:

1. Regarding Section 6.2(b) entitled "Disclosure of Confidential Information or Items," the Court agrees with the Defendants' Position Statement and, therefore, Defendants' Submission for Section 6.2(b) shall be included within the Proposed Stipulated Protective Order; and

2. Regarding Section 7, the Court agrees with the Defendants' Position Statement and, therefore, Defendants' Submission for Section 7 entitled "Disclosure of Independent Experts and/or Consultants," shall be included within the Proposed Stipulated Protective Order.

2

**IT IS FURTHER ORDERED** that the parties shall include the aforementioned Defendants' Submissions for Section 6.2(b) and Section 7 in a new Proposed Stipulated Protective Order which must be filed for the Court's approval within fourteen (14) days from the date of this Order.

BY THE COURT

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE