APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC., Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| LM ERICSSON TELEPHONE CO., et al. | : | NO. 2:11-cv-4574 |

ORDER

AND NOW, this 14th Day of Jan., 2013, it is hereby

ORDERED that the application of Yonatan Even, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

*Robert F. Kelly*
J.

FILED
JAN 14 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk