APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TruePosition, Inc. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LM Ericsson Telephone Co.,, et al. | : | NO.   2:11-cv-04574 |
| | : | |

ORDER

AND NOW, this         Day of            , 2013 , it is hereby

ORDERED that the application of  Joseph F. Wayland   , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.

☐   DENIED.

_____
                                                    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:11-cv-4574

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Joseph F. Wayland__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __1199847__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 03/15/1984 | 1908912 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Fifth Circuit | 05/02/2008 | N/A |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| D.C. Circuit | 04/28/2006 | 50595 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Third Circuit | 12/27/1993 | **N/A** |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am entering my appearance for*   L.M. Ericsson Tel. Com.

(Applicant's Signature)

01/25/2013
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Simpson Thacher & Bartlett LLP

425 Lexington Avenue

New York, NY 10017 USA

212-455-3203

Sworn and subscribed before me this

25th Day of January, 2013

Notary Public

JUSTIN C. NOWELL
NOTARY PUBLIC, State of New York
No. 01NO6268141
Qualified in New York County
Commission Expires July 23, 2016

10/04

## Joseph F. Wayland List of Federal Bar Memberships – Continued

| Federal Jurisdiction | Date Admitted |
|---|---|
| U.S. District Court for the Southern District of New York | 1/31/1989 |
| U.S. District Court for the Eastern District of New York | 1/31/1989 |
| U.S. Court of Appeals for the Second Circuit | 12/7/1993 |

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Joseph F. Wayland___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Steven E. Bizar | _[signature]_ | 06/21/1993 | 68316 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Buchanan Ingersoll & Rooney PC

50 S. 16th Street, Suite 3200, Philadelphia, PA 19102

215-665-8700

Sworn and subscribed before me this

28 Day of JAN, 2013

_[signature]_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BETTY CHERI PEARCE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 1, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC. | : | Case No. 2:11-cv-04574-RK |
|     Plaintiff, | : | |
| v. | : | |
| LM ERICSSON TELEPHONE COMPANY, et al.    Defendants. | : | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Joseph F. Wayland  Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was filed electronically and is available for viewing and downloading on the Electronic Case Filing System of the United States District Court for the Eastern District of Pennsylvania.

_____
Signature of Attorney

Steven E. Bizar
Name of Attorney

LM Ericsson Telephone Company
Name of Moving Party

1/28/13
Date