IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>                    Plaintiff,<br><br>vs.<br><br>LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON)<br><br>QUALCOMM, INC.<br><br>ALCATEL-LUCENT USA INC.<br><br>and<br><br>THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP<br><br>                    Defendants. | Case No. 2:11-cv-4574-RK |

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

      Kindly withdraw the appearance of Arman Y. Oruc as one of the counsel appearing for

LM Ericsson Telephone Company.


Dated: January 29, 2013

                                      By: /s/ Arman Y. Oruc
                                      SIMPSON THACHER & BARTLETT LLP
                                      1155 F Street, N.W.
                                      Washington, DC  20004
                                      Phone: (202) 636-5599
                                      Facsimile: (202) 636-5502
                                      E-mail:  aoruc@stblaw.com

## **CERTIFICATE OF SERVICE**

     I, Arman Oruc, hereby certify that I caused a true and correct copy of the foregoing Withdrawal of Appearance to be electronically filed pursuant to the Court's electronic court filing system and thereby served on all counsel of record, and that the filing is available for downloading and viewing from the electronic court filing system.

Dated: January 29, 2013

                                                  /s/ Arman Y. Oruc
                                                Arman Y. Oruc