APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TruePosition, Inc. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LM Ericsson Telephone Co.,, et al. | : | NO. 2:11-cv-04574 |

FILED
JAN 30 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

ORDER

AND NOW, this        Day of        , 2013 , it is hereby

ORDERED that the application of  Joseph F. Wayland  , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

*Robert D. Kelly*
J.