IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TruePosition, Inc. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| Qualcomm, Inc., et al. | : | NO. 11-CV-04574 |

ORDER

AND NOW, this **3rd** Day of **April**, 20 __, it is hereby

ORDERED that the application of _Daniel J. Vitelli_, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_Robert F. Kelly_
J.