IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TruePosition, Inc. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Qualcomm, Inc., et al | : | NO. 11-CV-04574 |

**FILED**

APR 1 0 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 10th Day of April, 2013 it is hereby

ORDERED that the application of Jean Kim, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

Robert F. Kelly
J.