IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC. | : | Case No. 2:11-cv-04574-RK |
|     Plaintiff, | : | |
| v. | : | |
| LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericcson), | : | |
| QUALCOMM INC., | : | |
| ALCATEL-LUCENT, S.A., and | : | |
| THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this _____ Day of _____, 2013, it is hereby

ORDERED that the application of ___Peter C. Thomas___, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J. Robert F. Kelly

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No#    2:11-cv-04574-RK

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I.   APPLICANT'S STATEMENT

I, _____Peter C. Thomas_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number ___1203607___, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| New York (Second Dept.) | 7/31/1985 | 2006062 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| District of Columbia | 1/9/2006 | 495928 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| U.S.C.A. 2nd Circuit | 6/20/2006 | N/A |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| D. C. District Court | 4/3/2006 | 495928 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| New York Southern District | 12/8/1987 | PT5677 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for     LM Ericsson Telephone Company

_[signature]_
(Applicant's Signature)
JUNE 28, 2013
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Simpson Thacher & Bartlett LLP
1155 F Street, N.W., Washington, DC 20004
(202) 636-5535

Sworn and subscribed before me this
28 Day of June, 2013
_[signature]_
Notary Public

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Peter C. Thomas____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Steven E. Bizar | [signature] | 6/21/93 | #68316 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Buchanan Ingersoll & Rooney PC
Two Liberty Place, 50 S. 16th Street, Suite 3200, Philadelphia, PA 19102-2555
(215) 665-8700

Sworn and subscribed before me this
____ Day of __July__, 2013
_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BETTY CHERI PEARCE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 1, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. :  Plaintiff, : v. : LM ERICSSON TELEPHONE COMPANY, et al.   Defendants. : | Case No. 2:11-cv-04574-RK |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Peter C. Thomas  Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was filed electronically and is available for viewing and downloading on the Electronic Case Filing System of the United States District Court for the Eastern District of Pennsylvania.

_____
Signature of Attorney

Steven E. Bizar
Name of Attorney

LM Ericsson Telephone Company
Name of Moving Party

7.8.2013
Date