IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>                            Plaintiff,<br><br>vs.<br><br>LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON)<br><br>QUALCOMM, INC.<br><br>ALCATEL-LUCENT USA INC.<br><br>and<br><br>THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP<br><br>                           Defendants. | Case No. 2:11-cv-4574-RK |

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

      Kindly withdraw the appearance of Joseph F. Wayland as one of the counsel appearing for LM Ericsson Telephone Company.

Dated: July 12, 2013

                                      By: /s/ Joseph F. Wayland
                                      SIMPSON THACHER & BARTLETT LLP
                                      425 Lexington Avenue
                                      New York, NY 10017-3954
                                      Phone: (212) 455-3203
                                      Facsimile: (212) 455-2502
                                      E-mail: jwayland@stblaw.com

## **CERTIFICATE OF SERVICE**

     I, Joseph Wayland, hereby certify that I caused a true and correct copy of the foregoing Withdrawal of Appearance to be electronically filed pursuant to the Court's electronic court filing system and thereby served on all counsel of record, and that the filing is available for downloading and viewing from the electronic court filing system.

Dated: July 12, 2013

                                                                  /s/ Joseph F. Wayland
                                                                  Joseph F. Wayland