APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TruePosition, Inc. | : | CIVIL ACTION |
| v. | : | |
| LM Ericsson Telephone Co, et al. | : | NO. 2:11-cv-4574 |

**FILED**
AUG 1 6 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

<u>ORDER</u>

AND NOW, this <u>16th</u> Day of <u>Aug.</u>, 2013, it is hereby

ORDERED that the application of <u>Allison Sheedy</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
Robert F. Kelly, J.

**ENTERED**
AUG 1 6 2013
**CLERK OF COURT**