# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. | ) |
|                  Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:11-cv-4574 (RK) |
| | ) |
| LM ERICSSON TELEPHONE COMPANY, | ) |
| | ) |
| QUALCOMM INC., | ) |
| | ) |
| ALCATEL-LUCENT USA INC., | ) |
| | ) |
| and | ) |
| | ) |
| THIRD GENERATION PARTNERSHIP PROJECT, a/k/a 3GPP | ) |
| | ) |
|                  Defendants. | ) |
| | ) |

## **ORDER**

AND NOW, on this ____ day of _____, 2013, upon consideration of Plaintiff TruePosition, Inc.'s Motion for Leave to File Under Seal Its Motion to Compel Discovery Directed to Defendant Qualcomm Inc. and Declaration of David Golden with Exhibits in support, and good cause being shown, it is hereby ORDERED and DECREED that Plaintiff's Motion to Compel Discovery Directed to Defendant Qualcomm Inc. and Declaration of David Golden with Exhibits in support shall be filed and maintained UNDER SEAL.

                                                        BY THE COURT

                                                        _____

                                                        Hon. Robert F. Kelly, U.S.D.J.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TRUEPOSITION, INC. )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>LM ERICSSON TELEPHONE COMPANY, )<br>)<br>QUALCOMM INC., )<br>)<br>ALCATEL-LUCENT USA INC., )<br>)<br>and )<br>)<br>THIRD GENERATION PARTNERSHIP )<br>PROJECT, a/k/a 3GPP )<br>)<br>      Defendants. )<br>) | Case No. 2:11-cv-4574 (RK) |

**MOTION OF PLAINTIFF TRUEPOSITION, INC. FOR LEAVE TO FILE
UNDER SEAL ITS MOTION TO COMPEL DISCOVERY DIRECTED TO
DEFENDANT QUALCOMM INC. AND DECLARATION OF DAVID GOLDEN**

Plaintiff TruePosition, Inc. hereby moves for leave to file under seal its Motion to Compel Discovery Directed to Defendant Qualcomm Inc., and its Declaration of David Golden, with Exhibits in support. The Motion to Compel Discovery and Declaration reference matters that have been designated "Confidential" pursuant to the Court's January 16, 2013 Protective Order. Therefore, in compliance with Paragraph 11 of the Protective Order, Plaintiff moves to file its Motion to Compel Discovery and Declaration under seal.

Date:  August 22, 2013  Respectfully submitted,

       s/John G. Harkins, Jr.
John G. Harkins, Jr. (Atty. I.D. 4441)
Colleen Healy Simpson (Atty. I.D. 84956)
HARKINS CUNNINGHAM LLP
4000 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103-7044
(215) 851-6700

Douglas E. Rosenthal
Seth D. Greenstein
Aymeric Dumas-Eymard
David Golden
Nneka Ukpai
CONSTANTINE CANNON LLP
1301 K Street, NW, Suite 1050 East Tower
Washington, D.C. 20005
(202) 204-3500

Gordon Schnell
Alysia Solow
Jean Kim
Axel Bernabe
Joel A. Chernov
Taline Sahakian
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, N.Y. 10017
(212) 350-2700

Stuart Salen
Shelby Haverson
TRUEPOSITION, INC.
1000 Chesterbrook Blvd., Suite 200
Berwyn, PA 19312
(610) 680-1000

2

## CERTIFICATE OF SERVICE

I, Evelyn R. Protano, hereby certify that on August 22, 2013 I caused a true and correct copy of the Motion of Plaintiff TruePosition, Inc. for Leave to File Under Seal its Motion to Compel Discovery Directed to Defendant Qualcomm Inc. and Declaration of David Golden with Exhibits in support, to be served upon the following by ECF and the following means:

### BY HAND DELIVERY

Stephen W. Armstrong
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
sarmstrong@mmwr.com

Steven E. Bizar
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102-2555
steven.bizar@bipc.com

Robert N. Feltoon
Conrad O'Brien PC
1500 Market Street
Centre Square West Tower, Ste. 3900
Philadelphia, PA 19102-2100
rfeltoon@conradobrien.com

Francis P. Newell
Peter Michael Ryan
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103
fnewell@cozen.com
pryan@cozen.com

**BY FIRST CLASS MAIL**

Kevin J. Arquit
Peri L. Zelig
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
karquit@stblaw.com
pzelig@stblaw.com

Roger G. Brooks
Gary A. Bornstein
Yonatan Even
John D. Biancamano
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, N.Y. 10019-7475
rbrooks@cravath.com
gbornstein@cravath.com
yevens@cravath.com
jbiancamano@cravath.com

Derek Care
Richard S. Taffet
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
derek.care@bingham.com
richard.taffet@bingham.com

William S.D. Cravens
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC 20006-1806
william.cravens@bingham.com

Conor A. Reidy
Peter C. Thomas
Simpson Thacher & Bartlett LLP
1155 F Street, N.W.
Washington, DC 20004
CReidy@stblaw.com
pthomas@stblaw.com

        Ali M. Stoeppelwerth
        Brian Boynton
        Perry Lange
        Wilmer Cutler Pickering Hale and Dorr LLP
        1875 Pennsylvania Avenue, NW
        Washington, DC 20006
        ali.stoeppelwerth@wilmerhale.com
        brian.boynton@wilmerhale.com
        perry.lange@wilmerhale.com


                s/Evelyn R. Protano