IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CIVIL ACTION |
| LM ERICSSON TELEPHONE COMPANY : | |
| (TELEFONAKTIEBOLAGET LM ERICSSON), : | |
| QUALCOMM, INC., : | No. 11-4574 |
| ALCATEL-LUCENT USA, INC., : | |
| EUROPEAN TELECOMMUNICATIONS : | |
| STANDARDS INSTITUTE and : | |
| THIRD GENERATION PARTNERSHIP : | |
| PROJECT a/k/a 3GPP, : | |
| : | |
| Defendants. : | |

## **ORDER**

**AND NOW**, this 23rd day of August, 2013, it is hereby **ORDERED** that any response to Plaintiff TruePosition, Inc.'s Motion For Leave To File Under Seal Its Motion To Compel Discovery Directed To Defendant Qualcomm Inc. And Declaration Of David Golden With Exhibits In Support (Doc. No. 189) shall be filed on or before **August 28, 2013.**

**IT IS FURTHER ORDERED** that if a response is not filed on August 28, 2013, Plaintiff's Motion will be granted and Plaintiff's Motion To Compel Discovery Directed To Defendant Qualcomm Inc. And Declaration Of David Golden With Exhibits In Support shall be filed and maintained under seal.

BY THE COURT

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE