APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC., Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LM ERICSSON TELEPHONE CO., et al, | : | NO. 2:11-cv-4574 |

ORDER

AND NOW, this _____ Day of _____, 2013, it is hereby

ORDERED that the application of <u>Benjamin H. Diessel</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:110-cv-4574

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, Benjamin H. Diessel the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 20986, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| New York | 02/09/2009 | 4686281 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| EDNY | 11/23/2010 | |
| SDNY | 11/23/2010 | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for Qualcomm Incorporated

(Applicant's Signature)

08/23/2013
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cravath, Swaine & Moore LLP

Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019-7475

(212) 474-1000

Sworn and subscribed before me this
23 Day of August, 2013

Notary Public

CHARISSE Y. RODRIGUEZ
Notary Public, State of New York
No. 01RO6145128
Qualified in New York County
Commission Expires May 1, 2014

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Benjamin H. Diessel___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Andrew K. Garden | _[signature]_ | 12/12/2012 | 314708 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Conrad O'Brien, PC

1500 Market St, Centre Sq, West Tower Suite 3900, Philadelphia, PA 19102

215-864-9600

Sworn and subscribed before me this

26th Day of August, 2013

_[signature]_ Sherrill E. Arrington
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SHERRILL E. ARRINGTON, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 24, 2015

## CERTIFICATE OF SERVICE

I, Andrew K Garden, hereby certify that I caused a true and correct copy of the application of Benjamin H. Diessel, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court, to be served upon all counsel of record in this case via ECF.

/s/ Andrew K. Garden

Dated:   August 26, 2013