IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:11-cv-4574 (RK) |
| | ) | |
| LM ERICSSON TELEPHONE COMPANY, | ) | |
| | ) | |
| QUALCOMM INC., | ) | |
| | ) | |
| ALCATEL-LUCENT USA INC., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| THIRD GENERATION PARTNERSHIP | ) | |
| PROJECT, a/k/a 3GPP | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**FILED**

AUG 2 9 2013

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, on this **29ᵗʰ** day of **Aug.**, 2013, upon consideration of

Plaintiff TruePosition, Inc.'s Motion for Leave to File Under Seal Its Motion to Compel

Discovery Directed to Defendant Qualcomm Inc. and Declaration of David Golden with Exhibits

in support, and good cause being shown, it is hereby ORDERED and DECREED that Plaintiff's

Motion to Compel Discovery Directed to Defendant Qualcomm Inc. and Declaration of David

Golden with Exhibits in support shall be filed and maintained UNDER SEAL.

BY THE COURT

_____
Hon. Robert F. Kelly, U.S.D.J.