IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>           Plaintiff,<br><br>vs.<br><br>LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON)<br><br>QUALCOMM, INC.<br><br>ALCATEL-LUCENT USA INC.<br><br>and<br><br>THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP<br><br>           Defendants. | Case No. 2:11-cv-4574-RK |



FILED

SEP 0 3 2013

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### JOINT STIPULATION TO EXTEND TIME TO RESPOND

Defendant Qualcomm, Inc. ("Qualcomm") and Plaintiff TruePosition, Inc. ("TruePosition") hereby stipulate that Qualcomm's time to respond to TruePosition's Motion to Compel Discovery (Doc. No. 190) is extended to September 16, 2013.

**AGREED TO BY:**

| | |
|---|---|
| *[signature]* | *[signature]* |
| Robert N. Feltoon | John G. Harkins, Jr. |
| CONRAD O'BRIEN PC | Colleen Healy Simpson |
| 1500 Market Street | HARKINS CUNNINGHAM LLP |
| Centre Square, West Tower, Ste. 3900 | 4000 Two Commerce Square |
| Philadelphia, PA 19102-1921 | 2001 Market Street |
| Ph: (215) 864-9600 | Philadelphia, PA 19103-7044 |
| | Ph: (215) 851-6700 |
| Roger G. Brooks | |
| Yonatan Even | Douglas E. Rosenthal |
| CRAVATH, SWAINE & MOORE LLP | Seth D. Greenstein |
| Worldwide Plaza | Aymeric Dumas-Eymard |
| 825 Eighth Avenue | David Golden |
| New York, NY 10019 | Nneka Ukpai |
| Ph: (212) 474-1000 | CONSTANTINE CANNON LLP |
| | 1301 K Street, NW, Suite 1050 East Tower |
| | Washington, DC 20005 |
| *Attorneys for Qualcomm Inc.* | Ph: (202) 204-3500 |
| | |
| | Gordon Schnell |
| | Alysia Solow |
| | Jean Kim |
| | Axel Bernabe |
| | Joel A. Chernov |
| | Taline Sahakian |
| | CONSTANTINE CANNON LLP |
| | 335 Madison Avenue, 9th Floor |
| | New York, NY 10017 |
| | Ph: (212) 350-2700 |
| | |
| | Stuart Salen |
| | Shelby Haverson |
| | TRUEPOSITION, INC. |
| | 1000 Chesterbrook Blvd., Suite 200 |
| | Berwyn, PA 19312 |
| | Ph: (610) 680-1000 |
| | |
| | *Attorneys for Plaintiff True Position, Inc.* |
| Dated: August 30, 2013 | |

AND NOW, this **3rd** day of **Sept.** 2013, it is hereby

**ORDERED** that the stipulation is adopted.

*Robert F. Kelly*
Robert F. Kelly, Judge

3

## CERTIFICATE OF SERVICE

I, Robert N. Feltoon, hereby certify that I caused a true and correct copy of the Joint Stipulation of Defendant Qualcomm and Plaintiff TruePosition to extend Qualcomm's time to respond to TruePosition's Motion to Compel Discovery to be served upon all counsel of record in this case via E-mail.

/s/ Robert N. Feltoon

Dated: August 30, 2013