IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. <br> Plaintiff, <br> v. <br> LM ERICSSON TELEPHONE COMPANY, <br> QUALCOMM INC., <br> ALCATEL-LUCENT USA INC., <br> and <br> THIRD GENERATION PARTNERSHIP PROJECT, a/k/a 3GPP <br> Defendants. | Case No. 2:11-cv-4574 (RK) |

FILED
SEP 0 9 2013
MICHAEL E. KUNZ
By_____

**ORDER**

AND NOW, on this 9th day of Sept., 2013, upon consideration of Plaintiff TruePosition, Inc.'s Motion for Leave to File a Reply to Defendant Third Generation Partnership Project's Opposition to Plaintiff TruePosition, Inc.'s Motion for Judgment on the Pleadings, and any response thereto, it is hereby ORDERED that the Motion is GRANTED. The Clerk of Court is hereby directed to accept for filing TruePosition's Reply to Defendant Third Generation Partnership Project's Opposition to Plaintiff's Motion for Judgment on the Pleadings.

BY THE COURT,

_____
Hon. Robert F. Kelly, U.S.D.J.