IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br>               Plaintiff,<br><br>v.<br><br>LM ERICSSON TELEPHONE COMPANY,<br><br>QUALCOMM INC.,<br><br>ALCATEL-LUCENT USA INC.,<br><br>and<br><br>THIRD GENERATION PARTNERSHIP PROJECT, a/k/a 3GPP<br><br>               Defendants. | )<br>)<br>)<br>)<br>) Case No. 2:11-cv-4574 (RK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
OCT - 1 2013
MICHAEL E. KUNZ, Clerk
_____ Dep. Clerk

## ORDER

AND NOW, on this 1st day of Oct., 2013, upon consideration of Plaintiff TruePosition, Inc.'s Motion for Leave to File Under Seal TruePosition, Inc.'s Declaration of Axel Bernabe with Exhibits in support, and good cause being shown, it is hereby ORDERED and DECREED that the Declaration of Axel Bernabe with Exhibits in support shall be filed and maintained UNDER SEAL.

BY THE COURT

_Robert F. Kelly_
Hon. Robert F. Kelly, U.S.D.J.