IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| TRUEPOSITION, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CIVIL ACTION |
| LM ERICSSON TELEPHONE COMPANY : | |
| (TELEFONAKTIEBOLAGET LM ERICSSON), : | |
| QUALCOMM, INC., : | No. 11-4574 |
| ALCATEL-LUCENT USA, INC., : | |
| EUROPEAN TELECOMMUNICATIONS : | |
| STANDARDS INSTITUTE and : | |
| THIRD GENERATION PARTNERSHIP : | |
| PROJECT a/k/a 3GPP, : | |
| : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this 9th day of October, 2013, upon consideration of Plaintiff TruePosition, Inc.'s ("TruePosition") Motion to Compel Discovery Directed to Defendant Qualcomm Inc. ("Qualcomm") (Doc. No. 202), and due to the fact that Qualcomm never filed a response to TruePosition's Motion, it is hereby **ORDERED** that the Motion is **GRANTED** as uncontested under Local Rule of Civil Procedure 7.1(c) (stating that, except for summary judgment motions, "any party opposing the motion shall serve a brief in opposition, together with such answer or other response which may be appropriate, within fourteen (14) days after service of the motion and supporting brief. In the absence of a timely response, the motion may be granted as uncontested").

**IT IS FURTHER ORDERED** that Qualcomm shall provide TruePosition with a report identifying the number of unique documents "hit" by each search query proposed by

TruePosition that Qualcomm asserts would require production of a burdensome number of documents. Qualcomm shall provide any such report to TruePosition within ten (10) days of the date of this Order.

                                                              BY THE COURT

                                                            /s/ Robert F. Kelly
                                                           ROBERT F. KELLY
                                                           SENIOR JUDGE