# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1072

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
C. ALLEN PARKER
MARC S. ROSENBERG
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY

PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS

ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY

MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II

———

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

———

OF COUNSEL
PAUL C. SAUNDERS

October 10, 2013

Your Honor:

    I write in reference to the Court's order of yesterday's date granting TruePosition's motion to compel directed against Qualcomm, on the grounds that Qualcomm had not submitted an opposition by the date due under the relevant rules.

    Qualcomm respectfully states its understanding that, because TruePosition's motion was served on September 23 by ECF filing, Qualcomm's opposition is due today, Thursday, October 10. Qualcomm has been working diligently on its opposition with a view to filing today.

    Qualcomm submits herewith a copy of TruePosition's certificate of service for this motion, which may have been inadvertently confusing as a result of its layout. The certificate accurately states that TruePosition served the motion "by ECF". However, it goes on to state that a supporting declaration and exhibits would be served "by the following means", indicating "by hand" delivery to Qualcomm's counsel, among others. Qualcomm respectfully suggests that the Court may have confused the "by hand" service of the supporting affidavit on September 24 with the service of the motion itself, which was by ECF on September 23. The motion itself was not served by hand. We are authorized to state that counsel for TruePosition agrees with this recitation of the facts concerning the service of TruePosition's motion.

    As the Court is aware, pursuant to Fed.R.Civ.P. 6(d) and Local Rule 5.1.2.8(3), service by electronic means "is treated the same as service by mail for the purpose of adding three (3) days to the prescribed period to respond." (Local Rule 5.1.2.8(3).) Accordingly, Qualcomm respectfully requests that the Court withdraw the October 9 Order granting TruePosition's motion to compel, and make its ruling after

consideration of Qualcomm's opposition, which will be filed today. If the Court deems it appropriate for Qualcomm to file a more formal motion to revise the order pursuant to Local Rule 7.1(g), Qualcomm will of course do so.

Respectfully submitted,

Roger G. Brooks


Honorable Robert F. Kelly
   United States Courthouse
      601 Market Street, Room 11613
         Philadelphia, PA 19106

Encl.

13A

BY HAND


Copies to:

John Harkins, Esq.
   Harkins Cunningham LLP
      4000 Two Commerce Square
         2001 Market Street
            Philadelphia, PA 19103

Robert N. Feltoon, Esq.
   Conrad O'Brien PC
      1500 Market Street
         Centre Square West, Suite 3900
            Philadelphia, PA 19102

BY ELECTRONIC TRANSMISSION

# CERTIFICATE OF SERVICE

I, Evelyn R. Protano, hereby certify that on September 23, 2013 I caused true and correct copies of Plaintiff TruePosition, Inc.'s Motion to Compel Discovery Directed to Defendant Qualcomm Inc.; and Declaration of Tuan Nguyen-Huynh, to be served upon the following by ECF. The Declaration of Axel Bernabe with exhibits is being filed under seal by hand in the Clerk's Office today and will be served on counsel on Tuesday, September 24, 2013 by the following means:

## BY HAND DELIVERY

Stephen W. Armstrong
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
sarmstrong@mmwr.com

Steven E. Bizar
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102-2555
steven.bizar@bipc.com

Robert N. Feltoon
Conrad O'Brien PC
1500 Market Street
Centre Square West Tower, Ste. 3900
Philadelphia, PA 19102-2100
rfeltoon@conradobrien.com

Francis P. Newell
Peter Michael Ryan
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103
fnewell@cozen.com
pryan@cozen.com

**BY FIRST CLASS MAIL**

Kevin J. Arquit
Peri L. Zelig
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
karquit@stblaw.com
pzelig@stblaw.com

Roger G. Brooks
Gary A. Bornstein
Yonatan Even
John D. Biancamano
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, N.Y. 10019-7475
rbrooks@cravath.com
gbornstein@cravath.com
yevens@cravath.com
jbiancamano@cravath.com

Derek Care
Richard S. Taffet
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
derek.care@bingham.com
richard.taffet@bingham.com

William S.D. Cravens
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC 20006-1806
william.cravens@bingham.com

Conor A. Reidy
Peter C. Thomas
Simpson Thacher & Bartlett LLP
1155 F Street, N.W.
Washington, DC 20004
CReidy@stblaw.com
pthomas@stblaw.com

Ali M. Stoeppelwerth
Brian Boynton
Perry Lange
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
ali.stoeppelwerth@wilmerhale.com
brian.boynton@wilmerhale.com
perry.lange@wilmerhale.com

                                                       s/Evelyn R. Protano