IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON), QUALCOMM, INC., ALCATEL-LUCENT USA, INC., EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE and THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, | : No. 11-4574 |
| Defendants. | : |

## **ORDER**

**AND NOW**, this 10th day of October, 2013, upon consideration of the October 10, 2013 letter hand delivered to the Court, it is hereby **ORDERED** that the Court's Order dated October 9, 2013 (Doc. No. 208) is **VACATED**.

                                                 BY THE COURT

                                                 /s/ Robert F. Kelly
                                                 ROBERT F. KELLY
                                                 SENIOR JUDGE