# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., <br><br> Plaintiff, <br><br> v. <br><br> LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON), QUALCOMM, INC., ALCATEL-LUCENT USA, INC., EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE and THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, <br><br> Defendants. | CIVIL ACTION <br><br> No. 11-4574 |

## ORDER

**AND NOW**, this 16th day of October, 2013, upon consideration of Plaintiff TruePosition, Inc.'s ("TruePosition") Motion for Leave to File a Reply to Defendant, Qualcomm Inc.'s ("Qualcomm") Opposition to Plaintiff TruePosition, Inc.'s Motion to Compel Discovery Directed to Qualcomm Inc. (Doc. No. 214), it is hereby **ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall accept for filing TruePosition's Reply to Qualcomm's Opposition to TruePosition's Motion to Compel Discovery Directed to Qualcomm.

BY THE COURT

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE