IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : CIVIL ACTION <br> LM ERICSSON TELEPHONE COMPANY : <br> (TELEFONAKTIEBOLAGET LM ERICSSON), : <br> QUALCOMM, INC., : No. 11-4574 <br> ALCATEL-LUCENT USA, INC., : <br> EUROPEAN TELECOMMUNICATIONS : <br> STANDARDS INSTITUTE and : <br> THIRD GENERATION PARTNERSHIP : <br> PROJECT a/k/a 3GPP, : <br> : <br> Defendants. : <br> : | |

## ORDER

**AND NOW**, this 16th day of October, 2013, upon consideration of Plaintiff TruePosition, Inc.'s ("TruePosition") Motion to Compel Discovery Directed to Defendant Qualcomm Inc. ("Qualcomm") (Doc. No. 202), Qualcomm's Opposition to Plaintiff TruePosition's Motion to Compel Discovery Directed to Qualcomm (Doc. No. 213), and TruePosition's Reply (Doc. No. 215), it is hereby **ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Qualcomm shall provide a unique hit report for each search query proposed by TruePosition that it asserts would require a burdensome number of documents. If applicable, Qualcomm's unique hit report shall include the two ATIS and ETSI search queries originally proposed by TruePosition. Qualcomm shall provide its unique hit report to TruePosition within fourteen (14) days of the date of this Order.

BY THE COURT

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE