IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON), QUALCOMM, INC., ALCATEL-LUCENT USA, INC., EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE and THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, | : No. 11-4574 |
| Defendants. | : |

## **ORDER**

**AND NOW**, this 29th day of October, 2013, upon consideration of the Motion of Defendant Third Generation Partnership Project ("3GPP") for Leave to File a Reply to Plaintiff TruePosition, Inc.'s Response to 3GPP's Motion for Reconsideration and, in the Alternative, for Certification of an Interlocutory Appeal (Doc. No. 220), it is hereby **ORDERED** that the Motion is **DENIED.**

BY THE COURT

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE