IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>          Plaintiff,<br><br>  vs.<br><br>LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON)<br><br>QUALCOMM, INC.<br><br>ALCATEL-LUCENT USA INC.<br><br>and<br><br>THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP<br><br>          Defendants. | Case No. 2:11-cv-4574-RK<br><br>PUBLIC VERSION |

**JOINT MOTION OF ALL DEFENDANTS TO COMPEL DISCOVERY
DIRECTED TO PLAINTIFF TRUEPOSITION, INC.**

    Pursuant to Federal Rule of Civil Procedure 26(g) and 37(a), Defendants jointly move the Court to compel Plaintiff TruePosition, Inc. to produce documents and respond to interrogatories. The grounds for this Motion are set forth in the accompanying Memorandum in Support and Declaration of Benjamin H. Diessel, with Exhibits.

Dated:  October 29, 2013      Respectfully submitted,

 /s/ Robert N. Feltoon         /s/ Steven E. Bizar

Robert N. Feltoon         Steven E. Bizar
CONRAD OBRIEN PC        BUCHANAN INGERSOLL & ROONEY PC
1500 Market Street         Two Liberty Place
West Tower - Suite 3900       50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102        Philadelphia, PA 19102

|  |  |
|---|---|
| (215) 864-8064 | (215) 665-8700 |

Roger G. Brooks  
Yonatan Even  
CRAVATH, SWAINE & MOORE LLP  
   Worldwide Plaza  
      825 Eighth Avenue  
         New York, NY 10019  
           (212) 474-1000  

*Counsel for Qualcomm Incorporated*

Peter C. Thomas  
Peri L. Zelig  
SIMPSON THACHER & BARTLETT LLP  
   425 Lexington Avenue  
      New York, NY 10017  
         (212) 455-2000  

*Counsel for LM Ericsson Telephone Company*

 /s/ Francis P. Newell                     /s/ Stephen W. Armstrong

Francis P. Newell  
Peter M. Ryan  
COZEN O'CONNOR  
   1900 Market Street  
      Philadelphia, PA 19103  
         (215) 665-2000  

Ali M. Stoeppelwerth  
Brian M. Boynton  
Perry A. Lange  
WILMER CUTLER PICKERING HALE & DORR LLP  
   1875 Pennsylvania Avenue, NW  
      Washington, DC 20006  
         (202) 663-6000  

*Counsel for Alcatel-Lucent USA Inc.*

Stephen W. Armstrong  
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP  
   123 S. Broad Street  
      Philadelphia, PA 19102  
         (215) 665-8700  

Richard S. Taffet  
Derek Care  
BINGHAM MCCUTCHEN LLP  
   399 Park Avenue  
      New York, NY 10022-4689  
        (212) 705-7729  

William S.D. Cravens  
   BINGHAM MCCUTCHEN LLP  
      2020 K Street N.W.  
         Washington, DC 20006-1806  
           (202) 373-6083  

*Counsel for Third Generation Partnership Project a/k/a/ 3GPP*

**CERTIFICATE OF SERVICE**

I, Robert N. Feltoon, hereby certify that I caused a true and correct copy of the foregoing Joint Motion of All Defendants to Compel Discovery Directed to Plaintiff TruePosition, Inc., and accompanying Memorandum in Support and Declaration of Benjamin H. Diessel, with Exhibits, to be electronically filed pursuant to the Court's electronic court filing system, and that the filing is available for downloading and viewing from the electronic court filing system.  I further certify that I caused a true and correct copy of the foregoing Joint Motion, Memorandum in Support, Declaration of Benjamin H. Diessel, and Exhibits to be served this day by hand on the following counsel for Plaintiff TruePosition, Inc.:

>BY HAND SERVICE:
>
>John G. Harkins, Jr.
>Colleen Healy Simpson
>HARKINS CUNNINGHAM LLP
>4000 Two Commerce Square
>2001 Market Street
>Philadelphia, PA   19103-7044

Dated:  October 29, 2013          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s/ Robert N. Feltoon        

　　　　　　　　　　　　　　　　　　　Robert N. Feltoon