IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>            Plaintiff,<br><br>vs.<br><br>LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON)<br><br>QUALCOMM, INC.<br><br>ALCATEL-LUCENT USA, INC.<br><br>and<br><br>THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP<br><br>            Defendants. | Case No. 2:11-cv-4574-RK |

## AMENDED CERTIFICATE OF SERVICE

    I, Robert N. Feltoon, hereby certify that on October 29, 2013 I caused a true and correct copy of the Joint Motion of All Defendants for Leave to File Under Seal Their Joint Motion to Compel Discovery and Declaration of Benjamin H. Diessel (the "Joint Motion for Leave to File Under Seal") to be electronically filed pursuant to the Court's electronic filing system, and that the filing is available for downloading and viewing from the electronic court filing system.

    I further certify that on this day I caused a true and correct copy of the Joint Motion for Leave to File Under Seal to be served by hand on the following counsel

for Plaintiff TruePosition, Inc.:

BY HAND SERVICE:

John G. Harkins, Jr.
Colleen Healy Simpson
HARKINS CUNNINGHAM LLP
4000 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103-7044

October 30, 2013					Respectfully submitted,


						*/s/ Robert N. Feltoon*

						Robert N. Feltoon