IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>                                          Plaintiff,<br><br>vs.<br><br>LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON)<br><br>QUALCOMM, INC.<br><br>ALCATEL-LUCENT USA, INC.<br><br>and<br><br>THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP<br><br>                                         Defendants. | Case No. 2:11-cv-4574-RK |

## AMENDED CERTIFICATE OF SERVICE

       I, Robert N. Feltoon, hereby certify that on October 29, 2013 I caused a true and correct copy of the Joint Motion of All Defendants to Compel Discovery Directed to Plaintiff TruePosition, Inc. (the "Joint Motion to Compel"), and accompanying Memorandum in Support and Declaration of Benjamin H. Diessel, with Exhibits, to be electronically filed pursuant to the Court's electronic filing system, and that the filing is available for downloading and viewing from the electronic court filing system.

       I further certify that on this day I caused a true and correct copy of the Joint Motion to Compel, Memorandum in Support, and Declaration of Benjamin H. Diessel, with Exhibits, to be served by hand on the following counsel for plaintiff

TruePosition, Inc.:

        BY HAND SERVICE:

        John G. Harkins, Jr.
        Colleen Healy Simpson
        HARKINS CUNNINGHAM LLP
        4000 Two Commerce Square
        2001 Market Street
        Philadelphia, PA  19103-7044


October 30, 2013                Respectfully submitted,


                                    */s/ Robert N. Feltoon*

                                    Robert N. Feltoon