# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON)<br><br>QUALCOMM, INC.<br><br>ALCATEL-LUCENT USA INC.<br><br>and<br><br>THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP<br><br>　　　　　　　　　　　　　Defendants. | Case No. 2:11-cv-4574-RK |

## [PROPOSED] ORDER

AND NOW, this ___1st___ day of ___Nov.___, 2013, upon consideration of the Joint Motion of All Defendants for Leave to File Under Seal Their Joint Motion to Compel Discovery and Declaration of Benjamin H. Diessel, and good cause being shown, including that a public version of the Motion at issue has been filed, it is hereby ORDERED and DECREED that the Joint Motion is GRANTED and the Joint Motion of All Defendants to Compel Discovery Directed to Plaintiff TruePosition, Inc., Memorandum in Support, and Declaration of Benjamin H. Diessel with Exhibits in support shall be filed and maintained UNDER SEAL.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Robert F. Kelly_
　　　　　　　　　　　　　　　　　　　　　　　Hon. Robert F. Kelly, U.S.D.J.