# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. <br>                 Plaintiff, <br><br> v. <br><br> LM ERICSSON TELEPHONE COMPANY, <br><br> QUALCOMM INC., <br><br> ALCATEL-LUCENT USA INC., <br><br> and <br><br> THIRD GENERATION PARTNERSHIP PROJECT, a/k/a 3GPP <br><br>                 Defendants. | Case No. 2:11-cv-4574 (RK) |

## ORDER

AND NOW, on this ____ day of _____, 2013, upon consideration of Plaintiff TruePosition, Inc.'s Motion for Leave to File Under Seal Its Cross-Motion to Amend Protective Order and Opposition to Defendants' Motion to Compel Discovery, and its Declarations of Stuart Salen and Taline Sahakian, with Exhibits in support, and good cause being shown, it is hereby ORDERED and DECREED that Plaintiff's Cross-Motion to Amend Protective Order and Opposition to Defendants' Motion to Compel Discovery, and its Declarations of Stuart Salen and Taline Sahakian, with Exhibits in support, shall be filed and maintained UNDER SEAL.

                                                      BY THE COURT

                                                      _____

                                                      Hon. Robert F. Kelly, U.S.D.J.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TRUEPOSITION, INC. )<br>                Plaintiff, )<br>)<br>v.                             )<br>)<br>LM ERICSSON TELEPHONE COMPANY, )<br>)<br>QUALCOMM INC., )<br>)<br>ALCATEL-LUCENT USA INC., )<br>)<br>and )<br>)<br>THIRD GENERATION PARTNERSHIP )<br>PROJECT, a/k/a 3GPP )<br>)<br>                Defendants. )<br>) | Case No. 2:11-cv-4574 (RK) |

**MOTION OF PLAINTIFF TRUEPOSITION, INC. FOR LEAVE TO FILE
UNDER SEAL ITS CROSS-MOTION TO AMEND PROTECTIVE ORDER AND
OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DISCOVERY AND
<u>DECLARATIONS OF STUART SALEN AND TALINE SAHAKIAN</u>**

Plaintiff TruePosition, Inc. hereby moves for leave to file under seal its Cross-Motion to Amend Protective Order and Opposition to Defendants' Motion to Compel Discovery, and its Declarations of Stuart Salen and Taline Sahakian, with Exhibits in support. The Cross-Motion and Opposition to Defendants' Motion to Compel and the Salen and Sahakian Declarations reference matters that have been designated "Outside Counsel Eyes Only" pursuant to the Court's January 16, 2013 Protective Order. Therefore, in compliance with Paragraph 11 of the Protective Order, Plaintiff moves to file its Cross-Motion to Amend Protective Order and Opposition to Defendants' Motion to Compel Discovery, and its Declarations of Stuart Salen and Taline Sahakian, with Exhibits in support under seal.

Date: November 13, 2013                    Respectfully submitted,

        s/John G. Harkins, Jr.
John G. Harkins, Jr. (Atty. I.D. 4441)
Colleen Healy Simpson (Atty. I.D. 84956)
HARKINS CUNNINGHAM LLP
4000 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103-7044
(215) 851-6700

Douglas E. Rosenthal
Seth D. Greenstein
Aymeric Dumas-Eymard
David Golden
Nneka Ukpai
CONSTANTINE CANNON LLP
1301 K Street, NW, Suite 1050 East Tower
Washington, D.C. 20005
(202) 204-3500

Gordon Schnell
Alysia Solow
Jean Kim
Axel Bernabe
Joel A. Chernov
Taline Sahakian
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, N.Y. 10017
(212) 350-2700

Stuart Salen
Shelby Haverson
TRUEPOSITION, INC.
1000 Chesterbrook Blvd., Suite 200
Berwyn, PA 19312
(610) 680-1000

# CERTIFICATE OF SERVICE

I, Evelyn R. Protano, hereby certify that on November 13, 2013 I caused a true and correct copy of the Motion of Plaintiff TruePosition, Inc. for Leave to File Under Seal its Cross-Motion to Amend Protective Order and Opposition to Defendants' Motion to Compel Discovery, and its Declarations of Stuart Salen and Taline Sahakian, with Exhibits in support, to be served upon the following by ECF and the following means:

## BY HAND DELIVERY

Stephen W. Armstrong
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
sarmstrong@mmwr.com

Steven E. Bizar
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102-2555
steven.bizar@bipc.com

Robert N. Feltoon
Conrad O'Brien PC
1500 Market Street
Centre Square West Tower, Ste. 3900
Philadelphia, PA 19102-2100
rfeltoon@conradobrien.com

Francis P. Newell
Peter Michael Ryan
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103
fnewell@cozen.com
pryan@cozen.com

**BY FIRST CLASS MAIL**

Kevin J. Arquit
Peri L. Zelig
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
karquit@stblaw.com
pzelig@stblaw.com

Roger G. Brooks
Gary A. Bornstein
Yonatan Even
John D. Biancamano
Benjamin H. Diessel
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, N.Y. 10019-7475
rbrooks@cravath.com
gbornstein@cravath.com
yevens@cravath.com
jbiancamano@cravath.com
bdiessel@cravath.com

Derek Care
Richard S. Taffet
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
derek.care@bingham.com
richard.taffet@bingham.com

William S.D. Cravens
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC 20006-1806
william.cravens@bingham.com

Conor A. Reidy
Peter C. Thomas
Simpson Thacher & Bartlett LLP
1155 F Street, N.W.
Washington, DC 20004
CReidy@stblaw.com
pthomas@stblaw.com

Ali M. Stoeppelwerth
Brian Boynton
Perry Lange
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
ali.stoeppelwerth@wilmerhale.com
brian.boynton@wilmerhale.com
perry.lange@wilmerhale.com

    s/Evelyn R. Protano