IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. <br> Plaintiff, <br> v. <br> LM ERICSSON TELEPHONE COMPANY, <br> QUALCOMM INC., <br> ALCATEL-LUCENT USA INC., <br> and <br> THIRD GENERATION PARTNERSHIP PROJECT, a/k/a 3GPP <br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 2:11-cv-4574 (RK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**FILED**
NOV 15 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, on this 15th day of Nov., 2013, upon consideration of Plaintiff TruePosition, Inc.'s Motion for Leave to File Under Seal Its Cross-Motion to Amend Protective Order and Opposition to Defendants' Motion to Compel Discovery, and its Declarations of Stuart Salen and Taline Sahakian, with Exhibits in support, and good cause being shown, it is hereby ORDERED and DECREED that Plaintiff's Cross-Motion to Amend Protective Order and Opposition to Defendants' Motion to Compel Discovery, and its Declarations of Stuart Salen and Taline Sahakian, with Exhibits in support, shall be filed and maintained UNDER SEAL.

BY THE COURT

*Robert F. Kelly*
Hon. Robert F. Kelly, U.S.D.J.