IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON)<br><br>QUALCOMM, INC.<br><br>ALCATEL-LUCENT USA INC.<br><br>and<br><br>THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP<br><br>Defendants. | Case No. 2:11-cv-4574-RK<br><br>FILED<br>NOV 19 2013<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk |

[~~PROPOSED~~] ORDER

AND NOW, this  19th  day of  Nov , 2013, upon consideration of Defendants' Combined Motion for Leave to File a Reply and for Leave to File Under Seal, and any response of TruePosition thereto,

IT IS HEREBY ORDERED that the Motion is GRANTED.

BY THE COURT

*/s/ Robert R. Kelly*
R. Kelly, J.