IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON)<br><br>QUALCOMM, INC.<br><br>ALCATEL-LUCENT USA, INC.<br><br>and<br><br>THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP<br><br>Defendants. | Case No. 2:11-cv-4574-RK |

## CERTIFICATE OF SERVICE

I, Robert N. Feltoon, hereby certify that on Tuesday, November 19, 2013, I caused a true and correct copy of the unredacted version of Defendants' Combined Memorandum in Opposition to Plaintiff's Cross-Motion to Amend the Protective Order and Reply in Support of Defendants' Motion to Compel, the Second Declaration of Benjamin H. Diessel, with Exhibits, together with a Proposed Order, to be served by hand on the following counsel for Plaintiff:

TruePosition, Inc.:

        BY HAND SERVICE:

        John G. Harkins, Jr.
        Colleen Healy Simpson
        HARKINS CUNNINGHAM LLP
        4000 Two Commerce Square
        2001 Market Street
        Philadelphia, PA  19103-7044

    I further certify that on this day, November 20, 2013, pursuant to the Order of the Court granting Defendants' Motion for Leave to File Under Seal (Dkt. # 239), the unredacted versions of the above-referenced documents have been filed under seal with the Clerk of the Court.

November 20, 2013                      Respectfully submitted,

                                          */s/ Robert N. Feltoon*

                                          Robert N. Feltoon