IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CIVIL ACTION |
| LM ERICSSON TELEPHONE COMPANY : | |
| (TELEFONAKTIEBOLAGET LM ERICSSON), : | |
| QUALCOMM, INC., : | No. 11-4574 |
| ALCATEL-LUCENT USA, INC., : | |
| EUROPEAN TELECOMMUNICATIONS : | |
| STANDARDS INSTITUTE and : | |
| THIRD GENERATION PARTNERSHIP : | |
| PROJECT a/k/a 3GPP, : | |
| : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this  3rd  day of December, 2013, upon consideration of Plaintiff TruePosition, Inc.'s Combined Motion for Leave to File a Reply in Support of Plaintiff's Cross-Motion to Amend Protective Order and for Leave to File Under Seal (Doc. No. 241), it is hereby **ORDERED** that the Motion is **GRANTED.**

The Clerk of Court is **ORDERED** to docket Exhibit A as Plaintiff's Reply in Support of Plaintiff's Cross-Motion to Amend Protective Order.  Plaintiff shall file an unredacted copy of the Reply under seal.

BY THE COURT

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE