IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>         Plaintiff,<br><br>  vs.<br><br>LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON)<br><br>QUALCOMM, INC.<br><br>ALCATEL-LUCENT USA INC.<br><br>and<br><br>THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP<br><br>         Defendants. | Case No. 2:11-cv-4574-RK |

**DEFENDANT QUALCOMM INC.'S MOTION TO COMPEL
PLAINTIFF TRUEPOSITION, INC. TO ANSWER
<u>CERTAIN INTERROGATORIES</u>**

   Defendant Qualcomm Inc. hereby moves the Court to compel plaintiff TruePosition, Inc. to give full, specific, and non-evasive answers to certain of Qualcomm's interrogatories pursuant to Federal Rules of Civil Procedure 37(a)(3)(B)(iii). The grounds for this Motion are set forth in the accompanying Memorandum of Law and the Declaration of Benjamin H. Diessel, with Exhibits.

Date: January 6, 2014

Respectfully submitted,

/s/ Robert N. Feltoon

Robert N. Feltoon
CONRAD OBRIEN PC
   1500 Market Street
      West Tower - Suite 3900
         Philadelphia, PA 19102
           (215) 864-8064

Roger G. Brooks
Yonatan Even
   CRAVATH, SWAINE & MOORE LLP
      Worldwide Plaza
         825 Eighth Avenue
           New York, NY 10019
              (212) 474-1000

*Counsel for Qualcomm Incorporated*