## CERTIFICATE OF SERVICE

I, Robert N. Feltoon, hereby certify that I caused a true and correct copy of the foregoing Memorandum in Support of Defendant Qualcomm Inc.'s Motion to Compel Plaintiff TruePosition, Inc. to Answer Certain Interrogatories, and the Declaration of Benjamin H. Diessel with Exhibits, in support thereof, to be electronically filed pursuant to the Court's electronic filing system, and that the filing is available for downloading and viewing from the electronic court filing system. I further certify that I caused a true and correct copy of the foregoing Motion to be served by hand on the following counsel for Plaintiff, TruePosition, Inc. on this day:

                      BY HAND SERVICE:

                      John G. Harkins, Jr.
                      Colleen Healy Simpson
                      HARKINS CUNNINGHAM LLP
                      4000 Two Commerce Square
                      2001 Market Street
                      Philadelphia, PA 19103-7044

Dated: January 6, 2014                                                      Respectfully submitted,

                                                                               /s/ Robert N. Feltoon
                                                                                 Robert N. Feltoon