IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON)<br><br>QUALCOMM, INC.<br><br>ALCATEL-LUCENT USA INC.<br><br>and<br><br>THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP<br><br>Defendants. | Case No. 2:11-cv-4574-RK |

## **ORDER**

AND NOW, this _____ day of _____, 2014, upon consideration of Defendant Qualcomm Inc.'s Motion to Compel Plaintiff TruePosition, Inc. to Answer Certain Interrogatories,

IT IS HEREBY ORDERED that the Motion is GRANTED. Within 14 days of this Order, TruePosition shall give full and specific answers to Qualcomm's Interrogatories Nos. 3 and 4, and will "identify" all relevant communications (Interrogatory No. 3) and each Lost Sales Opportunity (Interrogatory No. 4) consistent with the definition of "identify" set out in those Interrogatories.

BY THE COURT

_____
R. Kelly, J.