IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON)<br><br>QUALCOMM, INC.<br><br>ALCATEL-LUCENT USA INC.<br><br>and<br><br>THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP<br><br>Defendants. | Case No. 2:11-cv-4574-RK |



FILED
JAN - 7 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## PROPOSED ORDER

AND NOW, this __7th__ day of __Jan.__, 2014, upon consideration of Defendant Qualcomm's Motion to Compel Plaintiff TruePosition, Inc. to Answer Certain Interrogatories, and accompanying Memorandum in Support and Declaration of Benjamin H. Diessel, and good cause being shown, it is hereby ORDERED and DECREED that the Motion is GRANTED and Defendant Qualcomm's Motion to Compel Plaintiff TruePosition, Inc. to Answer Certain Interrogatories, Memorandum in Support, and Declaration of Benjamin H. Diessel with Exhibits in support shall be filed and maintained UNDER SEAL.

BY THE COURT

*Robert F. Kelly*

Hon. Robert F. Kelly, U.S.D.J.