### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:11-cv-4574 (RK) |
| ) | |
| LM ERICSSON TELEPHONE COMPANY, ) | |
| ) | |
| QUALCOMM INC., ) | |
| ) | |
| ALCATEL-LUCENT USA INC., ) | |
| ) | |
| and ) | |
| ) | |
| THIRD GENERATION PARTNERSHIP ) | |
| PROJECT, a/k/a 3GPP ) | |
| ) | |
|       Defendants. ) | |

## **ORDER**

AND NOW, on this ____ day of _____, 2014, upon consideration of Plaintiff TruePosition, Inc.'s Motion for Leave to File Under Seal Its Opposition to Defendant Qualcomm's Motion to Compel Plaintiff TruePosition to Answer Certain Interrogatories and Declaration of David Golden with Exhibits in support, and good cause being shown, it is hereby ORDERED and DECREED that Plaintiff's Opposition to Defendant Qualcomm's Motion to Compel Plaintiff TruePosition to Answer Certain Interrogatories and Declaration of David Golden with Exhibits in support shall be filed and maintained UNDER SEAL.

                                                BY THE COURT

                                                _____

                                                Hon. Robert F. Kelly, U.S.D.J.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TRUEPOSITION, INC. )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>LM ERICSSON TELEPHONE COMPANY, )<br>)<br>QUALCOMM INC., )<br>)<br>ALCATEL-LUCENT USA INC., )<br>)<br>and )<br>)<br>THIRD GENERATION PARTNERSHIP )<br>PROJECT, a/k/a 3GPP )<br>)<br>      Defendants. )<br>) | Case No. 2:11-cv-4574 (RK) |

**MOTION OF PLAINTIFF TRUEPOSITION, INC. FOR LEAVE TO FILE
UNDER SEAL ITS OPPOSITION
TO DEFENDANT QUALCOMM'S MOTION TO COMPEL
PLAINTIFF TRUEPOSITION TO ANSWER CERTAIN INTERROGATORIES AND
<u>DECLARATION OF DAVID GOLDEN WITH EXHIBITS IN SUPPORT</u>**

    Plaintiff TruePosition, Inc. hereby moves for leave to file under seal its Opposition to Defendant Qualcomm's Motion to Compel Plaintiff TruePosition to Answer Certain Interrogatories, and Declaration of David Golden with Exhibits in support.  The Opposition and Declaration reference matters that have been designated "Confidential" and "Outside Counsel Eyes Only" pursuant to the Court's January 16, 2013 Protective Order.  Therefore, in compliance with Paragraph 11 of the Protective Order, Plaintiff moves to file its Opposition and Declaration under seal.

Date:  January 21, 2014                            Respectfully submitted,

                                                            s/John G. Harkins, Jr.
John G. Harkins, Jr. (Atty. I.D. 4441)
Colleen Healy Simpson (Atty.  I.D. 84956)
HARKINS CUNNINGHAM LLP
4000 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103-7044
(215) 851-6700

Douglas E. Rosenthal
Seth D. Greenstein
Aymeric Dumas-Eymard
David Golden
Nneka Ukpai
CONSTANTINE CANNON LLP
1301 K Street, NW, Suite 1050 East Tower
Washington, D.C. 20005
(202) 204-3500

Gordon Schnell
Alysia Solow
Jean Kim
Axel Bernabe
Joel A. Chernov
Taline Sahakian
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, N.Y. 10017
(212) 350-2700

Stuart Salen
Shelby Haverson
TRUEPOSITION, INC.
1000 Chesterbrook Blvd., Suite 200
Berwyn, PA 19312
(610) 680-1000

2

## **CERTIFICATE OF SERVICE**

I, Evelyn R. Protano, hereby certify that on January 21, 2014 I caused a true and correct copy of the Motion for Leave to File Under Seal Its Opposition to Defendant Qualcomm's Motion to Compel Plaintiff TruePosition to Answer Certain Interrogatories and Declaration of David Golden with Exhibits in support, to be served upon the following by ECF:

>Stephen W. Armstrong
>Montgomery, McCracken, Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109
>sarmstrong@mmwr.com
>
>Steven E. Bizar
>Buchanan Ingersoll & Rooney PC
>Two Liberty Place
>50 S. 16th Street, Ste. 3200
>Philadelphia, PA 19102-2555
>steven.bizar@bipc.com
>
>Robert N. Feltoon
>Conrad O'Brien PC
>1500 Market Street
>Centre Square West Tower, Ste. 3900
>Philadelphia, PA 19102-2100
>rfeltoon@conradobrien.com
>
>Francis P. Newell
>Peter Michael Ryan
>Cozen O'Connor
>1900 Market Street
>Philadelphia, Pennsylvania 19103
>fnewell@cozen.com
>pryan@cozen.com

Kevin J. Arquit
Peri L. Zelig
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
karquit@stblaw.com
pzelig@stblaw.com

Roger G. Brooks
Gary A. Bornstein
Yonatan Even
John D. Biancamano
Benjamin H. Diessel
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, N.Y. 10019-7475
rbrooks@cravath.com
gbornstein@cravath.com
yevens@cravath.com
jbiancamano@cravath.com
bdiessel@cravath.com

Derek Care
Richard S. Taffet
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
derek.care@bingham.com
richard.taffet@bingham.com

William S.D. Cravens
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC 20006-1806
william.cravens@bingham.com

Conor A. Reidy
Peter C. Thomas
Simpson Thacher & Bartlett LLP
1155 F Street, N.W.
Washington, DC 20004
CReidy@stblaw.com
pthomas@stblaw.com

2

        Ali M. Stoeppelwerth
        Brian Boynton
        Perry Lange
        Wilmer Cutler Pickering Hale and Dorr LLP
        1875 Pennsylvania Avenue, NW
        Washington, DC 20006
        ali.stoeppelwerth@wilmerhale.com
        brian.boynton@wilmerhale.com
        perry.lange@wilmerhale.com


                                                s/ Evelyn R. Protano
                                                Evelyn R. Protano