IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC. <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) Case No. 2:11-cv-4574 (RK) <br> ) |
| LM ERICSSON TELEPHONE COMPANY, <br> QUALCOMM INC., <br> ALCATEL-LUCENT USA INC., <br> and <br> THIRD GENERATION PARTNERSHIP PROJECT, a/k/a 3GPP <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**FILED**
JAN 24 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, on this 24th day of Jan., 2014, upon consideration of Plaintiff TruePosition, Inc.'s Motion for Leave to File Under Seal Its Opposition to Defendant Qualcomm's Motion to Compel Plaintiff TruePosition to Answer Certain Interrogatories and Declaration of David Golden with Exhibits in support, and good cause being shown, it is hereby ORDERED and DECREED that Plaintiff's Opposition to Defendant Qualcomm's Motion to Compel Plaintiff TruePosition to Answer Certain Interrogatories and Declaration of David Golden with Exhibits in support shall be filed and maintained UNDER SEAL.

BY THE COURT

_____
Hon. Robert F. Kelly, U.S.D.J.