IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TruePosition, Inc. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Qualcomm, Inc., et al. | : | NO. 11-CV-04574 |

ORDER

AND NOW, this 24th Day of Jan., 2014, it is hereby

ORDERED that the application of Leigh B. Orliner, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

Robert F. Kelly
                                                                    J.

FILED
JAN 24 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk