IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC. | : | Case No. 2:11-cv-04574-RK |
| Plaintiff, | : | |
| v. | : | |
| LM ERICSSON TELEPHONE COMPANY (Telefonaktiebolaget LM Ericcson), | : | |
| QUALCOMM INC., | : | |
| ALCATEL-LUCENT, S.A., and | : | |
| THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP | : | |
| Defendants. | : | |

## ORDER

AND NOW, this ____ Day of _____, 2013, it is hereby

ORDERED that the application of __Andrew Winerman__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J. Robert F. Kelly

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No#    2:11-cv-04574-RK

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I.   APPLICANT'S STATEMENT

I,    Andrew Winerman    the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 1208090, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| New York | January 19, 2012 | 4989133 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| District of Columbia | February 4, 2013 | 988908 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    LM Ericsson Telephone Company

(Applicant's Signature)

02/17/2014
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Simpson Thacher & Bartlett LLP
1155 F Street, N.W., Washington, DC 20004
(202) 636-5578

Sworn and subscribed before me this
17 Day of January, 2014
Lindsay Rance
Notary Public

LINDSAY M. RANCE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 14, 2018

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Andrew Winerman___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good.  I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Steven E. Bizar | [signature] | 06/21/1993 | 68316 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Buchanan Ingersoll & Rooney PC

Two Liberty Place, 50 S. 16th Street, Suite 3200, Philadelphia, PA  19102

215-665-8700

Sworn and subscribed before me this

___24___ Day of ___January___ 20__14__

[signature]

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BETTY CHERI PEARCE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 1, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRUEPOSITION, INC. : Case No. 2:11-cv-04574-RK
:
    Plaintiff, :
:
v. :
:
LM ERICSSON TELEPHONE :
COMPANY, et al.     Defendants. :

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Andrew Winerman__ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was filed electronically and is available for viewing and downloading on the Electronic Case Filing System of the United States District Court for the Eastern District of Pennsylvania.

_____
Signature of Attorney

Steven E. Bizar
Name of Attorney

LM Ericsson Telephone Company
Name of Moving Party

January 24, 2014
Date