IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC. | : | Civil Action No. |
| | : | 2:11-cv-04574-RFK |
| v. | : | |
| | : | |
| LM ERICSSON TELEPHONE COMPANY | : | |
|   (Telefonaktiebolaget LM Ericcson), | : | |
| QUALCOMM INC., | : | |
| ALCATEL-LUCENT, U.S.A., INC., | : | |
| THIRD GENERATION PARTNERSHIP | : | |
|   PROJECT a/k/a 3GPP | : | |

## ORDER

AND NOW, this _____ day of _____, 2014, it is hereby

ORDERED that the application of Trevor Wilmot, Esquire to practice in this

Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.

☐   DENIED.

_____
                                                                                         J.

A/75898518.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC. | : | Civil Action No. |
| | : | 2:11-cv-04574-RFK |
| v. | : | |
| | : | |
| LM ERICSSON TELEPHONE COMPANY | : | |
| (Telefonaktiebolaget LM Ericcson), | : | |
| QUALCOMM INC., | : | |
| ALCATEL-LUCENT, U.S.A., INC., | : | |
| THIRD GENERATION PARTNERSHIP | : | |
| PROJECT a/k/a 3GPP | : | |

### APPLICATION FOR ATTORNEY SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I.   **APPLICANT'S STATEMENT**

I, the undersigned, Trevor Wilmot, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 1032603 for the $40.00 admission fee.

A.   *I state that I am currently admitted to practice in the following state jurisdictions:*

| New York | January 20, 2010 | No. 4795696 |
|---|---|---|
| (State admitted) | (Admission Date) | (Attorney Identification No.) |
| Georgia | December 7, 2012 | No. 936961 |
| (State admitted) | (Admission Date) | (Attorney Identification No.) |

A/75898518.1

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| U.S. D.C., S.D.N.Y. | April 28, 2011 | N/A |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification No.) |
| U.S.D.C., E.D.N.Y. | April 28, 2011 | N/A |
| (Court where admitted) | (Admission Date) | (Attorney Identification No.) |
| U.S.D.C., N.D.N.Y. | November 18, 2013 | N/A |
| (Court where admitted) | (Admission Date) | (Attorney Identification No.) |
| U.S.C.A., Second Circuit | August 1, 2012 | N/A |
| (Court where admitted) | (Admission Date) | (Attorney Identification No.) |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for Third Generation Partnership Project, a/k/a 3GPP.

_____
(Applicant's Signature)

1/14/14
_____
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Trevor Wilmot, Esq.
Bingham McCutchen LLP
399 Park Avenue, New York, NY 10022, Tel: (212) 705-7959

Sworn and subscribed before me

this 14th day of January, 2014

_____
Notary Public

SEAN A. COX
Notary Public, State of New York
No. 02CO6273780
Qualified in New York County
Commission Expires December 24, 2016

-2-

A/75898518.1

-3-

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Trevor Wilmot, to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that on January ___, 2014, I caused this application form to be mailed, with postage prepaid, to all interested counsel.

| Stephen W. Armstrong | [signature] | 1972 | 16218 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission Date | Attorney ID No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Montgomery, McCracken, Walker & Rhoads, LLP

123 South Broad Street, Philadelphia, PA 19109; Phone: (215) 772-7552

Sworn and subscribed before me this

_____ day of _____, 2014.

_____
Notary Public

A/75898518.1

| | |
|---|---|
| TRUEPOSITION, INC. | : Civil Action No. |
| | : 2:11-cv-04574-RFK |
| v. | : |
| | : |
| LM ERICSSON TELEPHONE COMPANY | : |
| (Telefonaktiebolaget LM Ericcson), | : |
| QUALCOMM INC., | : |
| ALCATEL-LUCENT, U.S.A., INC. | : |
| THIRD GENERATION PARTNERSHIP | : |
| PROJECT a/k/a 3GPP | : |

## CERTIFICATE OF SERVICE

I, Stephen W. Armstrong, declare that on January 27, 2014, I caused a copy of the accompanying application of Trevor Wilmot, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court, to be served on counsel of record for all parties via ECF and electronic mail.

_____
Stephen W. Armstrong