# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC., <br><br> Plaintiff, <br><br> v. <br><br> LM ERICSSON TELEPHONE COMPANY, QUALCOMM INC., ALCATEL-LUCENT U.S.A. INC., and THIRD GENERATION PARTNERSHIP PROJECT a/k/a 3GPP, <br><br> Defendants. | CIVIL ACTION <br> 2:11-cv-04574-RFK |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

    Please enter my appearance as counsel for defendant Third Generation Partnership Project a/k/a 3GPP.


Dated:  January 30, 2014        /s/ Trevor Wilmot_____
                                            Trevor Wilmot, *admitted pro hac vice*
                                            399 Park Avenue
                                            New York, NY 10022-4689
                                            (212) 705-7959
                                            trevor.wilmot@bingham.com

                                            *Attorney for Defendant*
                                            *Third Generation Partnership Project*

## **CERTIFICATE OF SERVICE**

I certify that on January 30, 2014, the accompanying Entry of Appearance was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the CM/ECF system.

/s/ Trevor Wilmot_____
Trevor Wilmot, *admitted pro hac vice*
399 Park Avenue
New York, NY 10022-4689
(212) 705-7959
trevor.wilmot@bingham.com

*Attorney for Defendant*
*Third Generation Partnership Project*