APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC., Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| LM ERICSSON TELEPHONE CO., et al. | : | NO. 2:11-cv-4574 |

**FILED**
FEB - 4 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### ORDER

AND NOW, this **3rd** Day of **Feb.**, 2014, it is hereby

ORDERED that the application of <u>Pierre N. Gemson</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____
Robert F. Kelly, J.