IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>LM ERICSSON TELEPHONE COMPANY (TELEFONAKTIEBOLAGET LM ERICSSON)<br><br>QUALCOMM, INC.<br><br>ALCATEL-LUCENT USA, INC.<br><br>and<br><br>THIRD GENERATION PARTNERSHIP PROJECT A/K/A 3GPP<br><br>　　　　　　　　　　　　　　Defendants. | Case No. 2:11-cv-4574-RK |

## ENTRY OF APPEARANCE

TO THE CLERK:

      Kindly enter my appearance on behalf of Defendant, Qualcomm, Inc., in the above captioned case.

                                          */s/ Jonathan K. M. Crawford*
                                          Jonathan K. M. Crawford (I.D. No. 84205)
                                          CONRAD O'BRIEN PC
                                          Centre Square, West Tower, Ste. 3900
                                          1500 Market Street
                                          Philadelphia, PA 19102-1921
                                          T: (215) 864-9600

April 2, 2014

## CERTIFICATE OF SERVICE

    I, Jonathan K. M. Crawford, hereby state that on April 2, 2014, the foregoing Entry of Appearance was electronically filed using the Court's CM/ECF system, and that the document is available for downloading and viewing from the CM/ECF system.

                                      */s/ Jonathan K. M. Crawford*
                                      Jonathan K. M. Crawford