IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUEPOSITION, INC. | ) | |
| PLAINTIFF, | ) | |
| | ) | Case No. 2:11-cv-4574 (RK) |
| vs. | ) | |
| | ) | |
| LM ERICSSON TELEPHONE COMPANY, | ) | |
| *et al.* | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## ORDER

AND NOW, this _____ day of _____, upon consideration of the Joint

Motion of TruePosition, Inc. and Third Generation Partnership Project ("3GPP") to Dismiss

3GPP With Prejudice and Without Costs, and Joint Request for Retention of Jurisdiction, IT IS

HEREBY ORDERED that the Motion is GRANTED.  3GPP is hereby DISMISSED from the

above entitled action with prejudice and without costs.

IT IS FURTHER ORDERED that the Court will retain jurisdiction to adjudicate any

dispute concerning TruePosition, Inc.'s and 3GPP's obligations under the Settlement Agreement

entered into by the parties, including its negotiation, formation or construction, during the

pendency of this Action.

BY THE COURT

_____
Hon. Robert F. Kelly, U.S.D.J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TRUEPOSITION, INC., | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) Case No. 2:11-cv-4574 (RK) |
| | ) |
| LM ERICSSON TELEPHONE COMPANY, *et al.*, | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

**JOINT MOTION OF TRUEPOSITION, INC. AND THIRD GENERATION**
**PARTNERSHIP PROJECT ("3GPP") TO DISMISS 3GPP WITH PREJUDICE AND**
**WITHOUT COSTS, AND JOINT REQUEST FOR RETENTION OF JURISDICTION**

The Parties have entered into a settlement agreement without admission of

liability ("Agreement"), and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure,

plaintiff TruePosition, Inc. and defendant 3GPP ("Parties") jointly move that subject to the

Agreement 3GPP be dismissed from the above-entitled action with prejudice and without costs.

The Parties further request that the Court retain jurisdiction to adjudicate any

dispute concerning the Parties' obligations under the Agreement, or concerning its negotiation,

formation or construction, during the pendency of this Action.

Dated:  July 14, 2014

Respectfully submitted,

s/John G. Harkins, Jr.
_____
John G. Harkins, Jr. (Atty. I.D. 4441)
HARKINS CUNNINGHAM LLP
4000 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

*Counsel for TruePosition, Inc.*

s/Richard S. Taffet
_____
Richard S. Taffet
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022

*Counsel for 3GPP*

2

## CERTIFICATE OF SERVICE

I, Colleen Healy Simpson, hereby certify that on July 14, 2014, I caused a true and correct copy of the Joint Motion of TruePosition, Inc. and Third Generation Partnership Project ("3GPP") to Dismiss 3GPP With Prejudice and Without Costs, and Joint Request for Retention of Jurisdiction to be served, via ECF, on the following:

> Stephen W. Armstrong
> Montgomery, McCracken, Walker & Rhoads, LLP
> 123 South Broad Street
> Philadelphia, PA 19109
> sarmstrong@mmwr.com
>
> Steven E. Bizar
> Allison Khaskelis
> Benjamin F. McAnaney
> Buchanan Ingersoll & Rooney PC
> Two Liberty Place
> 50 S. 16th Street, Ste. 3200
> Philadelphia, PA 19102-2555
> steven.bizar@bipc.com
> allison.khaskelis@bipc.com
> benjamin.mcananey@bipc.com
>
> Robert N. Feltoon
> Jonathan K.M. Crawford
> Conrad O'Brien PC
> 1500 Market Street
> Centre Square West Tower, Ste. 3900
> Philadelphia, PA 19102-2100
> rfeltoon@conradobrien.com
> jcrawford@conradobrien.com
>
> Francis P. Newell
> Peter Michael Ryan
> Cozen O'Connor
> 1900 Market Street
> Philadelphia, Pennsylvania 19103
> fnewell@cozen.com
> pryan@cozen.com

Kevin J. Arquit
Peri L. Zelig
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
karquit@stblaw.com
pzelig@stblaw.com

Roger G. Brooks
Gary A. Bornstein
Yonatan Even
John D. Biancamano
Benjamin H. Diessel
Pierre N. Gemson
Alexander S. del Nido
Sarah A. Geers
Amber L. Jordan
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, N.Y. 10019-7475
rbrooks@cravath.com
gbornstein@cravath.com
yevens@cravath.com
jbiancamano@cravath.com
bdiessel@cravath.com
pgemson@cravath.com
adelnido@cravath.com
sgeers@cravath.com
ajordan@cravath.com

Jeffrey L. Friesen
Zukerman Gore Brandeis & Crossman LLP
Eleven Times Square
New York, NY 10036
jfriesen@zukermangore.com

Richard S. Taffet
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
richard.taffet@bingham.com
trevor.wilmot@bingham.com

2

William S.D. Cravens
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC 20006-1806
william.cravens@bingham.com

Conor A. Reidy
Peter C. Thomas
Andrew Winerman
Simpson Thacher & Bartlett LLP
1155 F Street, N.W.
Washington, DC 20004
CReidy@stblaw.com
pthomas@stblaw.com
awinerman@stblaw.com

Ali M. Stoeppelwerth
Brian Boynton
Perry Lange
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
ali.stoeppelwerth@wilmerhale.com
brian.boynton@wilmerhale.com
perry.lange@wilmerhale.com

s/Colleen Healy Simpson
_____
Colleen Healy Simpson

3