IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUEPOSITION, INC.<br>PLAINTIFF,<br><br>vs.<br><br>LM ERICSSON TELEPHONE COMPANY, *et al.*<br><br>DEFENDANTS. | Case No. 2:11-cv-4574 (RK)<br><br>FILED<br>JUL 1 4 2014<br>MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk |

## ORDER

AND NOW, this 14th day of July, upon consideration of the Joint Motion of TruePosition, Inc. and Third Generation Partnership Project ("3GPP") to Dismiss 3GPP With Prejudice and Without Costs, and Joint Request for Retention of Jurisdiction, IT IS HEREBY ORDERED that the Motion is GRANTED. 3GPP is hereby DISMISSED from the above entitled action with prejudice and without costs.

IT IS FURTHER ORDERED that the Court will retain jurisdiction to adjudicate any dispute concerning TruePosition, Inc.'s and 3GPP's obligations under the Settlement Agreement entered into by the parties, including its negotiation, formation or construction, during the pendency of this Action.

BY THE COURT

*Robert F. Kelly*
Hon. Robert F. Kelly, U.S.D.J.